B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Transdel Pharmaceuticals, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>45-0567010 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>4275 Executive Square, Suite 230<br>La Jolla, CA<br>ZIP Code 92037 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>4275 Executive Square, Suite 230<br>La Jolla, CA 92037 | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                                              **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Transdel Pharmaceuticals, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**B1 (Official Form 1)(4/10)**                                                     **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Transdel Pharmaceuticals, Inc.

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Michael D. Breslauer
_____
Signature of Attorney for Debtor(s)

 Michael D. Breslauer 110259
_____
Printed Name of Attorney for Debtor(s)

 Solomon Ward Seidenwurm & Smith LLP
_____
Firm Name
401 B Street, Suite 1200
San Diego, CA 92101-4295

_____
Address

                         Email: mbreslauer@swslaw.com
619-231-0303  Fax: 619-231-4755
_____
Telephone Number
June 23, 2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ John Lomoro
_____
Signature of Authorized Individual
 John Lomoro
_____
Printed Name of Authorized Individual
 Chief Financial Officer
_____
Title of Authorized Individual
June 23, 2011
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   Transdel Pharmaceuticals, Inc.

Debtor(s)

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alexej Ladonnikov<br>13388 Surrey Lane<br>Saratoga, CA 95070 | Alexej Ladonnikov<br>13388 Surrey Lane<br>Saratoga, CA 95070 | convertible promissory note | | 1,091,849.00 |
| DLA Piper LLP<br>P.O. Box 64029<br>Baltimore, MD 21264-4029 | DLA Piper LLP<br>P.O. Box 64029<br>Baltimore, MD 21264-4029 | Legal services | | 51,117.00 |
| Owens Pharma Research Center<br>720 Alamitos Avenue, Suite A<br>Long Beach, CA 90813 | Owens Pharma Research Center<br>720 Alamitos Avenue, Suite A<br>Long Beach, CA 90813 | Trade debt | | 32,025.60 |
| DPT Laboratories, Ltd.<br>12637 Collections Center Drive<br>Chicago, IL 60693 | DPT Laboratories, Ltd.<br>12637 Collections Center Drive<br>Chicago, IL 60693 | Trade debt | | 29,175.00 |
| John Bonfiglio<br>125 Edgewood Drive<br>Durham, NC 27713 | John Bonfiglio<br>125 Edgewood Drive<br>Durham, NC 27713 | Accrued pay & vacation | | 22,102.34 |
| Clinical Trials Management<br>3901 Houma Blvd<br>Medical Plaza II, Suite 405<br>Metairie, LA 70006 | Clinical Trials Management<br>3901 Houma Blvd<br>Medical Plaza II, Suite 405<br>Metairie, LA 70006 | Trade debt | | 20,410.80 |
| Orange County Clinical Trials<br>1801 West Romneya Dr. Ste 208<br>Anaheim, CA 92801 | Orange County Clinical Trials<br>1801 West Romneya Dr. Ste 208<br>Anaheim, CA 92801 | Trade debt | | 19,171.70 |
| Regents Square La Jolla, LLC<br>Dept. 6970<br>Los Angeles, CA 90084-6970 | Regents Square La Jolla, LLC<br>Dept. 6970<br>Los Angeles, CA 90084-6970 | Office rent | | 15,723.50 |
| Joachim Schupp<br>5804 Blazing Star Lane<br>San Diego, CA 92130 | Joachim Schupp<br>5804 Blazing Star Lane<br>San Diego, CA 92130 | Accrued pay & vacation | | 13,826.22 |
| Ysabella Fernando<br>9352 Twin Trails Drive #201<br>San Diego, CA 92129 | Ysabella Fernando<br>9352 Twin Trails Drive #201<br>San Diego, CA 92129 | Accrued pay & vacation | | 13,036.76 |
| PPD Development LP<br>12937 Collections Center Drive<br>Chicago, IL 60693 | PPD Development LP<br>12937 Collections Center Drive<br>Chicago, IL 60693 | Trade debt | | 12,092.75 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Transdel Pharmaceuticals, Inc.                       Case No.

                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Beckloff Associates<br>3203 Solutions Center<br>Chicago, IL 60677-3002 | Beckloff Associates<br>3203 Solutions Center<br>Chicago, IL 60677-3002 | Trade debt | | 11,500.00 |
| Covance Central Lab Services<br>8211 SciCor Drive<br>Indianapolis, IN 46214-2985 | Covance Central Lab Services<br>8211 SciCor Drive<br>Indianapolis, IN 46214-2985 | Trade debt | | 9,806.93 |
| SD Sports Med & Family Health<br>6999 Alvarado Road Ste 2100<br>San Diego, CA 92120 | SD Sports Med & Family Health<br>6999 Alvarado Road Ste 2100<br>San Diego, CA 92120 | Trade debt | | 9,656.25 |
| KMJ Corbin & Co LLP<br>555 Anton Blvd, Suite 1000<br>Costa Mesa, CA 92626 | KMJ Corbin & Co LLP<br>555 Anton Blvd, Suite 1000<br>Costa Mesa, CA 92626 | Trade debt | | 9,020.00 |
| Chubb Group Insurance<br>15 Mountain View Road<br>Warren, NJ 07059 | Chubb Group Insurance<br>15 Mountain View Road<br>Warren, NJ 07059 | Trade debt | | 8,476.00 |
| Clinical Pharmacology Study<br>26 Queen Street<br>Worcester, MA 01610 | Clinical Pharmacology Study<br>26 Queen Street<br>Worcester, MA 01610 | Trade debt | | 7,634.25 |
| Sanofi-Aventis LLC<br>P.O. Box 848203<br>Dallas, TX 75284-8203 | Sanofi-Aventis LLC<br>P.O. Box 848203<br>Dallas, TX 75284-8203 | Trade debt | | 5,300.00 |
| Sundance Clinical Research LLC<br>711 Old Ballas Road Suite 105<br>Saint Louis, MO 63141 | Sundance Clinical Research LLC<br>711 Old Ballas Road Suite 105<br>Saint Louis, MO 63141 | Trade debt | | 5,210.85 |
| Continental Stock Transfer<br>17 Battery Place<br>New York, NY 10004 | Continental Stock Transfer<br>17 Battery Place<br>New York, NY 10004 | Trade debt | | 5,175.07 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   June 23, 2011                 Signature    /s/ John Lomoro

                                              John Lomoro<br>                                            Chief Financial Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of California

In re     Transdel Pharmaceuticals, Inc.                     ,      Case No. _____

                                            Debtor

Chapter _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 1,771,392.27 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 123,604.75 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 1,383,517.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 1,771,392.27 | | |
| Total Liabilities | | | | 1,507,122.72 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   Transdel Pharmaceuticals, Inc.                    ,      Case No. _____

Debtor

Chapter             11         

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    Transdel Pharmaceuticals, Inc. _____,    Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |
| | (Report also on Summary of Schedules) | | |

__0__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Transdel Pharmaceuticals, Inc.                                              Case No. _____
                                                                          ,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Cash in checking account at Square 1 Bank, San Diego, CA | - | 6,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit held by landlord, Regents Square, La Jolla, CA | - | 6,749.00 |
| | | Security Deposit held by State Fund for Worker's Compensation Insurance | - | 2,543.27 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 1 laptop computer, 1 desktop computer and 1 printer located in Debtor's office | - | 700.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Product liability insurance policy dated 4/1/11 to 4/1/12 | - | 10,000.00 |
| | | Directors and officers insurance policy dated 9/17/10 to 9/17/11 (D&O policy) | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  | Sub-Total > | 25,992.27 |
|---|---|---|---|
|  |  | (Total of this page) |  |

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Transdel Pharmaceuticals, Inc.                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Transdel Pharmaceuticals, Inc.                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | 1 issued patent, 1 provisional patent, 1 approved patent (in Canada) to be issued and 3 trademark names (estimated value based on proposed sale transaction at least $1,740,000.) | - | 1,740,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Filing cabinets and office supplies located in Debtor's office | - | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Ketoprofen, an active pharmaceutical ingredient held at DPT Laboratories, San Antonio TX | - | 5,300.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    1,745,400.00
(Total of this page)
Total >    1,771,392.27

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6C (Official Form 6C) (4/10)**

In re    Transdel Pharmaceuticals, Inc.      ,     Case No. _____

                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- [ ] 11 U.S.C. §522(b)(2)
- [x] 11 U.S.C. §522(b)(3)

- [ ] Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| NONE. | | | |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re    Transdel Pharmaceuticals, Inc. _____,    Case No. _____

                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| _0_ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re    Transdel Pharmaceuticals, Inc.                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Transdel Pharmaceuticals, Inc. _____,    Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Joachim Schupp 5804 Blazing Star Lane San Diego, CA 92130 | | | 3/11  Accrued pay & vacation | | | | 13,826.22 | 4,973.20 | 8,853.02 |
| Account No.  John Bonfiglio 125 Edgewood Drive Durham, NC 27713 | | | 1/11  Accrued pay & vacation | | | | 22,102.34 | 10,377.34 | 11,725.00 |
| Account No.  John Lomoro 997 McCain Valley Court Chula Vista, CA 91913 | | | 3/11  Accrued pay & vacation | | | | 26,247.94 | 14,522.94 | 11,725.00 |
| Account No.  Terry Nida 342 Snowman Road Coudersport, PA 16915 | | | 1/11  Accrued pay & vacation | | | | 48,391.49 | 36,666.49 | 11,725.00 |
| Account No.  Ysabella Fernando 9352 Twin Trails Drive #201 San Diego, CA 92129 | | | 3/11  Accrued pay & vacation | | | | 13,036.76 | 9,041.34 | 3,995.42 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 123,604.75 | 75,581.31 48,023.44 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 123,604.75 | 75,581.31 48,023.44 |

B6F (Official Form 6F) (12/07)

In re    Transdel Pharmaceuticals, Inc.                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.**<br><br>ACE Parking Management Inc.<br>4225 Executive Square, Ste 400<br>La Jolla, CA 92037 | - | | | | 5/11<br>Trade debt | | | | 400.00 |
| **Account No.**<br><br>Alexej Ladonnikov<br>13388 Surrey Lane<br>Saratoga, CA 95070 | - | | | | 4/10<br>convertible promissory note | | | | 1,091,849.00 |
| **Account No.**<br><br>AT&T<br>P.O. Box 5025<br>Carol Stream, IL 60197-5025 | - | | | | 3/11<br>Trade debt | | | | 1,302.55 |
| **Account No.**<br><br>Barney & Barney<br>9171 Towne Centre Dr Ste 500<br>San Diego, CA 92122 | - | | | | Trade debt | | | | 0.00 |
| __9__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 1,093,551.55 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Transdel Pharmaceuticals, Inc.                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 10/10 Trade debt | | | | | | |
| Beckloff Associates 3203 Solutions Center Chicago, IL 60677-3002 | - | | | | | | | 11,500.00 |
| Account No. | | 9/09 Trade debt | | | | | | |
| Bozeman Urgent Care 1006 West Main Bozeman, MT 59715 | - | | | | | | | 2,200.00 |
| Account No. | | 11/10 Legal services | | | | | | |
| Carr & Ferrell LLP 120 Constitution Drive Menlo Park, CA 94025 | - | | | | | | | 504.70 |
| Account No. | | 10/10 Trade debt | | | | | | |
| Celerion 75 Remittance Drive Ste 6210 Chicago, IL 60675-6210 | - | | | | | | | 1,344.00 |
| Account No. | | 1/11 Trade debt | | | | | | |
| Chubb Group Insurance 15 Mountain View Road Warren, NJ 07059 | - | | | | | | | 8,476.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                24,024.70

B6F (Official Form 6F) (12/07) - Cont.

In re    Transdel Pharmaceuticals, Inc. _____ ,    Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 9/09 Trade debt | | | | |
| Clinical Pharmacology Study 26 Queen Street Worcester, MA 01610 | - | | | | | | | 7,634.25 |
| Account No. | | | | 9/09 Trade debt | | | | |
| Clinical Trials Management 3901 Houma Blvd Medical Plaza II, Suite 405 Metairie, LA 70006 | - | | | | | | | 20,410.80 |
| Account No. | | | | 11/10 Trade debt | | | | |
| Continental Stock Transfer 17 Battery Place New York, NY 10004 | - | | | | | | | 5,175.07 |
| Account No. | | | | 9/08 Trade debt | | | | |
| Covance Central Lab Services 8211 SciCor Drive Indianapolis, IN 46214-2985 | - | | | | | | | 9,806.93 |
| Account No. | | | | 12/10 Legal services | | | | |
| DLA Piper LLP P.O. Box 64029 Baltimore, MD 21264-4029 | - | | | | | | | 51,117.00 |

Sheet no. _2_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

94,144.05

B6F (Official Form 6F) (12/07) - Cont.

In re    Transdel Pharmaceuticals, Inc. _____,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 11/10 Trade debt | | | | |
| DPT Laboratories, Ltd. 12637 Collections Center Drive Chicago, IL 60693 | - | | | | | | | 29,175.00 |
| Account No. | | | | 1/11 Trade debt | | | | |
| FedEx P.O. Box 7221 Pasadena, CA 91109-7321 | - | | | | | | | 406.22 |
| Account No. | | | | 9/09 Trade debt | | | | |
| Great Lakes Research Group 200 S Wenona Street, Ste 170 Bay City, MI 48706 | - | | | | | | | 750.00 |
| Account No. | | | | 6/09 Trade debt | | | | |
| J&S Studies, Inc. 1710 Crescent Point Pkwy College Station, TX 77845 | - | | | | | | | 3,299.95 |
| Account No. | | | | 3/11 Reimbursement of business expenses | | | | |
| Joachim Schupp 5804 Blazing Star Lane San Diego, CA 92130 | - | | | | | | | 126.33 |

Sheet no. _3_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                33,757.50

B6F (Official Form 6F) (12/07) - Cont.

In re    Transdel Pharmaceuticals, Inc.                                        ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 1/11 Reimbursement of business expenses | | | | |
| John Bonfiglio 125 Edgewood Drive Durham, NC 27713 | - | | | | | | | 1,174.04 |
| Account No. | | | | 1/11 Trade debt | | | | |
| KMJ Corbin & Co LLP 555 Anton Blvd, Suite 1000 Costa Mesa, CA 92626 | - | | | | | | | 9,020.00 |
| Account No. | | | | 1/11 Trade debt | | | | |
| National Corporate Research 10 E 40th Street, 10th Floor New York, NY 10016 | - | | | | | | | 1,168.00 |
| Account No. | | | | 10/10 Credit Debt | | | | |
| Nationwide Retire Consulting Dept 3248 Columbus, OH 43271-3248 | - | | | | | | | 662.50 |
| Account No. | | | | 7/09 Trade debt | | | | |
| Office Depot P.O. Box 70025 Los Angeles, CA 90074-0025 | - | | | | | | | 385.64 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,410.18

B6F (Official Form 6F) (12/07) - Cont.

In re    Transdel Pharmaceuticals, Inc.                                          ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Orange County Clinical Trials<br>1801 West Romneya Dr. Ste 208<br>Anaheim, CA 92801 | - | | | 9/09<br>Trade debt | | | | 19,171.70 |
| Account No.<br><br>Ormond Medical Arts Pharmaceut<br>77 West Granada Blvd<br>Altamonte Springs, FL 32714 | - | | | 9/09<br>Trade debt | | | | 1,740.26 |
| Account No.<br><br>Owens Pharma Research Center<br>720 Alamitos Avenue, Suite A<br>Long Beach, CA 90813 | - | | | 9/09<br>Trade debt | | | | 32,025.60 |
| Account No.<br><br>PPD Development LP<br>12937 Collections Center Drive<br>Chicago, IL 60693 | - | | | 7/10<br>Trade debt | | | | 12,092.75 |
| Account No.<br><br>PR Newswire Association LLC<br>GPO Box 5897<br>New York, NY 10087-5897 | - | | | 11/10<br>Trade debt | | | | 1,691.50 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  66,721.81

B6F (Official Form 6F) (12/07) - Cont.

In re   Transdel Pharmaceuticals, Inc. _____ ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>PSAdams, Inc.<br>3525 Del Mar Heights Road #589<br>San Diego, CA 92130 | - | | | | 11/10<br>Trade debt | | | | 1,672.61 |
| Account No.<br><br>Pure Compliance<br>P.O. Box 951839<br>Dallas, TX 75395-1839 | - | | | | 11/10<br>Trade debt | | | | 2,584.00 |
| Account No.<br><br>Regents Square La Jolla, LLC<br>Dept. 6970<br>Los Angeles, CA 90084-6970 | - | | | | 03/11<br>Office rent | | | | 15,723.50 |
| Account No.<br><br>Ricoh Americas<br>P.O. Box 4245<br>Carol Stream, IL 60197-4245 | - | | | | 12/10<br>Credit Debt | | | | 704.89 |
| Account No. 256455<br><br>Ricoh Americas Corp.<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | - | | | | 1/11<br>Trade debt | | | | 1,622.00 |

Sheet no. _6_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    22,307.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Transdel Pharmaceuticals, Inc.                                             ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Robert W. Levin, MD<br>646 Virginia Street, 4th Floor<br>Dunedin, FL 34698 | - | | | 9/09<br>Trade debt | | | | 2,599.20 |
| Account No.<br><br>San Diego Managed Care Group<br>11777 Bernardo Plaza Ct #105<br>San Diego, CA 92128 | - | | | 9/09<br>Trade debt | | | | 550.00 |
| Account No.<br><br>Sanofi-Aventis LLC<br>P.O. Box 848203<br>Dallas, TX 75284-8203 | - | | | 1/11<br>Trade debt | | | | 5,300.00 |
| Account No.<br><br>SD Sports Med & Family Health<br>6999 Alvarado Road Ste 2100<br>San Diego, CA 92120 | - | | | 9/09<br>Trade debt | | | | 9,656.25 |
| Account No.<br><br>SFM Clinical Trials<br>3730 Scotland Road<br>Scotland, PA 17254 | - | | | 9/09<br>Trade debt | | | | 3,953.08 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,058.53

B6F (Official Form 6F) (12/07) - Cont.

