MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
YOSINA M. LISSEBECK [SBN 201654]
ylissebeck@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Debtor-In-Possession, Transdel Pharmaceuticals, Inc.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TRANSDEL PHARMACEUTICALS, INC.,<br><br>Debtor. | CASE NO. 11-10497-B11<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL D. BRESLAUER IN SUPPORT OF DEBTOR'S *EMERGENCY* FIRST DAY MOTION TO SELL SUBSTANTIALLY ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS CLAIMS AND INTERESTS AND TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS**<br><br>Date: to be determined<br>Time: to be determined<br>Dept: Four (4)<br><br>Honorable Peter W. Bowie |

I, MICHAEL D. BRESLAUER, declare:

1. I am over 18 years of age and am an attorney licensed to practice in the State of California and before the United States District and Bankruptcy Courts for the Southern District of California. I am a partner with the firm of Solomon Ward Seidenwurm & Smith, LLP, and am a lead Chapter 11 counsel for Transdel Pharmaceuticals, Inc., Debtor herein. I have first-hand knowledge of the following facts and could and would competently testify thereto if called as a witness in this matter.

P:00640109:60470.001

2. This Declaration is provided pursuant to Local Rule 9014-5. The relief requested is an order shortening time and specially setting a hearing in connection with the Debtor's motion to sell substantially all of his assets. After due consultation with the Debtor, I am aware of no entity asserting a lien in or direct claim against any of the assets subject to the Debtor's motion. Of approximately $1.5 million of priority and general unsecured debt, a single creditor, Alexej Ladonnikov, is owed $1.09 million. On June 24, 2011, I spoke with Mr. Ladonnikov and he has advised me he supports the Debtor's efforts to sell substantially all of its assets to Cardium Therapeutics on the terms set forth in the Debtor's motion. Copies of the Debtor's Emergency Motion are being fax served on the list of 20 largest creditors and the United States Trustee.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and this declaration is executed on the 27th day of June 2011, at San Diego, California.

/s/ Michael D. Breslauer
MICHAEL D. BRESLAUER