2:11 PM
05/18/11
Accrual Basis

**Transdel Pharmaceuticals Holdings, Inc.**
# Balance Sheet
As of April 30, 2011

|  | Apr 30, 11 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Square 1 - Operating | 68,263.23 |
| **Total Checking/Savings** | 68,263.23 |
| | |
| **Other Current Assets** | |
| Security Deposits/Other Asset | 9,292.27 |
| Prepaid Expenses | 1,776.50 |
| Prepaid Insurance | 50,662.47 |
| **Total Other Current Assets** | 61,731.24 |
| | |
| **Total Current Assets** | 129,994.47 |
| | |
| **TOTAL ASSETS** | **129,994.47** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accrued Accounts Payable | 40,000.00 |
| Accounts Payable | 236,294.02 |
| **Total Accounts Payable** | 276,294.02 |
| | |
| **Other Current Liabilities** | |
| Deferred Revenue | 100,000.00 |
| Accrued Vacation | 44,075.24 |
| Accrued Payroll | 72,330.39 |
| **Total Other Current Liabilities** | 216,405.63 |
| | |
| **Total Current Liabilities** | 492,699.65 |
| | |
| **Long Term Liabilities** | |
| Senior Conv Note - Accrued Int | 80,136.00 |
| Senior Convertible Note | 1,000,000.00 |
| **Total Long Term Liabilities** | 1,080,136.00 |
| | |
| **Total Liabilities** | 1,572,835.65 |
| | |
| **Equity** | |
| **Stockholders' deficit** | |
| Common stock | 15,932.22 |
| Additional Paid in Capital | 16,514,729.04 |
| Accumulated deficit | -2,793,005.00 |

**2:11 PM**
**05/18/11**
**Accrual Basis**

# Transdel Pharmaceuticals Holdings, Inc.
## Balance Sheet
### As of April 30, 2011

|  | Apr 30, 11 |
|---|---|
| **Total Stockholders' deficit** | 13,737,656.26 |
|  |  |
| **Retained Earnings** | -14,731,830.47 |
| **Net Income** | -448,666.97 |
| **Total Equity** | -1,442,841.18 |
|  |  |
| **TOTAL LIABILITIES & EQUITY** | 129,994.47 |

**Transdel Pharmaceuticals Holdings, Inc.**
# Profit & Loss by Class
### January through April 2011

| | G&A | R&D | TOTAL |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| **Expense** | | | |
| Severance Expense | 1,733.11 | 0.00 | 1,733.11 |
| **Clinical Program - Ketotransdel** | | | |
| Investigator Payments | 0.00 | 0.80 | 0.80 |
| Clinical Program - Ketotransdel - Other | 0.00 | 672.00 | 672.00 |
| Total Clinical Program - Ketotransdel | 0.00 | 672.80 | 672.80 |
| | | | |
| Clinical Supplies | 0.00 | 5,300.00 | 5,300.00 |
| **Board of Directors Fees and Exp** | | | |
| BOD - FAS 123 | 5,595.00 | 0.00 | 5,595.00 |
| Total Board of Directors Fees and Exp | 5,595.00 | 0.00 | 5,595.00 |
| | | | |
| Professional Services | 2,549.00 | 0.00 | 2,549.00 |
| Vacation Expense | 6,009.62 | 1,730.76 | 7,740.38 |
| Accounting & Tax  Fees | -34,985.00 | 0.00 | -34,985.00 |
| Contract Manufacturing | 0.00 | 13,600.00 | 13,600.00 |
| Payroll Taxes | 7,793.05 | 2,736.00 | 10,529.05 |
| **Investor Relations** | | | |
| Investor Relations - Stock Comp | 18,400.01 | 0.00 | 18,400.01 |
| Investor Relations - Other | 9,178.19 | 0.00 | 9,178.19 |
| Total Investor Relations | 27,578.20 | 0.00 | 27,578.20 |
| | | | |
| Payroll Expenses | 1,028.54 | 0.00 | 1,028.54 |
| Lodging | 3,719.72 | 0.00 | 3,719.72 |
| **Wages** | | | |
| FAS 123 Expense | 45,692.00 | 18,366.00 | 64,058.00 |
| Wages - Other | 122,968.79 | 41,444.92 | 164,413.71 |
| Total Wages | 168,660.79 | 59,810.92 | 228,471.71 |
| | | | |
| **Legal** | | | |
| General | 40,000.00 | 0.00 | 40,000.00 |
| Total Legal | 40,000.00 | 0.00 | 40,000.00 |
| | | | |
| Governmental Fees | 3,389.40 | 0.00 | 3,389.40 |
| Consulting | 0.00 | 875.00 | 875.00 |
| Bank Service Charges | 448.42 | 0.00 | 448.42 |
| Computer and Internet Expenses | 1,186.05 | 0.00 | 1,186.05 |
| Depreciation Expense | 337.83 | 0.00 | 337.83 |
| Dues and Subscriptions | 700.00 | 0.00 | 700.00 |
| Equipment Rental | 1,677.92 | 0.00 | 1,677.92 |
| **Insurance Expense** | | | |
| Health Insurance | 33,441.94 | 7,250.00 | 40,691.94 |

**2:22 PM**
**05/18/11**
**Accrual Basis**

## Transdel Pharmaceuticals Holdings, Inc.
# Profit & Loss by Class
### January through April 2011

|  | G&A | R&D | TOTAL |
|---|---|---|---|
| **Insurance Expense - Other** | 34,011.51 | 0.00 | 34,011.51 |
| **Total Insurance Expense** | 67,453.45 | 7,250.00 | 74,703.45 |
|  |  |  |  |
| **Meals and Entertainment** | 846.39 | 0.00 | 846.39 |
| **Office Supplies** | 592.78 | 0.00 | 592.78 |
| **Postage and Delivery** | 433.78 | 64.38 | 498.16 |
| **Professional Fees** | 331.25 | 0.00 | 331.25 |
| **Rent Expense** | 16,336.75 | 0.00 | 16,336.75 |
| **Telephone Expense** | 3,801.96 | 126.33 | 3,928.29 |
| **Travel Expense** | 4,625.77 | 0.00 | 4,625.77 |
| **Total Expense** | 331,843.78 | 92,166.19 | 424,009.97 |
|  |  |  |  |
| **Net Ordinary Income** | -331,843.78 | -92,166.19 | -424,009.97 |
|  |  |  |  |
| **Other Income/Expense** |  |  |  |
| **Other Expense** |  |  |  |
| **Interest Expense** | 24,657.00 | 0.00 | 24,657.00 |
| **Total Other Expense** | 24,657.00 | 0.00 | 24,657.00 |
|  |  |  |  |
| **Net Other Income** | -24,657.00 | 0.00 | -24,657.00 |
|  |  |  |  |
| **Net Income** | **-356,500.78** | **-92,166.19** | **-448,666.97** |