**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Michael D. Breslauer, Esq. [SBN 110259]
Yosina M. Lissebeck, Esq. [SBN 201654]
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303 Facsimile (619) 231-4755
Proposed Attorneys for Debtor-in-Possession

Order Entered on
June 28, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.
TRANSDEL PHARMACEUTICALS, INC.,

Debtor.

BANKRUPTCY NO. 11-10497-B11

Date of Hearing:
Time of Hearing:
Name of Judge:      Peter W. Bowie

**ORDER ON _EMERGENCY_ FIRST DAY MOTION FOR ORDER SHORTENING TIME AND SPECIALLY SETTING A HEARING PRIOR TO JULY 20, 2011 ON DEBTOR'S MOTION TO SELL SUBSTANTIALLY ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS**

   **IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2) through  two  with exhibits, if any, for a total of  two  pages, is granted. Motion/Application Docket Entry No. 4

//
//
//
//
//
//

DATED: June 28, 2011

J

/s/ Peter W. Bowie
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Solomon Ward Seidenwurm & Smith LLP
 (Firm name)

By: /s/ Michael D. Breslauer
   Attorney for ☒ Movant ☐ Respondent

American LegalNet, Inc.
www.USCourtForms.com

P:00640078:60470.001 CSD 1001A

`CSD 1001A` [11/15/04] **(Page 2)**
ORDER ON EMERGENCY FIRST DAY MOTION FOR ORDER SHORTENING TIME AND
SPECIALLY SETTING A HEARING PRIOR TO JULY 20, 2011 ON DEBTOR'S MOTION
TO SELL  SUBSTANTIALLY ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS
DEBTOR: TRANSDEL PHARMACEUTICALS, INC.                    CASE NO: 11-10497-B11

The matter came before the Court on the Debtor-in-Possession's Emergency First Day Motion for Order Shortening Time and Specially Setting a Hearing prior to July 20, 2011 on Debtor's Motion to Sell Substantially all Assets of the Estate Free and Clear of Liens Claims and Interests and Assume and Assign Certain Executory Contracts Without Overbid (the "Motion"). The Court has reviewed and considered the Motion and the Declarations of John Lomoro and Michael D. Breslauer in Support of the Motion.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2).  Venue is appropriate pursuant to 28 U.S.C. §§ 1408 and 1409.

IT IS HEREBY ORDERED AS FOLLOWS:

(1)     The Motion is granted.  Hearing on the Debtor's Motion shall be set for   JULY 18, 2011 at 3:30 p.m. before this Court.  Notice of the Motion shall be served on all creditors and parties in  interest on or before JUNE 29, 2011.  Opposition shall be filed on or before July 11, 2011 and served electronically or by facsimile on counsel for the Debtor, Michael Breslauer, Esq, (mbreslauer@swsslaw.com; 619.615.7904), the Acting United States Trustee, Tiffany Carroll, Esq.(ustp.region15@usdoj.gov; 619 557.5339) and counsel for the Purchaser, Kay Catherwood, Esq. (kmcatherwood@duanemorris.com; 619.923.2931).  Any reply shall be filed and served on or before 12:00 p.m. on JULY 14, 2011.

IT IS SO ORDERED.