| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW |
| 2 | 402 W. BROADWAY, SUITE 2100<br>SAN DIEGO, CA 92101-3542 |
| 3 | TELEPHONE: 619.234.6655<br>FACSIMILE: 619.234.3510 |
| 4 | VICTOR A. VILAPLANA, CA BAR NO. 058535<br>VAVILAPLANA@FOLEY.COM |
| 5 | MATTHEW J. RIOPELLE, CA BAR NO. 260176<br>MRIOEPELLE@FOLEY.COM |
| 6 | ATTORNEYS FOR CREDITOR ALEXEJ LADONNIKOV AND<br>PARTY-IN-INTERST DERMASTAR INTERNATIONAL, LLC |

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>TRANSDEL PHARMACEUTICALS, INC.,<br><br>   DEBTOR. | CASE NO. **11-10497-PB11**<br><br>CHAPTER 11<br><br>**DECLARATION OF MICHAEL CORWIN IN OPPOSITION TO DEBTOR'S MOTION TO SELL SUBSTANTIALLY ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS WITHOUT OVERBID**<br><br>DATE:  JULY 18, 2011<br>TIME:  3:30 P.M.<br>DEPT:  4<br><br>HONORABLE PETER W. BOWIE |

I Michael Corwin, hereby declare and state the following:

1.   I am over 18 years of age and reside in San Mateo, California.  The facts stated herein are within my personal knowledge and if called upon to testify to the same I could and would testify competently hereto.

2.   I was an advisor to Transdel Pharmaceuticals, Inc. (the "Debtor") and own 188,498 of shares of the Debtor's common stock.

3.   I have read the Sale Motion and I oppose it.  There is no urgency for a sale because DermaStar International, LLC ("DermaStar") can, if necessary, fund the

Debtor's limited operating expenses while the Debtor prepares and submits a plan of reorganization. The recovery to me under the proposed sale is too speculative and I believe a plan sponsored by Mr. Ladonnikov and DermaStar would have a reasonable chance of being approved and providing a greater recovery for shareholders.

4.   Attached hereto as Exhibit "A" are emails I received from other shareholders who also oppose the Debtor's Sale Motion.

I declare under penalty of perjury under the laws of the State of California in the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on July 11, 2011, at San Mateo, California.

*/s/ Michael Corwin*

Michael Corwin

Subject: Fw: TDLP
Date: Saturday, July 9, 2011 7:08 PM
From: Thomas Maloney <tmaloney94@yahoo.com>
Reply-To: Thomas Maloney <tmaloney94@yahoo.com>
To: Michael Corwin <mcorwin@comcast.net>
Conversation: TDLP


Thomas M. Maloney
Director of Investor Relations
Superum USA, Inc.
6688 Gunpark Dr.
Boulder, CO 80301
C: 720-938-6538
O: 303-953-8331 ext. 405
tmaloney@superumusa.com




www.superumusa.com

Note:  This message is intended only for the personal and
confidential use of the designated recipient(s) named above. If
you are not the intended recipient of this message you are hereby
notified that any review, dissemination, distribution or copying of
this message is strictly prohibited.

----- Forwarded Message -----
From: Thomas Maloney <tmaloney94@yahoo.com>
To: Bob Kammer <kammerrobert@gmail.com>
Cc: "alan.d.beugg@ubs.com" <alan.d.beugg@ubs.com>
Sent: Saturday, July 9, 2011 7:26 PM
Subject: TDLP

To Whom it may concern:
I , Thomas Maloney own 19,117 shares of TDLP. IStrongly oppose the
sale of Transdel"s assets to Cardim. I strongly support  efforts
to reorganize the company, change the board, and to raise capitol
in order to complete the Phae III trials.
Sincerely,

Thomas M. Maloney
Director of Investor Relations
Superum USA, Inc.
6688 Gunpark Dr.
Boulder, CO 80301
C: 720-938-6538
O: 303-953-8331 ext. 405
tmaloney@superumusa.com




www.superumusa.com <http://www.superumusa.com>

```
Note:  This message is intended only for the personal and
confidential use of the designated recipient(s) named above. If
you are not the intended recipient of this message you are hereby
notified that any review, dissemination, distribution or copying of
this message is strictly prohibited.
```

```
From: Juliet Singh <juliet@globalstrategicmedical.com>
Date: Sun, Jul 10, 2011 at 11:23 PM
Subject: transdel
To: Juliet Singh <juliet@globalstrategicmedical.com>
```

I, Dr. Juliet Singh, am the founder of Transdel and was CEO of the company until Feb. 2010. Under my leadership the phase 3 clinical studies were completed. I was under a consulting agreement after my resignation but the company never asked for my assistance. I even wrote to the Transdel board of directors offering my assistance and they never responded.

