# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | TRANSDEL PHARMACEUTICALS, INC. |
| **Case Number:** | 11-10497-PB11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JULY 18, 2011 03:30 PM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### *Matter:*

DEBTOR'S MOTION TO SELL SUBSTANTIALLY ALL ASSETS OF THE ESTATE FREE & CLEAR OF LIENS CLAIMS AND INTERESTS & ASSUME & ASSIGN CERTAIN EXECUTORY CONTRACTS WITHOUT OVERBID (ON SHORTENED TIME)

### *Appearances:*

MICHAEL D. BRESLAUER, ATTORNEY FOR TRANSDEL PHARMACEUTICALS, INC.
VICTOR A. VILAPLANA, ATTORNEY FOR ALEXEJ LADONNIKOV & DERMA STAR INTERNATIONAL, LLC
MATTHEW J. RIOPELLE, ATTORNEY FOR ALEXEJ LADONNIKOV & DERMA STAR INTERNATIONAL, LLC
KAY CATHERWOOD, ATTORNEY FOR CARDIUM HEALTHCARE, INC.
RON CLIFFORD, ATTORNEY FOR DACA  (Telephonic appearance)
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE
JOHN LOMORO, CHIEF FINANCIAL OFFICER

### *Disposition:*

Continued to 7/26/11 at 3:30 p.m. for status.