# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | TRANSDEL PHARMACEUTICALS, INC. |
| **Case Number:** | 11-10497-PB11    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JULY 26, 2011 03:30 PM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matter:

STATUS CONFERENCE ON DEBTOR'S MOTION TO SELL SUBSTANTIALLY ALL ASSETS OF THE ESTATE FREE & CLEAR OF LIENS CLAIMS AND INTERESTS & ASSUME & ASSIGN CERTAIN EXECUTORY CONTRACTS WITHOUT OVERBID (fr. 7/18/11)

### Appearances:

DAVID A. ORTIZ, ATTORNEY FOR U.S. TRUSTEE
YOSINA LISSEBECK, ATTORNEY FOR TRANSDEL PHARMACEUTICALS, INC.
MATTHEW J. RIOPELLE, ATTORNEY FOR ALEXEJ LADONNIKOV & DERMA STAR
KATHRYN M.S. CATHERWOOD, ATTORNEY FOR CARDIUM HEALTHCARE, INC.
JOHN LOMORO, CHIEF FINANCIAL OFFICER

### Disposition:

Denied.  Order to come from Lissebeck.

Chapter 11 Status Conference set for 8/31/11 at 10:00 a.m.