**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Michael D. Breslauer, Esq. [SBN 110259]
Yosina M. Lissebeck, Esq. [SBN 201654]
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303 Facsimile (619) 231-4755
Proposed Attorneys for Debtor-in-Possession



Order Entered on
July 29, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.
TRANSDEL PHARMACEUTICALS, INC.,

                                                    Debtor.

BANKRUPTCY NO. 11-10497-B11

Date of Hearing:     July 26, 2011
Time of Hearing:     3:30 p.m.
Name of Judge:       Peter W. Bowie

### ORDER ON DEBTOR'S MOTION TO SELL SUBSTANTIALLY ALL ASSETS OF THE ESTATE FREE AND CLEAR OF LIENS CLAIMS AND INTERESTS AND ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS WITHOUT OVERBID

**IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2) through __two__ with exhibits, if any, for a total of __two__ pages, is granted. Motion/Application Docket Entry No. 13

//
//
//
//
//
//

DATED: July 29, 2011

J

/s/ Peter W. Bowie
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Solomon Ward Seidenwurm & Smith LLP
 (Firm name)

By: /s/ Michael D. Breslauer
     Attorney for ☒ Movant ☐ Respondent

American LegalNet, Inc.
www.USCourtForms.com

P:00650150:60470.001 CSD 1001A

`CSD 1001A` [11/15/04] **(Page 2)**
ORDER ON DEBTOR'S MOTION TO SELL  SUBSTANTIALLY ALL ASSETS OF THE
ESTATE FREE AND CLEAR OF LIENS CLAIMS AND INTERESTS AND ASSUME AND
ASSIGN CERTAIN EXECUTORY CONTRACTS WITHOUT OVERBID
DEBTOR: TRANSDEL PHARMACEUTICALS, INC.                    CASE NO: 11-10497-B11

---

The Debtor's Motion to Sell Substantially All Assets of the Estate Free and Clear of Liens Claims and Interests and Assume and Assign Certain Executory Contracts Without Overbid (the "Motion") after proper notice to creditors and parties in interest came on for sequential hearings on July 18, 2011 and July 26, 2010 before the Honorable Peter W. Bowie, United States Bankruptcy Judge, presiding.  In those proceedings, the Debtor appeared through counsel, Michael D. Breslauer, Esq.; Alexej Ladonnikov and DermaStar appeared through counsel, Matthew J. Riopelle, Esq.; Cardium Healthcare, Inc. appeared through counsel, Kathryn M.S. Catherwood, Esq.; and David A. Ortiz appeared on behalf of the Office of the United States Trustee.  Other appearances are as stated in the record made at such proceedings.  The Court having read all documents filed in support and in opposition to the Motion, having heard oral argument of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Debtor's Motion to Sell Substantially All Assets of the Estate Free and Clear of Liens Claims and Interests and Assume and Assign Certain Executory Contracts Without Overbid is DENIED.


IT IS SO ORDERED.


**APPROVED AS TO FORM:**


OFFICE OF THE UNITED STATES TRUSTEE



By: /s/ David A. Ortiz
    David A. Ortiz



FOLEY & LARDNER



By: /s/ Matthew J. Riopelle
    Matthew J. Riopelle, Esq.
Attorneys for Alexej Ladonnikov & DermaStar