In re    Transdel Pharmaceuticals, Inc.                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 9/09 Trade debt | | | | |
| Southern Orthopaedic Sports 1718 St Julian Place Columbia, SC 29204 | - | | | | | | | |
| | | | | | | | | 550.00 |
| Account No. | | | | 3/11 Trade debt | | | | |
| State Worker's Insurance Fund 100 Lackawanna Ave P.O. Box 5100 Scranton, PA 18505-5100 | - | | | | | | | |
| | | | | | | | | 653.00 |
| Account No. | | | | 9-09 Trade debt | | | | |
| Sundance Clinical Research LLC 711 Old Ballas Road Suite 105 Saint Louis, MO 63141 | - | | | | | | | |
| | | | | | | | | 5,210.85 |
| Account No. | | | | 9/09 Trade debt | | | | |
| Triad Clinical Trials, LLC 1400 Battleground Ave Ste 150B Greensboro, NC 27408 | - | | | | | | | |
| | | | | | | | | 3,909.20 |
| Account No. | | | | 9/09 Trade debt | | | | |
| University Orthopedics Center 101 Regent Court State College, PA 16801 | - | | | | | | | |
| | | | | | | | | 1,219.60 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    11,542.65

B6F (Official Form 6F) (12/07) - Cont.

In re    Transdel Pharmaceuticals, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2/11 Trade debt | | | | |
| Zacks Investment Research 111 north canal St, Ste 1101 Chicago, IL 60606-7204 | - | | | | | | | 3,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __9___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,000.00

Total
(Report on Summary of Schedules)    1,383,517.97

B6G (Official Form 6G) (12/07)

.

In re  Transdel Pharmaceuticals, Inc.                                          ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| American Med-Tech Equity Advis 708 Third Avenue, 5th Floor New York, NY 10017 | Letter agreement re financial advise and investment banking |
| CNA 915 Wilshire Blvd Los Angeles, CA 90017 | Directors and Officers insurance policy |
| DPT Laboratories, Ltd. 307 E. Josephine San Antonio, TX 78215 | Research and development agreement dated October 11, 2007 through May 2012 |
| ERisk Services 227 US Highway 206, Ste 302 Flanders, NJ 07836-9174 | Employers practices liability insurance through September 17, 2011 |
| ESC Advisors/KEMA Partners 327 Central Park West Suite 8E New York, NY 10025 | Letter agreement for financial advise and investment banking |
| Ironshore Insurance Services One State Street Plaza, 7th Fl New York, NY 10004 | Products liability insurance through April 1, 2012 |
| Jan Marini Skin Research, Inc. 6951 Via del Oro San Jose, CA 95119 | License Agreement for anti-cellulite formulation dated June 14, 2010 through July 2016 |
| JH Direct, LLC 2387 La Mirada Drive Vista, CA 92081 | License agreement for anti-cellulite formulation dated May 20, 2009 through May 31, 2013 |
| Liberty Insurance Company 353 Sacramento Street 6th Fl San Francisco, CA 94111 | Directors & Officers insurance policy through September 17, 2011 |
| Monitor Liability Managers LLC 2850 West Golf Road, Suite 800 Rolling Meadows, IL 60008-4039 | Directors & Officers insurance policy |
| Regents Square La Jolla, LLC 4225 Executive Square La Jolla, CA 92037 | Furnished office space lease agreement expires June 30, 2011 |
| Ricoh Americas Corp. P.O. Box 41602 Philadelphia, PA 19101-1602 | Copies lease agreement expires July 31, 2011 |

1

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    Transdel Pharmaceuticals, Inc.                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Riley-Nacht, LLC 1630A 30th Street #461 Boulder, CO 80301 | Consulting Agreement dated August 25, 2008 and Letter agreement dated June 12, 2011 through August 12, 2011 |
| State Compensation Ins Fund 10105 Pacific Heights Blvd San Diego, CA 92121 | Workers compensation insurance through September 1, 2011 |
| Travelers Insurance Company 333 City Blvd West, Ste 1100 Orange, CA 92868 | Property, crime liability, auto and umbrella commercial insurance policy through July 9, 2011 |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    Transdel Pharmaceuticals, Inc.                ,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   Transdel Pharmaceuticals, Inc.                                    Case No. _____
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b.  Insurance | $ | 0.00 | $ | 0.00 |
| c.  Union dues | $ | 0.00 | $ | 0.00 |
| d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 0.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   Transdel Pharmaceuticals, Inc.                                                Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | | $ _____ 0.00 |
| a. Are real estate taxes included? | Yes ___ | No _X_ | |
| b. Is property insurance included? | Yes ___ | No _X_ | |
| 2. Utilities:    a. Electricity and heating fuel | | | $ _____ 0.00 |
| b. Water and sewer | | | $ _____ 0.00 |
| c. Telephone | | | $ _____ 0.00 |
| d. Other _____ | | | $ _____ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | | $ _____ 0.00 |
| 4. Food | | | $ _____ 0.00 |
| 5. Clothing | | | $ _____ 0.00 |
| 6. Laundry and dry cleaning | | | $ _____ 0.00 |
| 7. Medical and dental expenses | | | $ _____ 0.00 |
| 8. Transportation (not including car payments) | | | $ _____ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ _____ 0.00 |
| 10. Charitable contributions | | | $ _____ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | | $ _____ 0.00 |
| b. Life | | | $ _____ 0.00 |
| c. Health | | | $ _____ 0.00 |
| d. Auto | | | $ _____ 0.00 |
| e. Other _____ | | | $ _____ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | | $ _____ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | | $ _____ 0.00 |
| b. Other _____ | | | $ _____ 0.00 |
| c. Other _____ | | | $ _____ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | | $ _____ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | | $ _____ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ _____ 0.00 |
| 17. Other _____ | | | $ _____ 0.00 |
| Other _____ | | | $ _____ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $ _____ 0.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ _____ 0.00 |
| b. | Average monthly expenses from Line 18 above | $ _____ 0.00 |
| c. | Monthly net income (a. minus b.) | $ _____ 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   Transdel Pharmaceuticals, Inc.

Debtor(s)

Case No. _____

Chapter   11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   25   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   June 23, 2011 _____

Signature    /s/ John Lomoro _____

John Lomoro

Chief Financial Officer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com      Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of California

In re   Transdel Pharmaceuticals, Inc.                                                Case No.

                                                 Debtor(s)           Chapter     11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2011 |
| $242,000.00 | 2010 - Grant revenue from Qualifying Therapeutic Grant Program awarded by IRS |
| $0.00 | 2009 |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                   SOURCE

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| AT&T<br>P.O. Box 5025<br>Carol Stream, IL 60197-5025 | 5/6/11 through 6/14/11 | $1,050.00 | $1,302.55 |
| Blue Cross of California<br>P.O. Box 54630<br>Los Angeles, CA 90054 | 3/31/11 | $8,414.00 | $0.00 |
| Delaware Divisions of Corporations<br>401 Federal Street, Suite 4<br>Dover, DE 19901 | 4/28/11 | $899.75 | $0.00 |
| Intercare Insurance Solutions<br>5375 Mira Sorrento Place #550<br>San Diego, CA 92121 | 4/19/11 | $20,650.00 | $0.00 |
| John Bonfiglio<br>125 Edgewood Drive<br>Durham, NC 27713 | 3/31/11, 4/8/11 | $668.74 | $23,276.35 |
| Louis C. Paul & Associates<br>One Sutton Place North<br>420 East 61st Street 8E<br>New York, NY 10065 | 6/14/11 | $1,000.00 | $0.00 |
| PSAdams, Inc.<br>3525 Del Mar Heights Road #589<br>San Diego, CA 92130 | 3/31/11, 4/28/11, 5/18/11 | $1,417.75 | $1,672.61 |
| Pure Compliance<br>P.O. Box 951839<br>Dallas, TX 75395-1839 | 5/18/11 | $607.00 | $1,672.61 |
| Solomon Ward Seidenwurm Smith<br>401 B St., Ste. 1200<br>San Diego, CA 92101 | 5/3/11, 6/14/11 | $8,611.50 | $0.00 |
| State Compensation Insurance<br>P.O. Box 997432<br>Sacramento, CA 95899-7432 | 3/31/11 | $1,168.75 | $0.00 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Viavid Broadcasting<br>P.O. Box 92055<br>West Vancouver, BC Canada | 03/25/11, 5/18/11 | $1,794.00 | $0.00 |

None ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Jeffrey Abrams, MD<br>4275 Executive Square, Ste 230<br>La Jolla, CA 92037<br>    Chairman of the Board | 8 payments from 6/2/10 to 12/28/10 | $2,290.68 | $0.00 |
| John Lomoro<br>997 McCain Valley Court<br>Chula Vista, CA 91913<br>    Chief Financial Officer | 14 payments from 6/8/10 to 3/31/11 | $15,845.66 | $26,247.94 |
| Joachim Schupp<br>5804 Blazing Star Lane<br>San Diego, CA 92130<br>    Former Chief Medical Officer | 13 payments from 6/3/10 to 3/10/11 | $6,638.52 | $13,952.55 |
| Terry Nida<br>342 Snowman Road<br>Coudersport, PA 16915<br>    Chief Business Officer | 13 payments from 6/4/10 to 3/30/11 | $14,109.33 | $48,391.49 |
| John Bonfiglio<br>125 Edgewood Drive<br>Durham, NC 27713<br>    Former Chief Executive Officer | 6 payments from 11/10/10 to 4/8/22 | $12,899.76 | $23,276.38 |
| Juliet Singh<br><br>    Former Chief Executive Officer | Payments in accordance with Separation Agreement 6/15/10 to 2/17/11 | $165,000.00 | $0.00 |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5. Repossessions, foreclosures and returns**

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Solomon Ward Seidenwurm Smith 401 B St., Ste. 1200 San Diego, CA 92101 | 5/3/11 | 2,000.00 |

5

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| Solomon Ward Seidenwurm Smith<br>401 B St., Ste. 1200<br>San Diego, CA 92101 | 6/14/11 | 6,611.50 |
| Solomon Ward Seidenwurm Smith<br>401 B St., Ste. 1200<br>San Diego, CA 92101 | 6/23/11 | $15,660.50 |

---

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 4225 Executive Square, Suite 460 La Jolla, CA 92037 | same | July 2007-June 2010 |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Transdel Pharmaceuticals Holdings, Inc. | 88-0427210 | 4275 Executive Square Ste 230 La Jolla, CA 92037 | Specialty pharmaceutical company focused on development of topically administered products | July 24, 1998 to present |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| KMJ Corbin & Co LLP | 555 Anton Blvd, Suite 1000 Costa Mesa, CA 92626 | May 2007-January 2011 |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None □    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| John Lomoro<br>997 McCain Valley Court<br>Chula Vista, CA 91913 | CFO, Secretary and Principal Executive Officer | 0% |
| Terry Nida<br>342 Snowman Road<br>Coudersport, PA 16915 | Chief Business Officer | 0% |
| Jeffrey Abrams, MD<br>4275 Executive Square, Ste 230<br>La Jolla, CA 92037 | Chairman of the Board | 9.8% |
| Anthony Thornley<br>4275 Executive Square, Ste 230<br>La Jolla, CA 92037 | Director | .4% |
| John Grasela | Shareholder | 7.4% |
| Joseph Grasela | Shareholder | 7.4% |
| Juliet Singh | Shareholder | 12.3% |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

9

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| John Bonfiglio<br>125 Edgewood Drive<br>Durham, NC 27713 | Chief Executive Officer | 5/13/11 |
| Joachim Schupp<br>5804 Blazing Star Lane<br>San Diego, CA 92130 | Chief Medical Officer | 4/30/11 |
| Lynn Swann | Board Member | 4/14/11 |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| John Bonfiglio<br>125 Edgewood Drive<br>Durham, NC 27713<br>   Former CEO | 10/18/10 | From October 18, 2010 through resignation May 13, 2011 vested in and effectively recieved 18,750 shares of Debtor's common stock.  As of June 13, 2011 the value of this stock is $3,375. |

---

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                             TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                   TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   June 23, 2011                              Signature   /s/ John Lomoro
                                                              John Lomoro
                                                              Chief Financial Officer

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of California

In re    Transdel Pharmaceuticals, Inc.                 Case No. _____

                                          Debtor(s)          Chapter     11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 24,272.00 |
| Prior to the filing of this statement I have received | $ | 24,272.00 |
| Balance Due | $ | 0.00 |

2.  $ __1,039.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    June 23, 2011                      /s/ Michael D. Breslauer

                                                Michael D. Breslauer 110259
                                                Solomon Ward Seidenwurm & Smith LLP
                                                401 B Street, Suite 1200
                                                San Diego, CA 92101-4295
                                                619-231-0303  Fax: 619-231-4755
                                                mbreslauer@swsslaw.com

# United States Bankruptcy Court

## Southern District of California

In re    Transdel Pharmaceuticals, Inc.                                          ,    Case No. _____

                                                    Debtor

                                                                                 Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ADREN COOPER 7746 DONNYBROOK CT APT 106 ANNANDALE, VA 22003 | Common | 1,200 | Common |
| AJIT SINGH 1108 U STREET FRESNO, CA 93721 | Common | 5,000 | Common |
| AKSHAY SATEESH IRA R/O ETRADE CUSTODIAN 6204 BYRNWOOD CT SAN DIEGO, CA 92120 | Common | 11,465 | Common |
| AKSHAY SATEESH EXP. STATION E301/203 RT. 141 & HENRY CLAY WILMINGTON DE, DE 19803 | Common | 1,370 | Common |
| ALAN J STOFFER 2904 LOCUST ST WDM, IA 50265 | Common | 500 | Common |
| ALEXEJ LADONNIKOV 13388 SURREY LANE SARATOGA, CA 95070 | Common | 638,545 | Common |
| ALFRED G GLADSTONE 45 OLD OAK RD WEST HARTFORD, CT 06117 | Common | 20,403 | Common |
| ALFRED GLADSTONE 45 OLD OAK ROAD WEST HARTFORD, CT 06117 | Common | 12,500 | Common |
| ALONZO TAMEZ & CARMAN Q TAMEZ JT TEN 12452 S SUNNYSIDE AVE SELMA, CA 93662 | Common | 1,000 | Common |
| ALPCO 440 E 400 SOUTH SALT LAKE CITY, UT 84111 | Common | 1,019 | Common |

_29_    continuation sheets attached to List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.                                    ,    Case No. _____

_____

Debtor

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ALVIN GRANCELL TR TTEE<br>U/A DTD 01/24/1989<br>2633 LEISURE WORLD<br>MESA, AZ 85206 | Common | 1,415 | Common |
| AMERICAN ENTERPRISE INVESTMENT<br>UNIT 682 CERTIFICATE CUSTIDY<br>682 AMERIPRISE FINANCIAL CENTER<br>MINNEAPOLIS, MN 55474 | Common | 50 | Common |
| AMY WANG<br>GREGORY HORWITZ JTWROS<br>16720 MONTE HERMOSO DR<br>PACIFIC PALISADES, CA 90272 | Common | 300 | Common |
| ANDREW B FRIEDENBERG<br>P.O. BOX 900363<br>SAN DIEGO, CA 92190 | Common | 500 | Common |
| ANDREW S CORWIN<br>515 W END AVE<br>NEW YORK NY, NY 10024 | Common | 165,596 | Common |
| ANDREW S CORWIN C/F<br>ALEXANDER D CORWIN UTMA/NY<br>515 W END AVE<br>NEW YORK, NY 10024 | Common | 37,200 | Common |
| ANNE L HUO AND<br>ROBERT Y HUO JTWROS<br>16211 PINE LAKE FOREST CT<br>LINDEN, MI 48451 | Common | 100 | Common |
| ANNUPPENIE P SINGH<br>CHARLES SCHWAB & CO INC CUST<br>2833 LOCHGREEN WAY<br>DUBLIN, CA 94568 | Common | 2,520 | Common |
| ANTHONY S THORNLEY<br>17405 VIA DE FORTUNA<br>RANCHO SANTE FE, CA 92067 | Common | 50,000 | Common |
| ARTHUR A BIRKBY TTEE<br>MARY H BIRKBY TTEE<br>1885 LEXINGTON CIRCLE SE<br>SALEM, OR 97306 | Common | 1,000 | Common |
| AURACANA LLC<br>127 NORTH ST<br>LEXINGTON, MA 02420 | Common | 10,432 | Common |

Sheet ___1___ of ___29___ continuation sheets attached to the List of Equity Security Holders

In re      Transdel Pharmaceuticals, Inc.                                                                    ,          Case No. _____
                                                                Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AVA LIGH & PETER LIGH JT TEN 825 8TH AVE NEW YORK, NY 10019 | Common | 3,000 | Common |
| BALBIR S BRAR TTEE BY BRAR FAMILY TRUST 26261 GLEN CANYON DR LAGUNA HILLS, CA 92653 | Common | 133,734 | Common |
| BARBARA C WILSON ROLLOVER IRA TD AMERITRADE CLEARING  CUSTODIAN 2328 SCHILLINGS CT HENDERSON, NV 89074 | Common | 250 | Common |
| BARRETTO PACIFIC CORPORATION ATTN: LANDON BARRETTO 1916 PIKE PL STE 12 UNIT 8 SEATTLE, WA 98101 | Common | 32 | Common |
| BARRY EHRMANN 76 CHANDON NEWPORT COAST, CA 92657 | Common | 10 | Common |
| BEAR STERNS SECURITIES CORP ONE METROTECH CENTER BROOKLYN, NY 11201 | Common | 1,800 | Common |
| BEVERLY PINNAS 2901 COLUMBUS BLVD CORAL GABLES, FL 33134 | Common | 5,000 | Common |
| BHARATH C Y MADDEPURI TOD APT 203  SRI SATYA SAI SADAN PLOT 48 AND 49  KPHB VI PHASE ANDHRA HYDERABAD  500072  INDIA | Common | 500 | Common |
| BRETT ANTONIO 319 VILLAGE LOOP DRIVE APEX, NC 27502 | Common | 100 | Common |
| BROOKE R SATEESH ROTH IRA E*TRADE CUSTODIAN 6204 BYRNWOOD CT SAN DIEGO, CA 92120 | Common | 29,169 | Common |
| BRUCE HODGSON 2763 WEST 10TH AVENUE VANCOUVER BC  V6N 2T5 | Common | 462 | Common |

Sheet    2    of    29    continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.                   ,      Case No.