I believe that I am the single largest shareholder of Transdel Pharmaceuticals, Inc.

I have read the Sale Motion and I oppose it.

Sincerely

Dr. Juliet Singh

```
Subject: Re: Transdel Pharma
Date: Sunday, July 10, 2011 3:05 PM
From: bprag@delmarconsulting.com <bprag@delmarconsulting.com>
To: Michael Corwin <mcorwin@comcast.net>
Conversation: Transdel Pharma
```

Mr. Corwin:

Per your email below, I am opposed to the announced plan by Transdel Pharmaceuticals to sell its assets to Cardium.

Here is my ownership as of today:

Robert B. Prag (personally) - 324,100
The Del Mar Consulting Group, Inc. Retirement Plan Trust (of which I am trustee) - 60,000 shares

Please let me know if you need any documentation of my holdings.

Regards,


Robert B. Prag
2455 El Amigo Road
Del Mar, CA 92014
858-361-1786

```
Subject: Re: Transdel Shareholders URGENT
Date: Sunday, July 10, 2011 8:49 AM
From: Corwin, Andrew <andrew.corwin@ml.com>
To: Michael Corwin <mcorwin@comcast.net>
Conversation: Transdel Shareholders URGENT
```

Michael

I am opposed to the sale of TDLP's assets to Cardium and support the plan to reorganize Transdel. I own 203,104 Shares and control an additional 124,674 shares owned by family members.

Thanks for doing this.
Best
Andrew Corwin

```
Subject: TDLP
Date: Sunday, July 10, 2011 10:39 AM
From: Alan <alan.d.beugg@ubs.com>
To: Michael Corwin <mcorwin@javelininnovations.com>
Conversation: TDLP
```

To whom it may concern:
I, Alan Beugg own 23,500 shares of TDLP stock. I strongly oppose the sale of TransdelÕs assets to Cardium.
I am distraught to learn that I nor the other key investors were contacted directly by Transdel in regards to funding issues of the company. I am highly distressed to learn about the bankruptcy and the pending offer from Cardium.

I strongly support the effort to reorganize the company, change management, board, and raise the necessary funding to complete the phase III part two trials.

Sincerely,
Alan Beugg


Alan D. Beugg
UBS Institutional Consulting
Vice President - Investments
UBS Financial Services, Inc
4643 S. Ulster Street, Suite 1580
Denver, CO 80237
303-689-2648
800-547-3178
303-741-5475 Fax
alan.d.beugg@ubs.com


Please visit our website at
http://financialservicesinc.ubs.com/wealth/E-maildisclaimer.html
for important disclosures and information about our e-mail policies. For your protection, please do not transmit orders or instructions by e-mail or include account numbers, Social Security numbers, credit card numbers, passwords, or other personal information.

```
Subject: TDLP
Date: Saturday, July 9, 2011 4:05 PM
From: kammerrobert@gmail.com <kammerrobert@gmail.com>
To: Michael Corwin <mcorwin@javelininnovations.com>
Conversation: TDLP

To whom it may concern:
I, Robert J Kammer DDS own 135,650 shares of TDLP stock. I
strongly oppose the sale of TransdelÕs assets to Cardium.
I am distraught to learn that I nor the other key investors were
contacted directly by Transdel in regards to funding issues of the
company. I am highly distressed to learn about the bankruptcy and
the pending offer from Cardium.
I strongly support the effort to reorganize the company, change
management, board, and raise the necessary funding to complete the
phase III part two trials.
Sincerely,
Robert J Kammer DDS
--
Robert J. Kammer  D.D.S., PC
1440 28th Street Suite # 3
Boulder, Colorado 80303
W-303-443-2441 <tel:303-443-2441>
C-720-933-2521 <tel:720-933-2521>
```