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CAROLINE A DEL PIANO<br>282 W 23RD ST<br>DEER PARK, NY 11729 | Common | 11 | Common |
| CHARLES DUPONT JR<br>13740 NOB AVE<br>DEL MAR CA, CA 92014 | Common | 32,281 | Common |
| CHARLES E BATES<br>111 ROBIN GLEN LN<br>OVILLA, TX 75154 | Common | 100 | Common |
| CHARLES E DUPONT JR<br>13740 NOB AVE<br>DEL MAR CA, CA 92014 | Common | 198,313 | Common |
| CHARLES SCHWAB & CO INC<br>ATTN: SECURITIES OPERATION<br>2423 E LINCOLN DR<br>PHOENIX AZ, AZ 85016 | Common | 2,600 | Common |
| CHARLES W GRIFFIN   AND<br>JUDY R GRIFFIN   JTWROS<br>3077 KALMIA ST<br>SAN DIEGO, CA 92104 | Common | 2,500 | Common |
| CHOCOLATE CHIP INVESTMENTS<br>1645 VILLAGE CENTER CIRCLE #1NO<br>LAS VEGAS, NV 89134 | Common | 76,007 | Common |
| CHOCOLATE CHIP INVESTMENTS LP<br>1645 VILLAGE CENTER CIR #170<br>LAS VEGAS, NV 89134 | Common | 20,000 | Common |
| CHRIS ALAN WALKER<br>16 COMSTOCK WAY<br>SOUTH WALPOLE, MA 02071 | Common | 5,800 | Common |
| CHRISTOS AGOURIDIS &<br>KATHELINE R AGOURIDIS JTWROS<br>6699 PARK MILL DR<br>DUBLIN, OH 43016 | Common | 125 | Common |
| CHUN-YAN MI<br>412 PALMTREE DRIVE<br>GAITHERSBURG, MD 20878 | Common | 200 | Common |
| CITIGROUP GLOBAL MARKETS INC<br>333 W 34TH ST 3RF FL<br>NEW YORK NY, NY 10001 | Common | 3,875 | Common |

Sheet  3  of  29  continuation sheets attached to the List of Equity Security Holders

In re      Transdel Pharmaceuticals, Inc.            ,      Case No.
                                                Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CLIFTON COX<br>1808 PENNYPACKER LANE<br>DURHAM, NC 27703 | Common | 4 | Common |
| CLINTON EDWARD CURTIS<br>CHARLES SCHWAB & CO INC.CUST<br>305 ODELL FARM LN<br>OAK HILL, WV 25901 | Common | 500 | Common |
| CONRAD R ODDEN<br>TOD<br>4814 MILLIKEN CLOSE<br>WILSON, NC 27896 | Common | 5,000 | Common |
| CRT CAPITAL GROUP LLC<br>262 HARBOR DR<br>STAMFORD, CT 06902 | Common | 75,000 | Common |
| CUST FPO<br>ANDREW S CORWIN IRRA<br>515 W END AVE<br>NEW YORK, NY 10024 | Common | 30,600 | Common |
| CUST FPO<br>ANDREW S CORWIN RRA<br>515 W END AVE<br>NEW YORK, NY 10024 | Common | 24,549 | Common |
| DACANAY VENTURES INC DEFINED BENEFIT PLAN<br>14478 SOUTHERN HILLS LANE<br>POWAY, CA 92064 | Common | 25,000 | Common |
| DAKE M SCHWARTE<br>10502 SW 52ND TER<br>MIAMI, FL 33165 | Common | 700 | Common |
| DANIEL J WALSH<br>112 TWIN OAKS ROAD<br>KINGS PARK, NY 11754 | Common | 32,000 | Common |
| DANIEL STANFORD<br>1494 UNION ST UNIT 107<br>SAN DIEGO, CA 92101 | Common | 31,250 | Common |
| DARRIN MROZ<br>1438 BERMUDA LANE<br>EL CAJON, CA 92021 | Common | 1,663 | Common |
| DAVID ERIC MOORHEAD<br>1919 14TH ST #440<br>BOULDER, CO 80302 | Common | 2,000 | Common |

Sheet   4   of   29   continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.       ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DAVID ERIC MOORHEAD SEP IRA TD AMERITRADE CLEARING  CUSTODIAN 1919 14TH ST #440 BOULDER, CO 80302 | Common | 1,300 | Common |
| DAVID HUNT BARNARD 1874 MARCI WAY FALLBROOK, CA 92028 | Common | 22,000 | Common |
| DAVID HUNT BARNARD TTEE DORIS BARNARD 06 CHARIT UNITRU 1874 MARCI WAY FALLBROOK, CA 92028 | Common | 22,500 | Common |
| DAVID MELVIN KANE 9505 CHATHAM ST MANASSAS, VA 20110 | Common | 500 | Common |
| DAVID MELVIN KANE CUST FOR NICHOLAS DALTON KANE UMDUTMA 9505 CHATHAM ST MANASSAS, VA 20110 | Common | 200 | Common |
| DAVID MELVIN KANE CUST FOR BENJAMIN THOMAS KANE UMDUTMA 9505 CHATHAM ST MANASSAS, VA 20110 | Common | 200 | Common |
| DAVID THOMPSON 1086 LORI LN SUN PRAIRIE, WI 53590 | Common | 40 | Common |
| DEAN J MUELLER 2215 CEDAR SPRINGS RD APT 1612 DALLAS TX, TX 75201 | Common | 25 | Common |
| DENISE M LARKIN IRA E*TRADE CUSTODIAN 1874 MARCI WAY FALLBROOK, CA 92028 | Common | 17,600 | Common |
| DENNIS NORMAN PRIEBE & SHU QING ZHOU PO BOX 840 VASHON, WA 98070 | Common | 1,000 | Common |
| DENNIS P MCELLIGOTT 95 MELROSE AVE SAN FRANCISCO, CA 94131 | Common | 3,000 | Common |

Sheet  5  of  29  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re    Transdel Pharmaceuticals, Inc.              ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DEVIN LEISHMAN<br>52 E SUMMIT AVE<br>MIDLAND PARK, NJ 07432 | Common | 5 | Common |
| DIAN GRIESEL<br>231 ROMFORD RD<br>WASHINGTON DT, CT 06794 | Common | 57,000 | Common |
| DIAN GRIESEL<br>11 STONE STREET 3RD FL<br>NEW YORK, NY 10004 | Common | 31,877 | Common |
| DMITRI GORDEI<br>1015 CONTINENTALS WAY<br>APT 107<br>BELMONT, CA 94002 | Common | 2,000 | Common |
| DOMESTIC SECURITES INVENTORY #29<br>160 SUMMIT AVE<br>160 SUMMIT AVE<br>MONTVALE, NJ 07645 | Common | 580 | Common |
| DON I SINGH<br>8042 E CLARKSON AVE<br>SELMA, CA 93662 | Common | 1,750 | Common |
| DONALD P MILONI<br>1425 E GREENWOOD LN<br>GREENWOOD VLG, CO 80121 | Common | 60,000 | Common |
| DUSTIN SHANE MYERS<br>3748 E PARADISE AVE<br>VISALIA, CA 93292 | Common | 302 | Common |
| EAMES HENRY KOLAR<br>1112 1/2 ECHO PARK AVE.<br>LOS ANGELES, CA 90026 | Common | 5,200 | Common |
| EDWINA J JOHNSON CUST FOR<br>BUILDING 2  SUITE 215<br>3000 SAND HILL ROAD<br>MENLO PARK, CA 94025 | Common | 100 | Common |
| ELANA S RESH<br>ROTH IRA ETRADE CUSTODIAN<br>6204 BRYNWOOD CT<br>SAN DIEGO CA, CA 92120 | Common | 21,730 | Common |
| ELINOR C GANZ - IRA ROLLOVER<br>1000 ISLAND BLVD PH 3<br>WILLIAMS ISLAND, FL 33160 | Common | 25,432 | Common |

Sheet ___6___ of ___29___ continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.                                      ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ERNEST DAHL<br>13450 BALSAM CRESCENT<br>SURREY BC  V4P 1W2 | Common | 462 | Common |
| ERNEST PELLEGRINO<br>35 JOHANNA LANE<br>STATEN ISLAND, NY 10309 | Common | 32,000 | Common |
| FIRST CLEARING LLC<br>P O BOX 6570<br>GLEN ALLEN, VA 23058 | Common | 83 | Common |
| FMT CO CUST IRA<br>FBO JOSEPH E GRASELA<br>4767 OCEAN BLVD APT 1001<br>SAN DIEGO, CA 92109 | Common | 5,000 | Common |
| FMT CO CUST IRA<br>FBO GARY D LEVINE<br>21804 MARIGOT DR<br>BOCA RATON, FL 33428 | Common | 1,000 | Common |
| FMT CO CUST IRA<br>FBO MYLES M SPICER<br>4734 COVENTRY RD E<br>MINNETONKA, MN 55345 | Common | 500 | Common |
| FMT CO CUST IRA<br>FBO SOCORRO RODRIGUEZ BROCKMAN<br>7005 ROCK CANYON DR<br>EL PASO, TX 79912 | Common | 100 | Common |
| FMT CO CUST IRA ROLLOVER<br>FBO AKIRA NAKAZATO<br>12607 PASEO FLORES<br>SARATOGA, CA 95070 | Common | 8,950 | Common |
| FMT CO CUST IRA ROLLOVER<br>FBO RICHARD S HUNTER<br>17761 SW BELTON ROAD<br>SHERWOOD, OR 97140 | Common | 2,000 | Common |
| FMT CO CUST IRA ROLLOVER<br>FBO PATRICIA J HAND<br>3 GREEN BLADE LN<br>THE WOODLANDS, TX 77380 | Common | 1,260 | Common |
| FMT CO CUST IRA ROLLOVER<br>FBO DAVID N STERNLICHT<br>3 LODER ST<br>RYE, NY 10580 | Common | 500 | Common |

Sheet    7    of    29    continuation sheets attached to the List of Equity Security Holders

In re     Transdel Pharmaceuticals, Inc.                       ,     Case No. _____

_____ Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| FMT CO CUST IRA ROLLOVER FBO WILLIAM E AGLINSKY 6765 PRAIRE VIEW DR MAINEVILLE, OH 45039 | Common | 500 | Common |
| FMT CO CUST IRA ROLLOVER FBO DUANE A TRUMAN 2214 E 48TH ST DAVENPORT, IA 52807 | Common | 500 | Common |
| FMT CO CUST IRA ROLLOVER FBO SCOTT P MURRAY 59 ORANGE ST # 2 WALTHAM, MA 02453 | Common | 200 | Common |
| FMT CO CUST IRA ROLLOVER FBO PHILIP D CONLEY 2217 NORTHRIDGE RD FINDLAY, OH 45840 | Common | 200 | Common |
| FMT CO CUST IRA ROLLOVER FBO EMILIA C ARAGON 10383 COMANCHE AVE RIVERSIDE, CA 92503 | Common | 47 | Common |
| FMT CO CUST IRA SEPP FBO DAVID BORDEN FELDMAN 468 SANDHURST DR HIGHLAND HGTS, OH 44143 | Common | 100 | Common |
| FMTC CUSTODIAN - IRA BDA NSPS AMBER ELIZABETH CAMERON 920 W TAYLOR ST SAN JOSE, CA 95126 | Common | 70 | Common |
| FMTC CUSTODIAN - IRA BDA NSPS NAENA M GRISSETT 22435 LOST CREEK RD KATY, TX 77450 | Common | 70 | Common |
| FMTC CUSTODIAN - ROTH IRA FBO JEREMY S PETERSON 21 VALERIE DR VERNON ROCKVL, CT 06066 | Common | 150 | Common |
| FRANK SINIBALDI GWEN SINIBALDI JT TEN 4749 DANFORTH RESERVE STOW, OH 44224 | Common | 500 | Common |

Sheet   8   of   29   continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc. _____,    Case No. _____
                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| FREDERIC LEE PATTERSON TTEE NOREEN J HERNANDEZ TTEE PO BOX 69 CHLORIDE, AZ 86431 | Common | 3,000 | Common |
| GARDEN STATE SECURITIES INC 328 NEWMAN SPRINGS ROAD 3RD FL RED BANK, NJ 07707 | Common | 16,000 | Common |
| GARY L TESKEY & JOYCE LEON TESKEY JT/TIC 1346 E. TAYLOR STREET SAN JOSE, CA 95133 | Common | 500 | Common |
| GARY YOCOM JR 266 ORIENTA PT DR ALTAMONTE SPRINGS, FL 32701 | Common | 2,078 | Common |
| GEORGE D RIKOS 251 NORTH RIOS SOLANA BEACH, CA 92075 | Common | 10 | Common |
| GEORGE J WYHINNY TTEE GEORGE J WYHINNY REV TRUST 8 COREY DR S BARRINGTON, IL 60010 | Common | 1,000 | Common |
| GEORGE RUCKER 5311 BAY ST RD PALMETTO FL, FL 34221 | Common | 12,500 | Common |
| GOLDMAN SACHS EXECUTION & CLEARING LP 30 HUDSON ST JERSEY CITY, NJ 07302 | Common | 3,000 | Common |
| GORDON L DAVIS TTEE GORDON L DAVIS REV LIV TRUST 331 COUNTY RD 29 LAKE PLACID, FL 33852 | Common | 1,000 | Common |
| GUY NICOLETTE 6731 NW 38TH TERRACE GAINESVILLE, FL 32653 | Common | 900 | Common |
| HARPREET B BAINS 925 WOODRIDGE CT YUBA CITY, CA 95993 | Common | 3,520 | Common |
| HITOSHI TAGAMI 15829 S DENKER AVE APT 19 GARDENA, CA 90247 | Common | 4,400 | Common |

Sheet __9__ of __29__ continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.                                          ,    Case No. _____

                                                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| HOWARD M SIMON<br>WFBNA CUSTODIAN TRAD IRA<br>2436 PALM DRIVE<br>HERMOSA BEACH, CA 90254 | Common | 300 | Common |
| HUGH N CONSIDINE &<br>CAROLINE M DELANEY JT TEN<br>369A 11TH AVE<br>SAN FRANCISCO, CA 94118 | Common | 600 | Common |
| ILYA LIPOVICH<br>260 KING ST APT 1405<br>SAN FRANCISCO, CA 94107 | Common | 1,300 | Common |
| ING DIRECT INVESTING  INC.<br>--OMNIBUS ACCOUNT--<br>83 SOUTH KING STREET STE 700<br>SEATTLE, WA 98104 | Common | 570 | Common |
| IRA FBO DARIN M RING<br>PERSHING LLC AS CUSTODIAN<br>6819 TOWNSEND LN NE<br>BREMERTON, WA 98311 | Common | 100 | Common |
| IRA FBO LAURIE A STERLE<br>PERSHING LLC AS CUSTODIAN<br>626 DEWITT DR<br>HIGHLAND HGTS, OH 44143 | Common | 1,500 | Common |
| IRAKLI MEZVRISHVILI<br>555 JOHN MUIR DR APT B416<br>SAN FRANCISCO, CA 94132 | Common | 35,550 | Common |
| JACQELINE MORGAN<br>432 LAIRD AVE<br>HUEYTOWN, AL 35023 | Common | 50 | Common |
| JAIRO ANTONIO FLORES<br>AMANDA FLORES<br>13226 AZORES AVE<br>SYLMAR, CA 91342 | Common | 200 | Common |
| JAMAINE J WILLIAMS<br>12694 ANGELINA DR<br>PEYTON, CO 80831 | Common | 400 | Common |
| JAMES E MESSICK JR TTEE<br>JAMES E MESSICK JR REV TR<br>25202 MARY ROAD<br>GEORGETOWN, DE 19947 | Common | 5,000 | Common |

Sheet   10   of   29   continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.                                         ,        Case No. _____

                                            Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JAMES RICHARD AULT<br>13367 GRANDVIA PT<br>SAN DIEGO, CA 92130 | Common | 1,200 | Common |
| JAMES RICHARD AULT IRA<br>13367 GRANDVIA PT<br>SAN DIEGO, CA 92130 | Common | 2,600 | Common |
| JANOS PALKO<br>1535 E ELM AVE<br>EL SEGUNDO, CA 90245 | Common | 355 | Common |
| JEANNE RUDOLPH<br>1010 LEHIGH ST.<br>BOULDER, CO 80305 | Common | 2,500 | Common |
| JEFCO<br>HARBORSIDE FINANCIAL CENTER<br>705 PLAZA 3<br>JERSEY CITY, NJ 07303 | Common | 74 | Common |
| JENNIFER ALLEN<br>12016 NE 351ST ST<br>LA CENTER, WA 98629 | Common | 500 | Common |
| JEROME KURTZ<br>CHARLES SCHWAB & CO INC CUST<br>11520 WOODBRIDGE ST<br>STUDIO CITY, CA 91604 | Common | 2,000 | Common |
| JESSICA A CHACIN<br>CALLE EL COMERCIO  QUINTA VICTORIA<br>PRADOS DEL ESTE<br>CARACAS  110  VENEZUELA | Common | 1,000 | Common |
| JFS INVESTMENTS<br>C/O JOSEPH M SALVANI<br>35 CREST LOOP<br>STATEN ISLAND, NY 10312 | Common | 200 | Common |
| JFS INVESTMENTS<br>35 CREST LOOP<br>STATEN ISLAND, NY 10312 | Common | 120,000 | Common |
| JOAN T STEIN<br>54 PALMA CIR<br>AUSTIN, TX 78744 | Common | 150 | Common |
| JOE GRASELA TRUST<br>2877 PARADISE RD #2005<br>LAS VEGAS, NV 89109 | Common | 1,171,875 | Common |

Sheet   11   of   29   continuation sheets attached to the List of Equity Security Holders

In re      Transdel Pharmaceuticals, Inc.                       ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JOHN C PAXSON AND FRANCINE PAXSON JT TEN PO BOX 1449 REDONDO BEACH, CA 90278 | Common | 2,000 | Common |
| JOHN F SALIB 12083 EDDLESTON DR NORTHRIDGE, CA 91326 | Common | 2,500 | Common |
| JOHN GRASELA TRUST 2877 PARADISE RD #2005 LAS VEGAS, NV 89109 | Common | 1,171,875 | Common |
| JOHN J CONNORS 3 AARON ROAD LEXINGTON, MA 02421 | Common | 8,800 | Common |
| JOHN M TRIPP TTEE JUDY L TRIPP TTEE 6550 VIEWPOINT DR LAS VEGAS, NV 89156 | Common | 1,000 | Common |
| JOHN P TANSEY TRUST 2646 N DAYTON CHICAGO, IL 60614 | Common | 1,500 | Common |
| JOHN R LAMB 12674 CARMEL COUNTRY RD UNIT 3 SAN DIEGO, CA 92130 | Common | 135 | Common |
| JOHN S POINDEXTER III 1221 HYDE LANE RICHMOND, VA 23229 | Common | 1,000 | Common |
| JOHN TANSEY & SUSAN CIELAK TANSEY JTWROS 2646 N DAYTON CHICAGO, IL 60614 | Common | 2,000 | Common |
| JOHN W AUFDERMAUER TR AUFDERMAUER ENTERPRISES 3233 WHIPPLE RD UNION CITY, CA 94587 | Common | 2,000 | Common |
| JOHN W DWYER CHARLES SCHWAB & CO INC CUST 33838 HUNTERS POINTE DRIVE FARMINGTON HILLS, MI 48331 | Common | 200 | Common |

Sheet __12__ of __29__ continuation sheets attached to the List of Equity Security Holders

In re      Transdel Pharmaceuticals, Inc.
_____ ,      Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JORGE A RAMIREZ<br>& MINERBA ORTIZ JT WROS<br>10969 SAINT RAFAEL ST<br>LAS VEGAS, NV 89141 | Common | 200 | Common |
| JOSEPH J & KATHLEEN L MCCLOSKEY<br>1167 COPPERWOOD DR<br>BLOOMFIELD, MI 48302 | Common | 623,969 | Common |
| JOSEPH M SALVANI<br>35 CREST LOOP<br>STATEN ISLAND, NY 10312 | Common | 20,000 | Common |
| JOSEPH R JURAK<br>POB #611<br>MORRISON, CO 80465 | Common | 2,500 | Common |
| JOSEPH TIBBETTS<br>54 HILLSIDE RD APT 2<br>ORONO, ME 04473 | Common | 100 | Common |
| JULIE SPENCE PRINE &<br>PHILIP JOHN PRINE JT TEN<br>1091 COPPER HILL COURT<br>LOUISVILLE, CO 80027 | Common | 25 | Common |
| JULIET SINGH<br>PO BOX 2191<br>RCHO SANTA FE, CA 92067 | Common | 1,952,125 | Common |
| JUN SUK LEE ROLLOVER IRA<br>TD AMERITRADE INC CUSTODIAN<br>11916 RIDING LOOP TER<br>GAITHERSBURG, MD 20878 | Common | 1,500 | Common |
| JUSTIN M TARSHIS<br>360 E 72ND ST APT A403<br>NEW YORK, NY 10021 | Common | 30 | Common |
| JUSTIN T BURNETT<br>IRA R/O ETRADE CUSTODIAN<br>180 E ALEGRIA<br>SIERRA MADRE CA, CA 91024 | Common | 300 | Common |
| KENNETH J WOOLCOTT TTEE<br>KENNETH J WOOLCOTT TRUST<br>2000 FIRST AVENUE #2304<br>SEATTLE, WA 98121 | Common | 50,000 | Common |

Sheet   13   of   29   continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.

_____,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| KENT BONNER & EUGENIE BONNER COMMUNITY PROPERTY 2000 POST OAK BLVD STE 100 HOUSTON, TX 77056 | Common | 1,000 | Common |
| KERI RESH KRAFT ROTH IRA ETRADE CUSTODIAN 2312 CHERYL PL LOS ANGELES, CA 90049 | Common | 8,625 | Common |
| KIRAN YADALLA 32 IMPERIAL COURT MONROE, NJ 08831 | Common | 12,500 | Common |
| KONI TAMRATZI 2944 W 5TH ST APT 17-D BROOKLYN, NY 10014 | Common | 7,500 | Common |
| KRAFT FAMILY TRUST ALON KRAFT & KERI RESH KRAFT TTEES 2312 CHERYL PL LOS ANGELES, CA 90049 | Common | 1,600 | Common |
| KYLE GEORGE KOWALL 358 VILLAGE DRIVE NORTHLAKE, IL 60164 | Common | 1,600 | Common |
| L SWIRYN & M SWIRYN TTEE MONTY E & LAURIE WEIL SWIRYN T 719 EL GRANADA BLVD HALF MOON BAY, CA 94019 | Common | 1,000 | Common |
| LACUNA HEDGE FUND LLLP        0307 1100 SPRUCE STE 202 BOULDER, CO 80302 | Common | 112,743 | Common |
| LAURA BOROVIK 1271 N STREAMWOOD LN VERNON HILLS, IL 60061 | Common | 2,800 | Common |
| LAWRENCE C LONGO JR IRA TD AMERITRADE INC CUSTODIAN 38 LETTERY CIR SUDBURY, MA 01776 | Common | 5,000 | Common |
| LEANNE MCCRACKEN ROBERT SCOTT MCCRACKEN JT TEN 2813 WOODLAWN DR MOORE, OK 73160 | Common | 1,600 | Common |

Sheet __14__ of __29__ continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc. _____,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| LEI SHAO<br>45 MADISON DR<br>PLAINSBORO, NJ 08536 | Common | 200 | Common |
| LIBERN SHIPS CORP MPP PLAN<br>26300 ALEXANDER PLACE<br>LOS ALTOS HILLS, CA 94022 | Common | 1,000 | Common |
| LINDA HODGSON<br>2763 WEST 37TH AVENUE<br>VANCOUVER BC  V7E 6J7 | Common | 462 | Common |
| LINDA J BUSBY<br>IRA R/O ETRADE CUSTODIAN<br>3950 OLD SHELL ROAD<br>MOBILE, AL 36608 | Common | 100 | Common |
| LINDA JANE SPEAKE<br>8562 DORTHA CT<br>SANTEE, CA 92071 | Common | 200 | Common |
| LION BROTHERS INC<br>10246 REISTERSTOWN RD<br>OWINGS MILLS, MD 21117 | Common | 5,000 | Common |
| LYNN C SWANN<br>- | Common | 25,000 | Common |
| MADHUSUDHAN G NUNNA<br>10 REBECCA CT<br>RANDOLPH, NJ 07869 | Common | 200 | Common |
| MAGID & CO<br>C/O HILL THOMPSON MAGID & CO INC<br>15 EXCHANGE PL STE 800<br>JERSEY CITY, NJ 07032 | Common | 1,200 | Common |
| MAHENDRA M PRAJAPATI<br>24621 ARCH ST<br>NEWHALL, CA 91321 | Common | 600 | Common |
| MARCIA CORWIN<br>370 RIVERSIDE DR<br>APT 3B<br>NEW YORK, NY 10025 | Common | 42,000 | Common |
| MARK DEVIN LARSON<br>CHARLES SCHWAB & CO INC CUST<br>1986 JASMINE ST<br>EL CAJON, CA 92021 | Common | 500 | Common |

Sheet   15   of   29   continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.               ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MARKET MAKER<br>PBXP-INVENTORY  - THOMAS MATCHETT<br>677 WASHINGTON BLVD<br>STAMFORD, CT 06901 | Common | 460 | Common |
| MARSHALL & ILSLEY TRUST CO NA CUST<br>FBO EDWIN W COLMAN CHILDRES TRUST<br>800 LAUREL OAK DR STE 101<br>NAPLES FL, FL 34108 | Common | 125,000 | Common |
| MAUREEN C VOONG &<br>JIANXUN YU JT TEN<br>726 ELM ST APT D<br>SAN CARLOS, CA 94070 | Common | 1,000 | Common |
| MAX LAZZARI<br>2615 TANGLEWOOD DR<br>SARASOTA, FL 34239 | Common | 200 | Common |
| MAXIM LADONNIKOV<br>CHARLES SCHWAB & CO INC CUST<br>13388 SURREY LN<br>SARATOGA, CA 95070 | Common | 80,700 | Common |
| MAXIM LADONNIKOV<br>13388 SURREY LN<br>SARATOGA, CA 95070 | Common | 48,500 | Common |
| MEIR MANOR<br>2 AMNON VETAMAR STR.<br>HERTZLIYA  46417    ISRAEL | Common | 2,000 | Common |
| MERRILL LYNCH PIERCE FENNER &<br>SMITH INCORPORATED<br>101 HUDSON ST<br>JERSEY CITY, NJ 07302 | Common | 8,185 | Common |
| MICHAEL & SANDRA IRUSALIMSKY<br>2000 TRUST<br>652 VILLA CENTRE WAY<br>SAN JOSE, CA 95128 | Common | 83,500 | Common |
| MICHAEL BRAUSER &<br>BETSY BRAUSER TEN ENT<br>3164 NE 31ST AVE<br>LIGHTHOUSE POINT, FL 33064 | Common | 2,014 | Common |
| MICHAEL CORAGGIO<br>132 BLOOMFIELD ST<br>APT 3<br>HOBOKEN, NJ 07030 | Common | 3,054 | Common |

Sheet  16  of  29  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re    Transdel Pharmaceuticals, Inc.                                    ,    Case No. _____

                                                Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MICHAEL CORWIN<br>15 SHASTA LANE<br>MENLO PARK, CA 94025 | Common | 1,000 | Common |
| MICHAEL CORWIN &<br>MERLYN A CORWIN JT TEN<br>15 SHASTA LANE<br>MENLO PARK, CA 94025 | Common | 183,498 | Common |
| MICHAEL D KURTZ & ROSARIO R KURTZ JTWROS<br>3335 SEACREST DRIVE<br>CARLSBAD, CA 92008 | Common | 500 | Common |
| MICHAEL IRUSALIMSKY<br>652 VILLA CENTRE WAY<br>SAN JOSE, CA 95128 | Common | 27,300 | Common |
| MICHAEL LIPOVICH<br>IRA E*TRADE CUSTODIAN<br>26300 ALEXANDER PLACE<br>LOS ALTOS HILLS, CA 94022 | Common | 24,000 | Common |
| MICKEY ACKERMAN<br>1948 BLAKE STREET<br>DENVER, CO 80202 | Common | 5,000 | Common |
| MIKE SOHAN SINGH &<br>SURINDER P K SINGH JT TEN<br>4740 CINDY CT<br>LIVERMORE, CA 94550 | Common | 3,000 | Common |
| MO CO LLC<br>ATTN: DAVID MOORHEAD<br>7313 OLD POST RD<br>BOULDER, CO 80301 | Common | 2,500 | Common |
| MOHAMMAD N RAHMAN<br>133 BELLINGHAM DRIVE<br>MADISON, AL 35758 | Common | 500 | Common |
| MORGAN STANLEY INC<br>C/O DTC<br>55 WATER ST<br>NEW YORK, NY 10041 | Common | 1,000 | Common |
| MOSHE KRIKEB<br>19 TRUMPELDOR ST<br>KIRYAT-ONO 55295  ISRAEL | Common | 49,000 | Common |

Sheet  17  of  29  continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.               ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MR SUKHMINDER SOHI<br>803 14TH STREET<br>NEW WESTMINSTER BC  V3M 4P5 | Common | 10,000 | Common |
| MR TYLER SCOTT EUVERMAN<br>171-15236 36 AVE<br>SURREY BC  V3S 2B3 | Common | 368 | Common |
| MR. AMARDIP GILL<br>31650 NORTHDALE CRT<br>ABBOTSFORD BC  V2T 6S2 | Common | 10,000 | Common |
| MR. DONNY DIAL<br>C/O DONNY DIAL<br>34886 ACKERMAN CRT<br>ABBOTSFORD BC  V2S 8J9 | Common | 90 | Common |
| MR. ERIC YIN-LOK WONG<br>13703 81 AVE NW<br>EDMONTON AB  T5R 3N9 | Common | 400 | Common |
| MR. JAWAHAR BHATIA<br>1475 EMERSON LANE<br>MISSISSAUGA ON  L5V 1L6 | Common | 12,000 | Common |
| MR. MARK ROBERTS<br>SUITE 512<br>3181 BAYVIEW AVE<br>NORTH YORK ON  M2K 2Y2 | Common | 1,000 | Common |
| MR. ROBERT BASSI<br>30459 HERITAGE DR<br>ABBOTSFORD BC  V2T 6X9 | Common | 6,150 | Common |
| MRS. BALJIT K MANGAT<br>31494 UPPER MACLURE RD<br>ABBOTSFORD BC  V2T 5P1 | Common | 11,000 | Common |
| NATALIA RAZHEVA<br>50 PARKRIDGE DR APT 8<br>SAN FRANCISCO, CA 94131 | Common | 12,480 | Common |
| NATIONAL FINANCIAL SRVICES LLC<br>200 LIBERTY STREET<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | Common | 4,800 | Common |
| NAYAN B SHAH<br>PO BOX 823<br>SHRUB OAK, NY 10588 | Common | 200 | Common |

Sheet   18   of   29   continuation sheets attached to the List of Equity Security Holders

In re     Transdel Pharmaceuticals, Inc.                                    ,     Case No. _____
                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| NFS/FMTC SEP IRA<br>FBO DANIEL LLOYD KENNEDY<br>6813 44TH ST CT WEST<br>UNIVERSITY PLACE, WA 98466 | Common | 5,000 | Common |
| NOAH RUCKER-TRIPLETT<br>1080 WOODRIDGE RD<br>PLACERVILLE, CA 95667 | Common | 770 | Common |
| ODL SECURITIES LIMITED<br>SEGREGATED CLIENT MONIES A/C<br>EIGHT FLOOR 10 LOWER THAMES STREET<br>EC3R 6AD LONDON UNITED KINGDOM | Common | 100 | Common |
| OVIDIU DUMITRESCU &<br>CAMELIA DUMITRESCU JT TEN<br>1075 BAKER ST<br>SAN FRANCISCO, CA 94115 | Common | 6,000 | Common |
| PAMELA S D'ARC<br>515 W END AVE<br>NEW YORK, NY 10024 | Common | 47,474 | Common |
| PATRICIA B LONGO IRA<br>TD AMERITRADE INC CUSTODIAN<br>38 LETTERY CIR<br>SUDBURY, MA 01776 | Common | 2,200 | Common |
| PATRICK N CATALANO<br>ELIZABETH K CATALANO JT TEN<br>6206 CONTOUR DR<br>DALLAS, TX 75248 | Common | 200 | Common |
| PAUL DAVID GOODSON<br>DESIGNATED BENE PLAN/TOD<br>415 ALCARAS CT<br>OCEANSIDE, CA 92057 | Common | 8,000 | Common |
| PAUL EDWIN STEPHENS<br>IRA R/O ETRADE CUSTODIAN<br>2706 SABINAL TRAIL<br>CEDAR PARK, TX 78613 | Common | 180 | Common |
| PAUL J ELBERSE<br>LIEJA 6881<br>MONTEVIDEO CP 11.500<br>URUGUAY | Common | 500 | Common |
| PAVEL KHROMCHENKO<br>11 HEDGEROW LANE<br>MANALAPAN, NJ 07226 | Common | 50,000 | Common |

Sheet __19__ of __29__ continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.                          ,       Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| PAVEL LADONNIKOV<br>2279 SUN GLORY LANE #A<br>SAN JOSE, CA 95124 | Common | 554,545 | Common |
| PEDDLE PARTNERS LLP<br>2445 NW 24TH COURT<br>BOCA RATON, FL 33431 | Common | 37,970 | Common |
| PEMBINA ASSET MANAGEMENT INC.<br>ATTN: HAROLD NAPRAWA<br>PO BOX 1819 STN DEL.CENTRE<br>YORKTON SK  S3N 3R2 | Common | 2,000 | Common |
| PENSON FINANCIAL SERVICES<br>1700 PACIFIC AVE STE 1400<br>DALLAS, TX 75201 | Common | 3,010 | Common |
| PERSHING LLC<br>P O BOX 2050<br>JERSEY CITY, NJ 07303 | Common | 58,192 | Common |
| PETER M SKANAVIS<br>6768 MAPLE TER<br>WAUWATOSA, WI 53213 | Common | 1,000 | Common |
| PFSI FBO ABRAHAM PERUMPLATH ROTH IRA<br>ABRAHAM PERUMPLATH<br>86-16 RANGE STREET<br>BELLEROSE, NY 11427 | Common | 943 | Common |
| PFSI FBO WILLIAM J HERLIHY IRA<br>WILLIAM J HERLIHY<br>15 HARWOOD DRIVE<br>VOORHEES, NJ 08043 | Common | 1,500 | Common |
| PHILIP CHU<br>879 LANSDOWN CT<br>SUNNYVALE, CA 94087 | Common | 25,000 | Common |
| PHYLLIS ULREICH<br>24 FARMSTEAD LANE<br>WEST HARTFORD, CT 06117 | Common | 32,500 | Common |
| POH S TAN<br>& VIVIEN TAN JT WROS<br>12475 CAVALLO ST<br>SAN DIEGO, CA 92130 | Common | 3,500 | Common |
| PRAKOB SAE-JAO &<br>JENNY CHIN LEE JT TEN<br>18 WOODSIDE AVE<br>DALY CITY, CA 94015 | Common | 2,000 | Common |

Sheet  <u>20</u>  of  <u>29</u>  continuation sheets attached to the List of Equity Security Holders

In re  Transdel Pharmaceuticals, Inc.                                    ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| QING LI & XIAOJING LOU JTWROS 7466 PARK VILLAGE ROAD SAN DIEGO CA, CA 92129 | Common | 1,000 | Common |
| R LONDON & H LONDON TTEE LONDON FAMILY TRUST PO BOX 5232 SANTA BARBARA, CA 93150 | Common | 228,691 | Common |
| R P DUBRULE CHARLES SCHWAB & CO INC CUST 2503 TERRELLA PL ESCONDIDO, CA 92025 | Common | 431,042 | Common |
| RAE GOULD POLIS TTEE ROBERT NATHAN POLIS TTEE 382 ALPINE WAY BOULDER, CO 80304 | Common | 5,000 | Common |
| RAHUL RAJAN & RANJINI RAMACHANDER JT WROS 1660 GILDER CT NEWBURY PARK, CA 91320 | Common | 200 | Common |
| RAJ MAHESHWARI SARITA SINGH TTEE 312 W 104TH ST NEW YORK, NY 10025 | Common | 5,000 | Common |
| RANDOLPH C DOUGLAS P.O. BOW 150495 ST. LOUIS, MO 63115 | Common | 20 | Common |
| RANDY JAMES SAVONA 9920 WESTCLIFF PKWY APT 1733 WESTMINSTER, CO 80021 | Common | 2,500 | Common |
| RAY DAMREL 28632 LAKESIDE GREEN MAGNOLIA, TX 77355 | Common | 2,000 | Common |
| RAYMOND JAMES & ASSOCIATES INC 880 CARILLON PKWY P O BOX 12749 ST PETERSBURG, FL 33733 | Common | 1,000 | Common |
| RBC CAPITAL MARKETS CORP 510 MARQUETTE AVE S 510 MARQUETTE AVE S MINNEAPOLIS, MN 55402 | Common | 5,000 | Common |

Sheet   21   of   29   continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.        ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| RCHER FINANCIAL LLC<br>11595 W. 6TH AVE<br>LAKEWOOD, CO 80215 | Common | 50,000 | Common |
| RENEE MROZ-JONES<br>8425 EL PASO ST<br>LA MESA, CA 91942 | Common | 800 | Common |
| RICHARD MICHAEL O'LEARY CUST<br>EMMA KATHERINE O'LEARY UTMA CO<br>2819 4TH ST<br>BOULDER, CO 80304 | Common | 2,000 | Common |
| RICHARD MICHAEL O'LEARY CUST<br>ABILGAIL P O'LEARY UTMA CO<br>2819 4TH ST<br>BOULDER, CO 80304 | Common | 2,000 | Common |
| RICHARD MICHAEL O'LEARY CUST<br>LUCY ANN O'LEARY UTMA CO<br>2819 4TH ST<br>BOULDER, CO 80304 | Common | 2,000 | Common |
| RICKI GROSSMAN<br>2 FOX HOLLOW COURT<br>DIX HILLS, NY 11746 | Common | 6,130 | Common |
| RIDGE CLEARING & OUTSOURCING<br>SOLUTIONS INC<br>1981 MARCUS AVE 1ST FL<br>LAKE CITY NY, NY 10042 | Common | 200 | Common |
| RISA JOHNSON KIAM IRA<br>TD AMERITRADE CLEARING  CUSTODIAN<br>14609 LUCY DR<br>DELRAY BEACH, FL 33484 | Common | 550 | Common |
| ROBERT BENNETT PRAG TTEE<br>DEL MAR CONSULTING GROUP INC R<br>2455 EL AMIGO RD<br>DEL MAR, CA 92014 | Common | 50,000 | Common |
| ROBERT BENNETT PRAG TTEE<br>DEL MAR CONSULTING GROUP INC R<br>2455 EL AMIGO RD<br>DEL MAR, CA 92014 | Common | 10,000 | Common |
| ROBERT F KIBBLE LIVING TRUST<br>U/A 12/28/90<br>P O BOX 918<br>RANCHO SANTE FE, CA 92067 | Common | 25,000 | Common |

Sheet __22__ of __29__ continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.
_____ ,    Case No. _____
                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ROBERT H THIBAULT<br>& CARMEN L THIBAULT JT WROS<br>8866 CORMORANT DR<br>BLAINE WA, WA 98230 | Common | 1,000 | Common |
| ROBERT MARK JUBENVILLE<br>KATHLEEN R JUBENVILLE TTEE<br>31483 BOBRICH ST<br>LIVONIA, MI 48152 | Common | 500,000 | Common |
| ROBERT S COLMAN TTEE<br>ROBERT S COLMAN TRUST<br>PO BOX 7370<br>KETCHUM, ID 83340 | Common | 294,027 | Common |
| ROBERT WAYNE CASADY<br>BARBARA CASADY TTEE<br>14047 PAMLICO ROAD<br>APPLE VALLEY, CA 92307 | Common | 1,000 | Common |
| RONALD L ZIMMERMAN<br>PATRICIA M ZIMMERMAN<br>2811 ROLLINS DR<br>ALLISON PARK, PA 15101 | Common | 9,300 | Common |
| RUSSELL JAY BURNEY<br>CHARLES SCHWAB & CO INC CUST<br>5809 E CLINTON AVE<br>FRESNO CA, CA 93727 | Common | 100 | Common |
| RYAN P. ROUHANA<br>2009 PALMER AVENUE<br>NEW ORLEANS, LA 70118 | Common | 1,000 | Common |
| SALVADOR ZAVALA<br>1191 COUNTY ROAD 481<br>BRAZORIA, TX 77422 | Common | 50 | Common |
| SAM GOLDBERG<br>209 LAKE BLUFF DR<br>COLUMBUS, OH 43235 | Common | 800 | Common |
| SAN KIT CHENG<br>130-06 60 AVE<br>FLUSHING, NY 11355 | Common | 10,500 | Common |
| SAN-YIU CHENG<br>51-73 CODWISE PLACE<br>ELMHURST, NY 11373 | Common | 12,980 | Common |

Sheet   23   of   29   continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.          ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SANDOR CAPITAL MASTER FUND LP<br>2828 ROUTH STREET  Ste 500<br>DALLAS, TX 75201 | Common | 509,119 | Common |
| SANFORD ROTH<br>6831 N 58TH PL<br>PARADISE VALLEY, AZ 85253 | Common | 7,812 | Common |
| SATYA BOBBILI<br>315 BUCKEYE LANE<br>WEST CHESTER, PA 19382 | Common | 100 | Common |
| SCOTT TREADWAY<br>CHARLES SCHWAB & CO INC CUST<br>5815 SE FEDERAL HWY # 41<br>STUART, FL 34997 | Common | 200 | Common |
| SCOTTRADE INC<br>P O BOX 31759<br>ST LOUIS MO, MO 63131 | Common | 700 | Common |
| SCOTTRADE INC CUST FBO<br>STANLEY A TERMAN ROLLOVER IRA<br>2730 ARGONAUTA ST<br>CARLSBAD, CA 92009 | Common | 5,000 | Common |
| SCOTTRADE INC CUST FBO<br>DROR YAHALOM ROTH IRA<br>7705 MEADOWHAVEN DR<br>DALLAS, TX 75254 | Common | 2,500 | Common |
| SCOTTRADE INC CUST FBO<br>JOHN TODD LISLE ROTH IRA<br>44570 FOREST RUN RD<br>RACINE, OH 45771 | Common | 1,700 | Common |
| SCOTTRADE INC CUST FBO<br>JOSEF BRUCE SCHAFF ROLLOVER IR<br>38448 GREEN GABLES CT<br>MECHANICSVILLE, MD 20659 | Common | 1,200 | Common |
| SCOTTRADE INC CUST FBO<br>ROBERT MARK COLKER SEP IRA<br>13945 ASHTON WOODS CIRCLE<br>AUSTIN, TX 78727 | Common | 1,000 | Common |
| SCOTTRADE INC CUST FBO<br>NANCY HART IRA<br>8317 ROLLING RD<br>MANASSAS, VA 20110 | Common | 1,000 | Common |

Sheet __24__ of __29__ continuation sheets attached to the List of Equity Security Holders

In re     Transdel Pharmaceuticals, Inc.                       ,        Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SCOTTRADE INC CUST FBO<br>STANLEY TERMAN ROTH IRA<br>2730 ARGONAUTA ST<br>CARLSBAD, CA 92009 | Common | 900 | Common |
| SCOTTRADE INC CUST FBO<br>WILLIAM JACK COSTELLO IRA<br>PO BOX 2270<br>KIHEI, HI 96753 | Common | 500 | Common |
| SCOTTRADE INC CUST FBO<br>JAY LEONARD STORY ROLLOVER IRA<br>23 FAIRFAX DR<br>SAINT PETERS, MO 63376 | Common | 253 | Common |
| SCOTTRADE INC CUST FBO<br>WILLIAM H LOUIS ROTH IRA<br>761 BROADWAY ST APT D<br>EIELSON AFB, AK 99702 | Common | 200 | Common |
| SCOTTRADE INC CUST FBO<br>ERIN RASMUSSEN ROTH IRA<br>4100 SIERRA PL<br>AMARILLO, TX 79118 | Common | 100 | Common |
| SCOTTRADE INC CUST FBO<br>SUE ANNE EDWARDS ROTH IRA<br>9245 OAKES RD<br>ARCANUM, OH 45304 | Common | 100 | Common |
| SCOTTRADE INC CUST FBO<br>NOAH RUCKER-TRIPLETT ROTH IRA<br>1080 WOODRIDGE RD<br>PLACERVILLE, CA 95667 | Common | 42 | Common |
| SCOTTRADE INC CUST FBO<br>RONALD JOESPH SHAY IRA<br>15915 E TOMBSTONE TRL<br>FOUNTAIN HILLS, AZ 85268 | Common | 37 | Common |
| SCOTTRADE INC CUST FBO<br>NOAH RUCKER-TRIPLETT IRA<br>1080 WOODRIDGE RD<br>PLACERVILLE, CA 95667 | Common | 33 | Common |
| SERGEY SABLIN<br>167 SKYVIEW WAY<br>SAN FRANCISCO, CA 94131 | Common | 1,034,090 | Common |

Sheet   25   of   29   continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.                                          ,    Case No. _____

                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SHERRY RESH<br>ROTH IRA ETRADE CUSTODIAN<br>6204 BRYNWOOD CT<br>SAN DIEGO, CA 92120 | Common | 35,000 | Common |
| SHIRLEY ANN HAMPTON<br>10680 COLOMA RD APT 175<br>RANCHO CORDOVA, CA 95670 | Common | 100 | Common |
| SHIRLEY L POOLE<br>50 W. 97TH STREET APT 6C<br>NEW YORK NY, NY 10025 | Common | 300 | Common |
| SIVAKUMAR CHINNADORAI<br>18124 COACHMANS RD<br>GERMANTOWN, MD 20874 | Common | 100 | Common |
| STEPHANIE K HONEYCUTT<br>310 N ELM ST<br>LITTLE ROCK, AR 72205 | Common | 50 | Common |
| STEPHEN D MOCK IRA TD AMERITRADE<br>CLEARING  CUSTODIAN<br>359 HENDERSON RD<br>MACON, GA 31217 | Common | 250 | Common |
| STERNE AGEE & LEACH INC<br>813 SHADES CREEK PKWY STE 100B<br>BIRMINGHAM, AL 35209 | Common | 1,300 | Common |
| SUGARMAN INVESTMENT LC<br>120 JUDGES LANE<br>TOWSON, MD 21204 | Common | 20,000 | Common |
| SUGARMAN INVESTMENTS LP<br>120 JUDGES LANE<br>TOWSON, MD 21204 | Common | 25,000 | Common |
| SUSAN E SAXTON<br>7083 RAIN FOREST DR<br>BOCA RATON, FL 33434 | Common | 22,500 | Common |
| SUSAN GANZ<br>11103 VALLEY HEIGHTS DR<br>OWINGS MILLS, MD 21117 | Common | 10,000 | Common |
| SUSAN J GANZ<br>11103 VALLEY HEIGHTS DR<br>OWINGS MILLS, MD 21117 | Common | 1,000 | Common |

Sheet   26   of   29   continuation sheets attached to the List of Equity Security Holders

In re     Transdel Pharmaceuticals, Inc.                                        ,     Case No. _____
                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SUZETTE M. FAILLE & DARRIN LEVY JT TEN<br>PO BOX 508<br>EVERETT, WA 98206 | Common | 3,000 | Common |
| TD AMERITRADE CLEARING INC<br>P O BOX 2226<br>OMAHA NE, NE 68103 | Common | 981 | Common |
| THE ABRAMS FAMILY TRUST<br>3395 WILLARD ST<br>SAN DIEGO, CA 92122 | Common | 1,562,500 | Common |
| THE ARLYNNE I SIEGEL TRUST<br>ARLYNNE I SIEGEL TTEE<br>3191 MORITZ DR<br>HUNTINGTN BCH, CA 92649 | Common | 5,000 | Common |
| THE BANK OF NEW YORK MELLON TTEE<br>AT&T SAVINGS PLAN<br>12705 MORNINGPARK CIR<br>ALPHARETTA, GA 30004 | Common | 1,000 | Common |
| THE COMMONWEALTH GROUP  INC.<br>551 N.W. 77TH STREET STE 101<br>BOCA RATON, FL 33487 | Common | 1,000 | Common |
| THE ROBERT J KAMMER REVOC LIV TRUST<br>6790 INDIAN TRAIL<br>BOULDER CO, CO 80301 | Common | 50,000 | Common |
| THOMAS LOVING<br>201 E TEXAS AVE<br>201 E TEXAS AVE<br>PALACIOS, TX 77465 | Common | 3,000 | Common |
| THOMAS M SCHMIDT<br>ROTH IRA ETRADE CUSTODIAN<br>256 PENNSYLVANIA AVENUE<br>TUCKAHOE, NY 10707 | Common | 200 | Common |
| THOMAS MARTIN MALONEY<br>PO BOX 11231<br>BOULDER, CO 80301 | Common | 13,675 | Common |
| THOR F HAUFF<br>1723 MEADOW DR<br>CHEYENNE, WY 82001 | Common | 325 | Common |

Sheet   27   of   29   continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.
_____,    Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| TIM HEWITT<br>170 WOOD ST<br>APT 3<br>SAN FRANCISCO, CA 94118 | Common | 500 | Common |
| TIMOTHY H HUTTON<br>124 KINGS TRAIL<br>WILLIAMSVILLE, NY 14221 | Common | 500 | Common |
| TIMOTHY J HOLT & PAULA B HOLT JT<br>TEN<br>16 LAKE SHORE DR<br>MONTVILLE, NJ 07045 | Common | 10,000 | Common |
| TIMOTHY J HOLT ROLLOVER IRA TD<br>AMERITRADE CLEARING  CUSTODIAN<br>16 LAKE SHORE DR<br>MONTVILLE, NJ 07045 | Common | 15,000 | Common |
| TOM M SCHIEBELHUT<br>2175 E PINEHURST AVE<br>FRESNO, CA 93730 | Common | 750 | Common |
| TONY PARMAR<br>1 WAKEFIELD AVE<br>PORT WASHINGTON, NY 11050 | Common | 3,000 | Common |
| UBS SECURITIES LLC<br>480 WASHINGTON BLVD 12TH FL<br>JERSEY CITY, NJ 07310 | Common | 458,219 | Common |
| USAA FED SVGS BANK C/F SDIRA<br>CHARLES W GRIFFIN<br>3077 KALMIA ST<br>SAN DIEGO, CA 92104 | Common | 2,500 | Common |
| VALENTIN BALTER<br>1045 LASSEN DR<br>MENLO PARK, CA 94025 | Common | 50,000 | Common |
| VANDA SAVCHENKOVA &<br>VITALIY SAVCHENKOV COMM PROP<br>2648 TYRONE COURT<br>S SAN FRAN, CA 94080 | Common | 16,057 | Common |
| VIJAYA KODALI<br>92 FULBRIGHT LN<br>SCHAUMBURG, IL 60194 | Common | 500 | Common |
| VIOLA ANDRESEN<br>1066 SALEM VALLEY RD<br>RINGGOLD, GA 30736 | Common | 12 | Common |

Sheet __28__ of __29__ continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.                                   ,    Case No. _____

                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| VLADIMIR DETINICH<br>APT 84  61 UL. SVOBODY<br>125364 MOSCOW       RUSSIA | Common | 700 | Common |
| VLADIMIR I ZADOROGNUK<br>2648 TYRONE CT<br>S SAN FRAN, CA 94080 | Common | 7,089 | Common |
| VLADIMIR ZADOROGNUK<br>2648 TYRONE COURT<br>2648 TYRONE COURT<br>SOUTH SAN FRANCISCO, CA 94080 | Common | 36,800 | Common |
| VU NGO<br>890 SCOTT CT<br>CAMPBELL, CA 95008 | Common | 900 | Common |
| VYACHESLAV ZADOROGNUK<br>& TETYANA ZADOROGNUK JT WROS<br>884 RIDGE CT APT 34<br>S SAN FRAN, CA 94080 | Common | 15,450 | Common |
| VYACHESLAV ZADOROGNUK<br>884 RIDGE COURT #34<br>S SAN FRAN, CA 94080 | Common | 3,200 | Common |
| WELLS FARGO INVESTMENTS<br>625 MARGQUETTE AVE<br>MINNEAPOLIS, MN 55402 | Common | 12,400 | Common |
| WILLIAM F RESH<br>ROTH IRA ETRADE CUSTODIAN<br>6204 BRYNWOOD COURT<br>SAN DIEGO, CA 92120 | Common | 44,696 | Common |
| WILLIAM K DORR<br>9405 FARMINGDALE AVE<br>WALKERSVILLE, MD 21793 | Common | 12,300 | Common |
| WILLIAM S RUTHERFORD<br>8216 COUNTY ROAD 678<br>ROYSE CITY, TX 75189 | Common | 25 | Common |
| YURY DUBROVSKY<br>2315 E 13TH ST #3B<br>BROOKLYN, NY 11229 | Common | 37,500 | Common |

Sheet    29    of    29    continuation sheets attached to the List of Equity Security Holders

In re    Transdel Pharmaceuticals, Inc.                                    ,    Case No. _____

Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____June 23, 2011_____    Signature_/s/ John Lomoro_____

John Lomoro

Chief Financial Officer

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

```
CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
 Michael D. Breslauer 110259
 401 B Street, Suite 1200
 San Diego, CA 92101-4295
 619-231-0303
 110259
```

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Transdel Pharmaceuticals, Inc.

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed.  Creditor diskette required.     TOTAL NO. OF CREDITORS: 400

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting.  Creditor diskette required.     TOTAL NO. OF CREDITORS:_____
    ☐ Post-petition creditors added.  Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: June 23, 2011

/s/ John Lomoro
John Lomoro/Chief Financial Officer
Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

CSD 1008 (Page 2) [08/21/00]

### INSTRUCTIONS

1)      Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2)      A creditors matrix with Verification is required whenever the following occurs:

    a)      A new petition is filed.  Diskette required.

    b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be originally typed or printed. It may not be a copy.

4)      CONVERSIONS:

    a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification.  Diskette required.

    b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

    a)      Scannable matrix format required.

    b)      The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com                                              Best Case Bankruptcy

ACE Parking Management Inc.
4225 Executive Square, Ste 400
La Jolla, CA 92037


ADREN COOPER
7746 DONNYBROOK CT
APT 106
ANNANDALE, VA 22003


AJIT SINGH
1108 U STREET
FRESNO, CA 93721


AKSHAY SATEESH
IRA R/O ETRADE CUSTODIAN
6204 BYRNWOOD CT
SAN DIEGO, CA 92120


AKSHAY SATEESH
EXP. STATION E301/203
RT. 141 & HENRY CLAY
WILMINGTON DE, DE 19803


ALAN J STOFFER
2904 LOCUST ST
WDM, IA 50265


Alexej Ladonnikov
13388 Surrey Lane
Saratoga, CA 95070


ALFRED G GLADSTONE
45 OLD OAK RD
WEST HARTFORD, CT 06117


ALFRED GLADSTONE
45 OLD OAK ROAD
WEST HARTFORD, CT 06117

ALONZO TAMEZ &
CARMAN Q TAMEZ JT TEN
12452 S SUNNYSIDE AVE
SELMA, CA 93662


ALPCO
440 E 400 SOUTH
SALT LAKE CITY, UT 84111


ALVIN GRANCELL TR TTEE
U/A DTD 01/24/1989
2633 LEISURE WORLD
MESA, AZ 85206


AMERICAN ENTERPRISE INVESTMENT
UNIT 682 CERTIFICATE CUSTIDY
682 AMERIPRISE FINANCIAL CENTER
MINNEAPOLIS, MN 55474


American Med-Tech Equity Advis
708 Third Avenue, 5th Floor
New York, NY 10017


AMY WANG
GREGORY HORWITZ JTWROS
16720 MONTE HERMOSO DR
PACIFIC PALISADES, CA 90272


ANDREW B FRIEDENBERG
P.O. BOX 900363
SAN DIEGO, CA 92190


ANDREW S CORWIN
515 W END AVE
NEW YORK NY, NY 10024

ANDREW S CORWIN C/F
ALEXANDER D CORWIN UTMA/NY
515 W END AVE
NEW YORK, NY 10024


ANNE L HUO AND
ROBERT Y HUO JTWROS
16211 PINE LAKE FOREST CT
LINDEN, MI 48451


ANNUPPENIE P SINGH
CHARLES SCHWAB & CO INC CUST
2833 LOCHGREEN WAY
DUBLIN, CA 94568


ANTHONY S THORNLEY
17405 VIA DE FORTUNA
RANCHO SANTE FE, CA 92067


ARTHUR A BIRKBY TTEE
MARY H BIRKBY TTEE
1885 LEXINGTON CIRCLE SE
SALEM, OR 97306


AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025


AURACANA LLC
127 NORTH ST
LEXINGTON, MA 02420


AVA LIGH &
PETER LIGH JT TEN
825 8TH AVE
NEW YORK, NY 10019

BALBIR S BRAR TTEE
BY BRAR FAMILY TRUST
26261 GLEN CANYON DR
LAGUNA HILLS, CA 92653


BARBARA C WILSON ROLLOVER IRA TD
AMERITRADE CLEARING  CUSTODIAN
2328 SCHILLINGS CT
HENDERSON, NV 89074


Barney & Barney
9171 Towne Centre Dr Ste 500
San Diego, CA 92122


BARRETTO PACIFIC CORPORATION
ATTN: LANDON BARRETTO
1916 PIKE PL STE 12 UNIT 8
SEATTLE, WA 98101


BARRY EHRMANN
76 CHANDON
NEWPORT COAST, CA 92657


BEAR STERNS SECURITIES CORP
ONE METROTECH CENTER
BROOKLYN, NY 11201


Beckloff Associates
3203 Solutions Center
Chicago, IL 60677-3002


BEVERLY PINNAS
2901 COLUMBUS BLVD
CORAL GABLES, FL 33134


BHARATH C Y MADDEPURI TOD
APT 203  SRI SATYA SAI SADAN
PLOT 48 AND 49  KPHB VI PHASE ANDHRA
HYDERABAD  500072   INDIA

Bozeman Urgent Care
1006 West Main
Bozeman, MT 59715


BRETT ANTONIO
319 VILLAGE LOOP DRIVE
APEX, NC 27502


BROOKE R SATEESH
ROTH IRA E*TRADE CUSTODIAN
6204 BYRNWOOD CT
SAN DIEGO, CA 92120


BRUCE HODGSON
2763 WEST 10TH AVENUE
VANCOUVER BC  V6N 2T5


CAROLINE A DEL PIANO
282 W 23RD ST
DEER PARK, NY 11729


Carr & Ferrell LLP
120 Constitution Drive
Menlo Park, CA 94025


Celerion
75 Remittance Drive Ste 6210
Chicago, IL 60675-6210


CHARLES DUPONT JR
13740 NOB AVE
DEL MAR CA, CA 92014


CHARLES E BATES
111 ROBIN GLEN LN
OVILLA, TX 75154

CHARLES E DUPONT JR
13740 NOB AVE
DEL MAR CA, CA 92014


CHARLES SCHWAB & CO INC
ATTN: SECURITIES OPERATION
2423 E LINCOLN DR
PHOENIX AZ, AZ 85016


CHARLES W GRIFFIN   AND
JUDY R GRIFFIN   JTWROS
3077 KALMIA ST
SAN DIEGO, CA 92104


CHOCOLATE CHIP INVESTMENTS
1645 VILLAGE CENTER CIRCLE #1NO
LAS VEGAS, NV 89134


CHOCOLATE CHIP INVESTMENTS LP
1645 VILLAGE CENTER CIR #170
LAS VEGAS, NV 89134


CHRIS ALAN WALKER
16 COMSTOCK WAY
SOUTH WALPOLE, MA 02071


CHRISTOS AGOURIDIS &
KATHELINE R AGOURIDIS JTWROS
6699 PARK MILL DR
DUBLIN, OH 43016


Chubb Group Insurance
15 Mountain View Road
Warren, NJ 07059


CHUN-YAN MI
412 PALMTREE DRIVE
GAITHERSBURG, MD 20878

CITIGROUP GLOBAL MARKETS INC
333 W 34TH ST 3RF FL
NEW YORK NY, NY 10001


CLIFTON COX
1808 PENNYPACKER LANE
DURHAM, NC 27703


Clinical Pharmacology Study
26 Queen Street
Worcester, MA 01610


Clinical Trials Management
3901 Houma Blvd
Medical Plaza II, Suite 405
Metairie, LA 70006


CLINTON EDWARD CURTIS
CHARLES SCHWAB & CO INC.CUST
305 ODELL FARM LN
OAK HILL, WV 25901


CNA
915 Wilshire Blvd
Los Angeles, CA 90017


CONRAD R ODDEN
TOD
4814 MILLIKEN CLOSE
WILSON, NC 27896


Continental Stock Transfer
17 Battery Place
New York, NY 10004


Covance Central Lab Services
8211 SciCor Drive
Indianapolis, IN 46214-2985

CRT CAPITAL GROUP LLC
262 HARBOR DR
STAMFORD, CT 06902


CUST FPO
ANDREW S CORWIN IRRA
515 W END AVE
NEW YORK, NY 10024


CUST FPO
ANDREW S CORWIN RRA
515 W END AVE
NEW YORK, NY 10024


DACANAY VENTURES INC DEFINED
BENEFIT PLAN
14478 SOUTHERN HILLS LANE
POWAY, CA 92064


DAKE M SCHWARTE
10502 SW 52ND TER
MIAMI, FL 33165


DANIEL J WALSH
112 TWIN OAKS ROAD
KINGS PARK, NY 11754


DANIEL STANFORD
1494 UNION ST UNIT 107
SAN DIEGO, CA 92101


DARRIN MROZ
1438 BERMUDA LANE
EL CAJON, CA 92021


DAVID ERIC MOORHEAD
1919 14TH ST #440
BOULDER, CO 80302

DAVID ERIC MOORHEAD SEP IRA TD
AMERITRADE CLEARING  CUSTODIAN
1919 14TH ST #440
BOULDER, CO 80302


DAVID HUNT BARNARD
1874 MARCI WAY
FALLBROOK, CA 92028


DAVID HUNT BARNARD TTEE
DORIS BARNARD 06 CHARIT UNITRU
1874 MARCI WAY
FALLBROOK, CA 92028


DAVID MELVIN KANE
9505 CHATHAM ST
MANASSAS, VA 20110


DAVID MELVIN KANE CUST FOR
NICHOLAS DALTON KANE UMDUTMA
9505 CHATHAM ST
MANASSAS, VA 20110


DAVID MELVIN KANE CUST FOR
BENJAMIN THOMAS KANE UMDUTMA
9505 CHATHAM ST
MANASSAS, VA 20110


DAVID THOMPSON
1086 LORI LN
SUN PRAIRIE, WI 53590


DEAN J MUELLER
2215 CEDAR SPRINGS RD APT 1612
DALLAS TX, TX 75201

DENISE M LARKIN
IRA E*TRADE CUSTODIAN
1874 MARCI WAY
FALLBROOK, CA 92028


DENNIS NORMAN PRIEBE &
SHU QING ZHOU
PO BOX 840
VASHON, WA 98070


DENNIS P MCELLIGOTT
95 MELROSE AVE
SAN FRANCISCO, CA 94131


DEVIN LEISHMAN
52 E SUMMIT AVE
MIDLAND PARK, NJ 07432


DIAN GRIESEL
231 ROMFORD RD
WASHINGTON DT, CT 06794


DIAN GRIESEL
11 STONE STREET 3RD FL
NEW YORK, NY 10004


DIAN GRIESEL
11 STONE ST 3RD FL
NEW YORK, NY 10004


DLA Piper LLP
P.O. Box 64029
Baltimore, MD 21264-4029


DMITRI GORDEI
1015 CONTINENTALS WAY
APT 107
BELMONT, CA 94002

```
DOMESTIC SECURITES INVENTORY #29
160 SUMMIT AVE
160 SUMMIT AVE
MONTVALE, NJ 07645


DON I SINGH
8042 E CLARKSON AVE
SELMA, CA 93662


DONALD P MILONI
1425 E GREENWOOD LN
GREENWOOD VLG, CO 80121


DPT Laboratories, Ltd.
12637 Collections Center Drive
Chicago, IL 60693


DPT Laboratories, Ltd.
307 E. Josephine
San Antonio, TX 78215


DUSTIN SHANE MYERS
3748 E PARADISE AVE
VISALIA, CA 93292


EAMES HENRY KOLAR
1112 1/2 ECHO PARK AVE.
LOS ANGELES, CA 90026


EDWINA J JOHNSON CUST FOR
BUILDING 2  SUITE 215
3000 SAND HILL ROAD
MENLO PARK, CA 94025


ELANA S RESH
ROTH IRA ETRADE CUSTODIAN
6204 BRYNWOOD CT
SAN DIEGO CA, CA 92120
```

```
ELINOR C GANZ - IRA ROLLOVER
1000 ISLAND BLVD PH 3
WILLIAMS ISLAND, FL 33160


ERisk Services
227 US Highway 206, Ste 302
Flanders, NJ 07836-9174


ERNEST DAHL
13450 BALSAM CRESCENT
SURREY BC  V4P 1W2


ERNEST PELLEGRINO
35 JOHANNA LANE
STATEN ISLAND, NY 10309


ESC Advisors/KEMA Partners
327 Central Park West Suite 8E
New York, NY 10025


FedEx
P.O. Box 7221
Pasadena, CA 91109-7321


FIRST CLEARING LLC
P O BOX 6570
GLEN ALLEN, VA 23058


FMT CO CUST IRA
FBO JOSEPH E GRASELA
4767 OCEAN BLVD APT 1001
SAN DIEGO, CA 92109


FMT CO CUST IRA
FBO GARY D LEVINE
21804 MARIGOT DR
BOCA RATON, FL 33428
```

```
FMT CO CUST IRA
FBO MYLES M SPICER
4734 COVENTRY RD E
MINNETONKA, MN 55345


FMT CO CUST IRA
FBO SOCORRO RODRIGUEZ BROCKMAN
7005 ROCK CANYON DR
EL PASO, TX 79912


FMT CO CUST IRA ROLLOVER
FBO AKIRA NAKAZATO
12607 PASEO FLORES
SARATOGA, CA 95070


FMT CO CUST IRA ROLLOVER
FBO RICHARD S HUNTER
17761 SW BELTON ROAD
SHERWOOD, OR 97140


FMT CO CUST IRA ROLLOVER
FBO PATRICIA J HAND
3 GREEN BLADE LN
THE WOODLANDS, TX 77380


FMT CO CUST IRA ROLLOVER
FBO DAVID N STERNLICHT
3 LODER ST
RYE, NY 10580


FMT CO CUST IRA ROLLOVER
FBO WILLIAM E AGLINSKY
6765 PRAIRE VIEW DR
MAINEVILLE, OH 45039


FMT CO CUST IRA ROLLOVER
FBO DUANE A TRUMAN
2214 E 48TH ST
DAVENPORT, IA 52807
```

```
FMT CO CUST IRA ROLLOVER
FBO SCOTT P MURRAY
59 ORANGE ST # 2
WALTHAM, MA 02453


FMT CO CUST IRA ROLLOVER
FBO PHILIP D CONLEY
2217 NORTHRIDGE RD
FINDLAY, OH 45840


FMT CO CUST IRA ROLLOVER
FBO EMILIA C ARAGON
10383 COMANCHE AVE
RIVERSIDE, CA 92503


FMT CO CUST IRA SEPP
FBO DAVID BORDEN FELDMAN
468 SANDHURST DR
HIGHLAND HGTS, OH 44143


FMTC CUSTODIAN - IRA BDA
NSPS AMBER ELIZABETH CAMERON
920 W TAYLOR ST
SAN JOSE, CA 95126


FMTC CUSTODIAN - IRA BDA
NSPS NAENA M GRISSETT
22435 LOST CREEK RD
KATY, TX 77450


FMTC CUSTODIAN - ROTH IRA
FBO JEREMY S PETERSON
21 VALERIE DR
VERNON ROCKVL, CT 06066


FRANK SINIBALDI
GWEN SINIBALDI JT TEN
4749 DANFORTH RESERVE
STOW, OH 44224
```

FREDERIC LEE PATTERSON TTEE
NOREEN J HERNANDEZ TTEE
PO BOX 69
CHLORIDE, AZ 86431


GARDEN STATE SECURITIES INC
328 NEWMAN SPRINGS ROAD 3RD FL
RED BANK, NJ 07707


GARY L TESKEY &
JOYCE LEON TESKEY JT/TIC
1346 E. TAYLOR STREET
SAN JOSE, CA 95133


GARY YOCOM JR
266 ORIENTA PT DR
ALTAMONTE SPRINGS, FL 32701


GEORGE D RIKOS
251 NORTH RIOS
SOLANA BEACH, CA 92075


GEORGE J WYHINNY TTEE
GEORGE J WYHINNY REV TRUST
8 COREY DR
S BARRINGTON, IL 60010


GEORGE RUCKER
5311 BAY ST RD
PALMETTO FL, FL 34221


GOLDMAN SACHS EXECUTION &
CLEARING LP
30 HUDSON ST
JERSEY CITY, NJ 07302

GORDON L DAVIS TTEE
GORDON L DAVIS REV LIV TRUST
331 COUNTY RD 29
LAKE PLACID, FL 33852


Great Lakes Research Group
200 S Wenona Street, Ste 170
Bay City, MI 48706


GUY NICOLETTE
6731 NW 38TH TERRACE
GAINESVILLE, FL 32653


HARPREET B BAINS
925 WOODRIDGE CT
YUBA CITY, CA 95993


HITOSHI TAGAMI
15829 S DENKER AVE APT 19
GARDENA, CA 90247


HOWARD M SIMON
WFBNA CUSTODIAN TRAD IRA
2436 PALM DRIVE
HERMOSA BEACH, CA 90254


HUGH N CONSIDINE &
CAROLINE M DELANEY JT TEN
369A 11TH AVE
SAN FRANCISCO, CA 94118


ILYA LIPOVICH
260 KING ST APT 1405
SAN FRANCISCO, CA 94107


ING DIRECT INVESTING  INC.
--OMNIBUS ACCOUNT--
83 SOUTH KING STREET STE 700
SEATTLE, WA 98104

Intercare Insurance Solutions
5375 Mira Sorrento Place #550
San Diego, CA 92121


IRA FBO DARIN M RING
PERSHING LLC AS CUSTODIAN
6819 TOWNSEND LN NE
BREMERTON, WA 98311


IRA FBO LAURIE A STERLE
PERSHING LLC AS CUSTODIAN
626 DEWITT DR
HIGHLAND HGTS, OH 44143


IRAKLI MEZVRISHVILI
555 JOHN MUIR DR APT B416
SAN FRANCISCO, CA 94132


Ironshore Insurance Services
One State Street Plaza, 7th Fl
New York, NY 10004


J&S Studies, Inc.
1710 Crescent Point Pkwy
College Station, TX 77845


JACQELINE MORGAN
432 LAIRD AVE
HUEYTOWN, AL 35023


JAIRO ANTONIO FLORES
AMANDA FLORES
13226 AZORES AVE
SYLMAR, CA 91342


JAMAINE J WILLIAMS
12694 ANGELINA DR
PEYTON, CO 80831

JAMES E MESSICK JR TTEE
JAMES E MESSICK JR REV TR
25202 MARY ROAD
GEORGETOWN, DE 19947


JAMES RICHARD AULT
13367 GRANDVIA PT
SAN DIEGO, CA 92130


JAMES RICHARD AULT IRA
13367 GRANDVIA PT
SAN DIEGO, CA 92130


Jan Marini Skin Research, Inc.
6951 Via del Oro
San Jose, CA 95119


JANOS PALKO
1535 E ELM AVE
EL SEGUNDO, CA 90245


JEANNE RUDOLPH
1010 LEHIGH ST.
BOULDER, CO 80305


JEFCO
HARBORSIDE FINANCIAL CENTER
705 PLAZA 3
JERSEY CITY, NJ 07303


JENNIFER ALLEN
12016 NE 351ST ST
LA CENTER, WA 98629


JEROME KURTZ
CHARLES SCHWAB & CO INC CUST
11520 WOODBRIDGE ST
STUDIO CITY, CA 91604

JESSICA A CHACIN
CALLE EL COMERCIO  QUINTA VICTORIA
PRADOS DEL ESTE
CARACAS   110   VENEZUELA


JFS INVESTMENTS
C/O JOSEPH M SALVANI
35 CREST LOOP
STATEN ISLAND, NY 10312


JFS INVESTMENTS
35 CREST LOOP
STATEN ISLAND, NY 10312


JH Direct, LLC
2387 La Mirada Drive
Vista, CA 92081


Joachim Schupp
5804 Blazing Star Lane
San Diego, CA 92130


JOAN T STEIN
54 PALMA CIR
AUSTIN, TX 78744


JOE GRASELA TRUST
2877 PARADISE RD #2005
LAS VEGAS, NV 89109


John Bonfiglio
125 Edgewood Drive
Durham, NC 27713


JOHN C PAXSON AND
FRANCINE PAXSON JT TEN
PO BOX 1449
REDONDO BEACH, CA 90278

JOHN F SALIB
12083 EDDLESTON DR
NORTHRIDGE, CA 91326


JOHN GRASELA TRUST
2877 PARADISE RD #2005
LAS VEGAS, NV 89109


JOHN J CONNORS
3 AARON ROAD
LEXINGTON, MA 02421


John Lomoro
997 McCain Valley Court
Chula Vista, CA 91913


JOHN M TRIPP TTEE
JUDY L TRIPP TTEE
6550 VIEWPOINT DR
LAS VEGAS, NV 89156


JOHN P TANSEY TRUST
2646 N DAYTON
CHICAGO, IL 60614


JOHN R LAMB
12674 CARMEL COUNTRY RD UNIT 3
SAN DIEGO, CA 92130


JOHN S POINDEXTER III
1221 HYDE LANE
RICHMOND, VA 23229


JOHN TANSEY &
SUSAN CIELAK TANSEY JTWROS
2646 N DAYTON
CHICAGO, IL 60614

JOHN W AUFDERMAUER TR
AUFDERMAUER ENTERPRISES
3233 WHIPPLE RD
UNION CITY, CA 94587


JOHN W DWYER
CHARLES SCHWAB & CO INC CUST
33838 HUNTERS POINTE DRIVE
FARMINGTON HILLS, MI 48331


JORGE A RAMIREZ
& MINERBA ORTIZ JT WROS
10969 SAINT RAFAEL ST
LAS VEGAS, NV 89141


JOSEPH J & KATHLEEN L MCCLOSKEY
1167 COPPERWOOD DR
BLOOMFIELD, MI 48302


JOSEPH M SALVANI
35 CREST LOOP
STATEN ISLAND, NY 10312


JOSEPH R JURAK
POB #611
MORRISON, CO 80465


JOSEPH TIBBETTS
54 HILLSIDE RD APT 2
ORONO, ME 04473


JULIE SPENCE PRINE &
PHILIP JOHN PRINE JT TEN
1091 COPPER HILL COURT
LOUISVILLE, CO 80027


JULIET SINGH
PO BOX 2191
RCHO SANTA FE, CA 92067

JULIET SINGH
P O BOX 2191
RANCHO SANTA FE, CA 92067


JUN SUK LEE ROLLOVER IRA
TD AMERITRADE INC CUSTODIAN
11916 RIDING LOOP TER
GAITHERSBURG, MD 20878


JUSTIN M TARSHIS
360 E 72ND ST APT A403
NEW YORK, NY 10021


JUSTIN T BURNETT
IRA R/O ETRADE CUSTODIAN
180 E ALEGRIA
SIERRA MADRE CA, CA 91024


KENNETH J WOOLCOTT TTEE
KENNETH J WOOLCOTT TRUST
2000 FIRST AVENUE #2304
SEATTLE, WA 98121


KENT BONNER & EUGENIE BONNER
COMMUNITY PROPERTY
2000 POST OAK BLVD STE 100
HOUSTON, TX 77056


KERI RESH KRAFT
ROTH IRA ETRADE CUSTODIAN
2312 CHERYL PL
LOS ANGELES, CA 90049


KIRAN YADALLA
32 IMPERIAL COURT
MONROE, NJ 08831

KMJ Corbin & Co LLP
555 Anton Blvd, Suite 1000
Costa Mesa, CA 92626


KONI TAMRATZI
2944 W 5TH ST APT 17-D
BROOKLYN, NY 10014


KRAFT FAMILY TRUST
ALON KRAFT & KERI RESH KRAFT TTEES
2312 CHERYL PL
LOS ANGELES, CA 90049


KYLE GEORGE KOWALL
358 VILLAGE DRIVE
NORTHLAKE, IL 60164


L SWIRYN & M SWIRYN TTEE
MONTY E & LAURIE WEIL SWIRYN T
719 EL GRANADA BLVD
HALF MOON BAY, CA 94019


LACUNA HEDGE FUND LLLP          0307
1100 SPRUCE STE 202
BOULDER, CO 80302


LAURA BOROVIK
1271 N STREAMWOOD LN
VERNON HILLS, IL 60061


LAWRENCE C LONGO JR IRA
TD AMERITRADE INC CUSTODIAN
38 LETTERY CIR
SUDBURY, MA 01776


LEANNE MCCRACKEN
ROBERT SCOTT MCCRACKEN JT TEN
2813 WOODLAWN DR
MOORE, OK 73160

LEI SHAO
45 MADISON DR
PLAINSBORO, NJ 08536


LIBERN SHIPS CORP MPP PLAN
26300 ALEXANDER PLACE
LOS ALTOS HILLS, CA 94022


Liberty Insurance Company
353 Sacramento Street 6th Fl
San Francisco, CA 94111


LINDA HODGSON
2763 WEST 37TH AVENUE
VANCOUVER BC   V7E 6J7


LINDA J BUSBY
IRA R/O ETRADE CUSTODIAN
3950 OLD SHELL ROAD
MOBILE, AL 36608


LINDA JANE SPEAKE
8562 DORTHA CT
SANTEE, CA 92071


LION BROTHERS INC
10246 REISTERSTOWN RD
OWINGS MILLS, MD 21117


LYNN C SWANN
-


MADHUSUDHAN G NUNNA
10 REBECCA CT
RANDOLPH, NJ 07869

MAGID & CO
C/O HILL THOMPSON MAGID & CO INC
15 EXCHANGE PL STE 800
JERSEY CITY, NJ 07032


MAHENDRA M PRAJAPATI
24621 ARCH ST
NEWHALL, CA 91321


MARCIA CORWIN
370 RIVERSIDE DR
APT 3B
NEW YORK, NY 10025


MARK DEVIN LARSON
CHARLES SCHWAB & CO INC CUST
1986 JASMINE ST
EL CAJON, CA 92021


MARKET MAKER
PBXP-INVENTORY - THOMAS MATCHETT
677 WASHINGTON BLVD
STAMFORD, CT 06901


MARSHALL & ILSLEY TRUST CO NA CUST
FBO EDWIN W COLMAN CHILDRES TRUST
800 LAUREL OAK DR STE 101
NAPLES FL, FL 34108


MAUREEN C VOONG &
JIANXUN YU JT TEN
726 ELM ST APT D
SAN CARLOS, CA 94070


MAX LAZZARI
2615 TANGLEWOOD DR
SARASOTA, FL 34239

MAXIM LADONNIKOV
CHARLES SCHWAB & CO INC CUST
13388 SURREY LN
SARATOGA, CA 95070


MAXIM LADONNIKOV
13388 SURREY LN
SARATOGA, CA 95070


MEIR MANOR
2 AMNON VETAMAR STR.
HERTZLIYA  46417    ISRAEL


MERRILL LYNCH PIERCE FENNER &
SMITH INCORPORATED
101 HUDSON ST
JERSEY CITY, NJ 07302


MICHAEL & SANDRA IRUSALIMSKY
2000 TRUST
652 VILLA CENTRE WAY
SAN JOSE, CA 95128


MICHAEL BRAUSER &
BETSY BRAUSER TEN ENT
3164 NE 31ST AVE
LIGHTHOUSE POINT, FL 33064


MICHAEL CORAGGIO
132 BLOOMFIELD ST
APT 3
HOBOKEN, NJ 07030


MICHAEL CORWIN
15 SHASTA LANE
MENLO PARK, CA 94025

MICHAEL CORWIN &
MERLYN A CORWIN JT TEN
15 SHASTA LANE
MENLO PARK, CA 94025


MICHAEL D KURTZ & ROSARIO R KURTZ
JTWROS
3335 SEACREST DRIVE
CARLSBAD, CA 92008


MICHAEL IRUSALIMSKY
652 VILLA CENTRE WAY
SAN JOSE, CA 95128


MICHAEL LIPOVICH
IRA E*TRADE CUSTODIAN
26300 ALEXANDER PLACE
LOS ALTOS HILLS, CA 94022


MICKEY ACKERMAN
1948 BLAKE STREET
DENVER, CO 80202


MIKE SOHAN SINGH &
SURINDER P K SINGH JT TEN
4740 CINDY CT
LIVERMORE, CA 94550


MO CO LLC
ATTN: DAVID MOORHEAD
7313 OLD POST RD
BOULDER, CO 80301


MOHAMMAD N RAHMAN
133 BELLINGHAM DRIVE
MADISON, AL 35758

```
Monitor Liability Managers LLC
2850 West Golf Road, Suite 800
Rolling Meadows, IL 60008-4039


MORGAN STANLEY INC
C/O DTC
55 WATER ST
NEW YORK, NY 10041


MOSHE KRIKEB
19 TRUMPELDOR ST
KIRYAT-ONO 55295   ISRAEL


MR TYLER SCOTT EUVERMAN
171-15236 36 AVE
SURREY BC   V3S 2B3


MR. AMARDIP GILL
31650 NORTHDALE CRT
ABBOTSFORD BC   V2T 6S2


MR. DONNY DIAL
C/O DONNY DIAL
34886 ACKERMAN CRT
ABBOTSFORD BC   V2S 8J9


MR. ERIC YIN-LOK WONG
13703 81 AVE NW
EDMONTON AB   T5R 3N9


MR. JAWAHAR BHATIA
1475 EMERSON LANE
MISSISSAUGA ON   L5V 1L6


MR. MARK ROBERTS
SUITE 512
3181 BAYVIEW AVE
NORTH YORK ON   M2K 2Y2
```

```
MR. ROBERT BASSI
30459 HERITAGE DR
ABBOTSFORD BC   V2T 6X9



MRS. BALJIT K MANGAT
31494 UPPER MACLURE RD
ABBOTSFORD BC   V2T 5P1



NATALIA RAZHEVA
50 PARKRIDGE DR APT 8
SAN FRANCISCO, CA 94131



National Corporate Research
10 E 40th Street, 10th Floor
New York, NY 10016



NATIONAL FINANCIAL SRVICES LLC
200 LIBERTY STREET
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281



Nationwide Retire Consulting
Dept 3248
Columbus, OH 43271-3248



NAYAN B SHAH
PO BOX 823
SHRUB OAK, NY 10588



NFS/FMTC SEP IRA
FBO DANIEL LLOYD KENNEDY
6813 44TH ST CT WEST
UNIVERSITY PLACE, WA 98466



NOAH RUCKER-TRIPLETT
1080 WOODRIDGE RD
PLACERVILLE, CA 95667
```

```
ODL SECURITIES LIMITED
SEGREGATED CLIENT MONIES A/C
EIGHT FLOOR 10 LOWER THAMES STREET
EC3R 6AD LONDON UNITED KINGDOM


Office Depot
P.O. Box 70025
Los Angeles, CA 90074-0025


Orange County Clinical Trials
1801 West Romneya Dr. Ste 208
Anaheim, CA 92801


Ormond Medical Arts Pharmaceut
77 West Granada Blvd
Altamonte Springs, FL 32714


OVIDIU DUMITRESCU &
CAMELIA DUMITRESCU JT TEN
1075 BAKER ST
SAN FRANCISCO, CA 94115


Owens Pharma Research Center
720 Alamitos Avenue, Suite A
Long Beach, CA 90813


PAMELA S D'ARC
515 W END AVE
NEW YORK, NY 10024


PATRICIA B LONGO IRA
TD AMERITRADE INC CUSTODIAN
38 LETTERY CIR
SUDBURY, MA 01776


PATRICK N CATALANO
ELIZABETH K CATALANO JT TEN
6206 CONTOUR DR
DALLAS, TX 75248
```

PAUL DAVID GOODSON
DESIGNATED BENE PLAN/TOD
415 ALCARAS CT
OCEANSIDE, CA 92057


PAUL EDWIN STEPHENS
IRA R/O ETRADE CUSTODIAN
2706 SABINAL TRAIL
CEDAR PARK, TX 78613


PAUL J ELBERSE
LIEJA 6881
MONTEVIDEO CP 11.500
URUGUAY


PAVEL KHROMCHENKO
11 HEDGEROW LANE
MANALAPAN, NJ 07226


PAVEL LADONNIKOV
2279 SUN GLORY LANE #A
SAN JOSE, CA 95124


PEDDLE PARTNERS LLP
2445 NW 24TH COURT
BOCA RATON, FL 33431


PEMBINA ASSET MANAGEMENT INC.
ATTN: HAROLD NAPRAWA
PO BOX 1819 STN DEL.CENTRE
YORKTON SK  S3N 3R2


PENSON FINANCIAL SERVICES
1700 PACIFIC AVE STE 1400
DALLAS, TX 75201


PERSHING LLC
P O BOX 2050
JERSEY CITY, NJ 07303

PETER M SKANAVIS
6768 MAPLE TER
WAUWATOSA, WI 53213


PFSI FBO ABRAHAM PERUMPLATH ROTH IRA
ABRAHAM PERUMPLATH
86-16 RANGE STREET
BELLEROSE, NY 11427


PFSI FBO WILLIAM J HERLIHY IRA
WILLIAM J HERLIHY
15 HARWOOD DRIVE
VOORHEES, NJ 08043


PHILIP CHU
879 LANSDOWN CT
SUNNYVALE, CA 94087


PHYLLIS ULREICH
24 FARMSTEAD LANE
WEST HARTFORD, CT 06117


POH S TAN
& VIVIEN TAN JT WROS
12475 CAVALLO ST
SAN DIEGO, CA 92130


PPD Development LP
12937 Collections Center Drive
Chicago, IL 60693


PR Newswire Association LLC
GPO Box 5897
New York, NY 10087-5897


PRAKOB SAE-JAO &
JENNY CHIN LEE JT TEN
18 WOODSIDE AVE
DALY CITY, CA 94015

PSAdams, Inc.
3525 Del Mar Heights Road #589
San Diego, CA 92130


Pure Compliance
P.O. Box 951839
Dallas, TX 75395-1839


QING LI &
XIAOJING LOU JTWROS
7466 PARK VILLAGE ROAD
SAN DIEGO CA, CA 92129


R LONDON & H LONDON TTEE
LONDON FAMILY TRUST
PO BOX 5232
SANTA BARBARA, CA 93150


R P DUBRULE
CHARLES SCHWAB & CO INC CUST
2503 TERRELLA PL
ESCONDIDO, CA 92025


RAE GOULD POLIS TTEE
ROBERT NATHAN POLIS TTEE
382 ALPINE WAY
BOULDER, CO 80304


RAHUL RAJAN
& RANJINI RAMACHANDER JT WROS
1660 GILDER CT
NEWBURY PARK, CA 91320


RAJ MAHESHWARI
SARITA SINGH TTEE
312 W 104TH ST
NEW YORK, NY 10025

```
RANDOLPH C DOUGLAS
P.O. BOW 150495
ST. LOUIS, MO 63115


RANDY JAMES SAVONA
9920 WESTCLIFF PKWY APT 1733
WESTMINSTER, CO 80021


RAY DAMREL
28632 LAKESIDE GREEN
MAGNOLIA, TX 77355


RAYMOND JAMES & ASSOCIATES INC
880 CARILLON PKWY
P O BOX 12749
ST PETERSBURG, FL 33733


RBC CAPITAL MARKETS CORP
510 MARQUETTE AVE S
510 MARQUETTE AVE S
MINNEAPOLIS, MN 55402


RCHER FINANCIAL LLC
11595 W. 6TH AVE
LAKEWOOD, CO 80215


Regents Square La Jolla, LLC
Dept. 6970
Los Angeles, CA 90084-6970


Regents Square La Jolla, LLC
4225 Executive Square
La Jolla, CA 92037


RENEE MROZ-JONES
8425 EL PASO ST
LA MESA, CA 91942
```

```
RICHARD MICHAEL O'LEARY CUST
EMMA KATHERINE O'LEARY UTMA CO
2819 4TH ST
BOULDER, CO 80304


RICHARD MICHAEL O'LEARY CUST
ABILGAIL P O'LEARY UTMA CO
2819 4TH ST
BOULDER, CO 80304


RICHARD MICHAEL O'LEARY CUST
LUCY ANN O'LEARY UTMA CO
2819 4TH ST
BOULDER, CO 80304


RICKI GROSSMAN
2 FOX HOLLOW COURT
DIX HILLS, NY 11746


Ricoh Americas
P.O. Box 4245
Carol Stream, IL 60197-4245


Ricoh Americas Corp.
P.O. Box 41602
Philadelphia, PA 19101-1602


RIDGE CLEARING & OUTSOURCING
SOLUTIONS INC
1981 MARCUS AVE 1ST FL
LAKE CITY NY, NY 10042


Riley-Nacht, LLC
1630A 30th Street #461
Boulder, CO 80301
```

```
RISA JOHNSON KIAM IRA
TD AMERITRADE CLEARING  CUSTODIAN
14609 LUCY DR
DELRAY BEACH, FL 33484


ROBERT BENNETT PRAG TTEE
DEL MAR CONSULTING GROUP INC R
2455 EL AMIGO RD
DEL MAR, CA 92014


ROBERT F KIBBLE LIVING TRUST
U/A 12/28/90
P O BOX 918
RANCHO SANTE FE, CA 92067


ROBERT H THIBAULT
& CARMEN L THIBAULT JT WROS
8866 CORMORANT DR
BLAINE WA, WA 98230


ROBERT MARK JUBENVILLE
KATHLEEN R JUBENVILLE TTEE
31483 BOBRICH ST
LIVONIA, MI 48152


ROBERT S COLMAN TTEE
ROBERT S COLMAN TRUST
PO BOX 7370
KETCHUM, ID 83340


Robert W. Levin, MD
646 Virginia Street, 4th Floor
Dunedin, FL 34698


ROBERT WAYNE CASADY
BARBARA CASADY TTEE
14047 PAMLICO ROAD
APPLE VALLEY, CA 92307
```

```
RONALD L ZIMMERMAN
PATRICIA M ZIMMERMAN
2811 ROLLINS DR
ALLISON PARK, PA 15101


RUSSELL JAY BURNEY
CHARLES SCHWAB & CO INC CUST
5809 E CLINTON AVE
FRESNO CA, CA 93727


RYAN P. ROUHANA
2009 PALMER AVENUE
NEW ORLEANS, LA 70118


SALVADOR ZAVALA
1191 COUNTY ROAD 481
BRAZORIA, TX 77422


SAM GOLDBERG
209 LAKE BLUFF DR
COLUMBUS, OH 43235


San Diego Managed Care Group
11777 Bernardo Plaza Ct #105
San Diego, CA 92128


SAN KIT CHENG
130-06 60 AVE
FLUSHING, NY 11355


SAN-YIU CHENG
51-73 CODWISE PLACE
ELMHURST, NY 11373


SANDOR CAPITAL MASTER FUND LP
2828 ROUTH STREET  Ste 500
DALLAS, TX 75201
```

SANFORD ROTH
6831 N 58TH PL
PARADISE VALLEY, AZ 85253


Sanofi-Aventis LLC
P.O. Box 848203
Dallas, TX 75284-8203


SATYA BOBBILI
315 BUCKEYE LANE
WEST CHESTER, PA 19382


SCOTT TREADWAY
CHARLES SCHWAB & CO INC CUST
5815 SE FEDERAL HWY # 41
STUART, FL 34997


SCOTTRADE INC
P O BOX 31759
ST LOUIS MO, MO 63131


SCOTTRADE INC CUST FBO
STANLEY A TERMAN ROLLOVER IRA
2730 ARGONAUTA ST
CARLSBAD, CA 92009


SCOTTRADE INC CUST FBO
DROR YAHALOM ROTH IRA
7705 MEADOWHAVEN DR
DALLAS, TX 75254


SCOTTRADE INC CUST FBO
JOHN TODD LISLE ROTH IRA
44570 FOREST RUN RD
RACINE, OH 45771

```
SCOTTRADE INC CUST FBO
JOSEF BRUCE SCHAFF ROLLOVER IR
38448 GREEN GABLES CT
MECHANICSVILLE, MD 20659


SCOTTRADE INC CUST FBO
ROBERT MARK COLKER SEP IRA
13945 ASHTON WOODS CIRCLE
AUSTIN, TX 78727


SCOTTRADE INC CUST FBO
NANCY HART IRA
8317 ROLLING RD
MANASSAS, VA 20110


SCOTTRADE INC CUST FBO
STANLEY TERMAN ROTH IRA
2730 ARGONAUTA ST
CARLSBAD, CA 92009


SCOTTRADE INC CUST FBO
WILLIAM JACK COSTELLO IRA
PO BOX 2270
KIHEI, HI 96753


SCOTTRADE INC CUST FBO
JAY LEONARD STORY ROLLOVER IRA
23 FAIRFAX DR
SAINT PETERS, MO 63376


SCOTTRADE INC CUST FBO
WILLIAM H LOUIS ROTH IRA
761 BROADWAY ST APT D
EIELSON AFB, AK 99702


SCOTTRADE INC CUST FBO
ERIN RASMUSSEN ROTH IRA
4100 SIERRA PL
AMARILLO, TX 79118
```

```
SCOTTRADE INC CUST FBO
SUE ANNE EDWARDS ROTH IRA
9245 OAKES RD
ARCANUM, OH 45304


SCOTTRADE INC CUST FBO
NOAH RUCKER-TRIPLETT ROTH IRA
1080 WOODRIDGE RD
PLACERVILLE, CA 95667


SCOTTRADE INC CUST FBO
RONALD JOESPH SHAY IRA
15915 E TOMBSTONE TRL
FOUNTAIN HILLS, AZ 85268


SCOTTRADE INC CUST FBO
NOAH RUCKER-TRIPLETT IRA
1080 WOODRIDGE RD
PLACERVILLE, CA 95667


SD Sports Med & Family Health
6999 Alvarado Road Ste 2100
San Diego, CA 92120


SERGEY SABLIN
167 SKYVIEW WAY
SAN FRANCISCO, CA 94131


SFM Clinical Trials
3730 Scotland Road
Scotland, PA 17254


SHERRY RESH
ROTH IRA ETRADE CUSTODIAN
6204 BRYNWOOD CT
SAN DIEGO, CA 92120
```

SHIRLEY ANN HAMPTON
10680 COLOMA RD APT 175
RANCHO CORDOVA, CA 95670


SHIRLEY L POOLE
50 W. 97TH STREET APT 6C
NEW YORK NY, NY 10025


SIVAKUMAR CHINNADORAI
18124 COACHMANS RD
GERMANTOWN, MD 20874


Southern Orthopaedic Sports
1718 St Julian Place
Columbia, SC 29204


State Compensation Ins Fund
10105 Pacific Heights Blvd
San Diego, CA 92121


State Worker's Insurance Fund
100 Lackawanna Ave
P.O. Box 5100
Scranton, PA 18505-5100


STEPHANIE K HONEYCUTT
310 N ELM ST
LITTLE ROCK, AR 72205


STEPHEN D MOCK IRA TD AMERITRADE
CLEARING  CUSTODIAN
359 HENDERSON RD
MACON, GA 31217


STERNE AGEE & LEACH INC
813 SHADES CREEK PKWY STE 100B
BIRMINGHAM, AL 35209

SUGARMAN INVESTMENT LC
120 JUDGES LANE
TOWSON, MD 21204


SUGARMAN INVESTMENTS LP
120 JUDGES LANE
TOWSON, MD 21204


SUKHMINDER SOHI
803 14TH STREET
NEW WESTMINSTER BC   V3M 4P5


Sundance Clinical Research LLC
711 Old Ballas Road Suite 105
Saint Louis, MO 63141


SUSAN E SAXTON
7083 RAIN FOREST DR
BOCA RATON, FL 33434


SUSAN GANZ
11103 VALLEY HEIGHTS DR
OWINGS MILLS, MD 21117


SUSAN J GANZ
11103 VALLEY HEIGHTS DR
OWINGS MILLS, MD 21117


SUZETTE M. FAILLE & DARRIN LEVY JT
TEN
PO BOX 508
EVERETT, WA 98206


TD AMERITRADE CLEARING INC
P O BOX 2226
OMAHA NE, NE 68103

Terry Nida
342 Snowman Road
Coudersport, PA 16915


THE ABRAMS FAMILY TRUST
3395 WILLARD ST
SAN DIEGO, CA 92122


THE ARLYNNE I SIEGEL TRUST
ARLYNNE I SIEGEL TTEE
3191 MORITZ DR
HUNTINGTN BCH, CA 92649


THE BANK OF NEW YORK MELLON TTEE
AT&T SAVINGS PLAN
12705 MORNINGPARK CIR
ALPHARETTA, GA 30004


THE COMMONWEALTH GROUP  INC.
551 N.W. 77TH STREET STE 101
BOCA RATON, FL 33487


THE ROBERT J KAMMER REVOC LIV TRUST
6790 INDIAN TRAIL
BOULDER CO, CO 80301


THOMAS LOVING
201 E TEXAS AVE
201 E TEXAS AVE
PALACIOS, TX 77465


THOMAS M SCHMIDT
ROTH IRA ETRADE CUSTODIAN
256 PENNSYLVANIA AVENUE
TUCKAHOE, NY 10707


THOMAS MARTIN MALONEY
PO BOX 11231
BOULDER, CO 80301

THOR F HAUFF
1723 MEADOW DR
CHEYENNE, WY 82001


TIM HEWITT
170 WOOD ST
APT 3
SAN FRANCISCO, CA 94118


TIMOTHY H HUTTON
124 KINGS TRAIL
WILLIAMSVILLE, NY 14221


TIMOTHY J HOLT & PAULA B HOLT JT
TEN
16 LAKE SHORE DR
MONTVILLE, NJ 07045


TIMOTHY J HOLT ROLLOVER IRA TD
AMERITRADE CLEARING  CUSTODIAN
16 LAKE SHORE DR
MONTVILLE, NJ 07045


TOM M SCHIEBELHUT
2175 E PINEHURST AVE
FRESNO, CA 93730


TONY PARMAR
1 WAKEFIELD AVE
PORT WASHINGTON, NY 11050


Travelers Insurance Company
333 City Blvd West, Ste 1100
Orange, CA 92868


Triad Clinical Trials, LLC
1400 Battleground Ave Ste 150B
Greensboro, NC 27408

UBS SECURITIES LLC
480 WASHINGTON BLVD 12TH FL
JERSEY CITY, NJ 07310


University Orthopedics Center
101 Regent Court
State College, PA 16801


USAA FED SVGS BANK C/F SDIRA
CHARLES W GRIFFIN
3077 KALMIA ST
SAN DIEGO, CA 92104


VALENTIN BALTER
1045 LASSEN DR
MENLO PARK, CA 94025


VANDA SAVCHENKOVA &
VITALIY SAVCHENKOV COMM PROP
2648 TYRONE COURT
S SAN FRAN, CA 94080


VIJAYA KODALI
92 FULBRIGHT LN
SCHAUMBURG, IL 60194


VIOLA ANDRESEN
1066 SALEM VALLEY RD
RINGGOLD, GA 30736


VLADIMIR DETINICH
APT 84  61 UL. SVOBODY
125364 MOSCOW        RUSSIA


VLADIMIR I ZADOROGNUK
2648 TYRONE CT
S SAN FRAN, CA 94080

VLADIMIR ZADOROGNUK
2648 TYRONE COURT
2648 TYRONE COURT
SOUTH SAN FRANCISCO, CA 94080


VU NGO
890 SCOTT CT
CAMPBELL, CA 95008


VYACHESLAV ZADOROGNUK
& TETYANA ZADOROGNUK JT WROS
884 RIDGE CT APT 34
S SAN FRAN, CA 94080


VYACHESLAV ZADOROGNUK
884 RIDGE COURT #34
S SAN FRAN, CA 94080


WELLS FARGO INVESTMENTS
625 MARGQUETTE AVE
MINNEAPOLIS, MN 55402


WILLIAM F RESH
ROTH IRA ETRADE CUSTODIAN
6204 BRYNWOOD COURT
SAN DIEGO, CA 92120


WILLIAM K DORR
9405 FARMINGDALE AVE
WALKERSVILLE, MD 21793


WILLIAM S RUTHERFORD
8216 COUNTY ROAD 678
ROYSE CITY, TX 75189


Ysabella Fernando
9352 Twin Trails Drive #201
San Diego, CA 92129

YURY DUBROVSKY
2315 E 13TH ST #3B
BROOKLYN, NY 11229


Zacks Investment Research
111 north Canal St, Ste 1101
Chicago, IL 60606-7204

# United States Bankruptcy Court
## Southern District of California

In re  Transdel Pharmaceuticals, Inc.

Debtor(s)

Case No.

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Transdel Pharmaceuticals, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 23, 2011

Date

/s/ Michael D. Breslauer

Michael D. Breslauer 110259

Signature of Attorney or Litigant

Counsel for  Transdel Pharmaceuticals, Inc.

Solomon Ward Seidenwurm & Smith LLP

401 B Street, Suite 1200
San Diego, CA 92101-4295
619-231-0303 Fax:619-231-4755
mbreslauer@swsslaw.com