1  MICHAEL D. BRESLAUER [SBN 110259]
   mbreslauer@swsslaw.com
2  YOSINA M. LISSEBECK [SBN 201654]
   ylissebeck@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   Telephone: (619) 231-0303
5  Facsimile: (619) 231-4755

6  Attorneys for Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| In re | CASE NO. 11-10497-B11 |
|---|---|
| TRANSDEL PHARMACEUTICALS, INC., | **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND INTEREST** |
| Debtor-In-Possession. | [Bankruptcy Local Rule 3003-1] |
|  | Dept: Four (4)<br>Honorable Peter W. Bowie |

PLEASE TAKE NOTICE THAT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA HAS ENTERED ITS ORDER AUTHORIZING THE DEBTOR TO **REQUIRE THAT ALL ENTITIES HOLDING OR ASSERTING A CLAIM AGAINST OR INTEREST IN THE ABOVE-REFERENCED DEBTOR TO FILE PROOFS OF CLAIM AND/OR PROOFS OF INTEREST** WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, 325 WEST "F" STREET, SAN DIEGO, CALIFORNIA 92101-6991, ON OR BEFORE **September 22, 2011** (THE "BAR DATE"), **OR BE FOREVER BARRED FROM FILING SUCH CLAIMS OR INTEREST.** This order applies to all claims which arose or are deemed to have arisen prior to June 26, 2011, the commencement of this Chapter 11 case, and all claims that are based on the debtor's primary, secondary, direct, indirect, secured, unsecured, contingent, or guaranty liabilities or otherwise. Claims of any co-debtors, sureties or guarantors that may be filed under Bankruptcy Code section 501(b) and Federal Rule of Bankruptcy Procedure 3005 must be filed on or before the Bar Date.

Creditors whose claims are listed on the debtor's schedules of liabilities filed pursuant to Federal Rule of Bankruptcy Procedure 1007(d), and whose claims are <u>not</u> listed as disputed, contingent or unliquidated, and who do <u>not</u> dispute the stated amount of their claim or the manner in which their claim is listed, need not file proofs of claim but may do so if they wish. **CREDITORS WHO HAVE ALREADY FILED PROOFS OF CLAIM NEED NOT FILE AGAIN.**

Creditors whose claims are <u>not</u> listed on the schedules, whose claims are listed as disputed, contingent or unliquidated, who dispute the amount of their claim as listed on the schedules, or who dispute the manner in which their claim is listed <u>must file a proof of claim</u> by the Bar Date stated herein to preserve their rights.

P:00652759:60470.001

In order to assist in the review and reconciliation of proofs of claim, claims should include copies of any invoices, statements or other documents evidencing the amounts and/or basis of claim, and any documents evidencing the perfection of a security interest.

All parties filing proofs of claim or interest shall have the burden of informing the Clerk of the Court and other parties in interest herein of a change of address subsequent to the filing of a proof of claim or notifying all such entities if the address in the debtor's schedules is inaccurate.

FAILURE TO FILE A PROOF OF CLAIM OR INTEREST, IF YOU ARE REQUIRED TO DO SO, MAY RESULT IN YOUR CLAIM BEING FOREVER BARRED, AND/OR THE DEBTOR BEING DISCHARGED FROM YOUR CLAIM, AND YOUR NOT BEING ALLOWED TO VOTE ON OR PARTICIPATE IN ANY PLAN OF REORGANIZATION OR RECEIVE ANY PAYMENT OR DISTRIBUTION IN THIS OR ANY SUBSEQUENT BANKRUPTCY CASE CONCERNING THE DEBTOR. IF YOU ARE UNCERTAIN ABOUT YOUR CLAIM, YOU MAY WANT TO CONSULT YOUR OWN ATTORNEY REGARDING THIS MATTER. IT IS THE SOLE RESPONSIBILITY OF CREDITORS TO CORRECTLY FILL OUT THE PROOF OF CLAIM FORM.

DATED: August 15, 2011    SOLOMON WARD SEIDENWURM & SMITH, LLP

By /S/ Michael D. Breslauer
MICHAEL D. BRESLAUER
YOSINA M. LISSEBECK
Attorneys for Debtor-In-Possession

P:00652759:60470.001

## PROOF OF SERVICE

I, Wendy A. Yones, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On **August 15, 2011**, I served the following document(s):

**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND INTEREST**

on each of the interested parties stated on the attached service list.

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 15, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

**United States Trustee -**         ustp.region15@usdoj.gov; david.a.ortiz@usdoj.gov;
**David A. Ortiz**                  shannon.m.vencill@usdoj.gov; tiffany.l.carroll@usdoj.gov
**Sandra W. Lavigna, Esq.** – lavignas@sec.gov
**Matthew J. Riopelle, Esq.** - mriopelle@foley.com

☐    Service information continued on attached page

**II.    SERVED BY U.S. MAIL:** On **August 15, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR E-MAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 15, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or e-mail as follows.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   August 15, 2011                By: /s/ Wendy A. Yones
                                        WENDY A. YONES

P:00652759:60470.001

-3-

# SERVICE LIST

| | |
|---|---|
| **VIA NEF & U.S. MAIL**<br>David A. Ortiz<br>Office of the United States Trustee<br>Southern District of California<br>402 West Broadway, Suite 600<br>San Diego, CA 92101-8511<br>david.a.ortiz@usdoj.gov | **VIA U.S. MAIL**<br>Alexej Ladonnikov<br>13388 Surrey Lane<br>Saratoga, CA 95070<br>Facsimile (408) 549-9858 |
| **VIA U.S. MAIL**<br>DLA Piper LLP<br>P.O. Box 64029<br>Baltimore, MP 21264-4029<br>Facsimile (858) 638-5128 | **VIA U.S. MAIL**<br>Owens Pharma Research Center<br>720 Alamitos Avenue, Suite A<br>Long Beach, CA 90813 |
| **VIA U.S. MAIL**<br>DPT Laboratories, Ltd.<br>12637 Collections Center Drive<br>Chicago, IL 60693<br>Facsimile (210) 223-2272 | **VIA U.S. MAIL**<br>Clinical Trials Management<br>3901 Houma Blvd Medical Plaza II, Ste 405<br>Metairie, LA 70006<br>Facsimile (504) 455-1312 |
| **VIA U.S. MAIL**<br>Orange County Clinical Trials<br>1801 West Romneya Dr. Ste 208<br>Anaheim, CA 92801<br>Facsimile (714) 808-0810 | **VIA U.S. MAIL**<br>Regents Square La Jolla, LLC<br>Dept. 6970<br>Los Angeles, CA 90084-6970<br>Facsimile (858) 450-2890 |
| **VIA U.S. MAIL**<br>Joachim Schupp<br>5804 Blazing Star Lane<br>San Diego, CA 92130<br>drjschupp@gmail.com | **VIA U.S. MAIL**<br>Ysabella Fernando<br>9352 Twin Trails Drive #201<br>San Diego, CA 92129<br>ysabellaf@hotmail.com |
| **VIA U.S. MAIL**<br>PPD Development LP<br>12937 Collections Center Drive<br>Chicago, IL 60693<br>Facsimile (919) 654-8581 | **VIA U.S. MAIL**<br>Beckloff Associates<br>3203 Solutions Center<br>Chicago, IL 60677-3002<br>Facsimile (913) 451-3846 |
| **VIA U.S. MAIL**<br>Covance Central Lab Services<br>8211 SciCor Drive<br>Indianapolis, IN 46214-2985<br>Facsimile (317) 273-4780 | **VIA U.S. MAIL**<br>SD Sports Med & Family Health<br>6999 Alvarado Road Ste 2100<br>San Diego, CA 92120<br>Facsimile (619) 582-1497 |

P:00652759:60470.001

| | |
|---|---|
| 1 | |
| 2 | **VIA U.S. MAIL**<br>KMJ Corbin & Co LLP<br>555 Anton Blvd. Suite 1000<br>Costa Mesa, CA 92626<br>Facsimile (714) 380-6566 |
| 3 | |
| 4 | |

**VIA U.S. MAIL**
KMJ Corbin & Co LLP
555 Anton Blvd. Suite 1000
Costa Mesa, CA 92626
Facsimile (714) 380-6566

**VIA U.S. MAIL**
Chubb Group Insurance
15 Mountain View Road
Warren, NJ 07059
Facsimile (908) 903-3128

**VIA U.S. MAIL**
Clinical Pharmacology Study
26 Queen Street
Worcester, MA 01610
Facsimile (508) 755-8909

**VIA U.S. MAIL**
Sanofi-Aventis LLC
P.O. Box 848203
Dallas, TX 75284-8203
Facsimile (908) 203-7727

**VIA U.S. MAIL**
Sundance Clinical Research LLC
711 Old Ballas Road, Suite 105
Saint Louis, MO 63141
Facsimile (314) 567-3390

**VIA U.S. MAIL**
Continental Stock Transfer
17 Battery Place
New York, NY 10004
Facsimile (212) 509-5150

**VIA U.S. MAIL**
Bruce D. Whitley
Silicon Edge Law Group LLP
6601 Koll Center Pkwy, Suite 245
Pleasanton, CA 94566
bwhitley@siliconedgelaw.com

**VIA U.S. MAIL**
Kathryn M.S. Catherwood, Esq.
Duane Morris LLP
101 West Broadway, Suite 900
San Diego, CA 92101-8285
KMCatherwood@duanemorris.com

**VIA U.S. MAIL**
John Bonfiglio
125 Edgewood Drive
Durham, NC 27713

**VIA U.S. MAIL**
JH Direct, LLC
2387 La Mirada Drive
Vista, CA 92081

**VIA U.S. MAIL**
Jan Marini Skin Research, Inc.
6951 Via del Oro
San Jose, CA 95119

**VIA U.S. MAIL**
Riley-Nacht, LLC
1630A 30th Street #461
Boulder, CO 80301

**VIA U.S. MAIL**
DPT Laboratories, Ltd.
307 E. Josephine
San Antonio, TX 78215

**VIA U.S. MAIL**
MICHAEL CORWIN
15 SHASTA LANE
MENLO PARK, CA 94025

**VIA U.S. MAIL**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**VIA NEF & U.S. MAIL**
Sandra W. Lavigna, Esq.
US Securities & Exchange Commission
5670 Wilshire Blvd 11th Floor
Los Angeles, CA 90036-3648

P:00652759:60470.001

| | |
|---|---|
| **VIA NEF & U.S. MAIL**<br>Victor A. Vilaplana, Esq.<br>Matthew J. Riopelle, Esq.<br>Foley & Lardner LLP<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101-3542 | **VIA U.S. MAIL**<br>Michael A. Berman, Esq.<br>U.S. Securities & Exchange Commission<br>Station Place<br>100 F Street, NE, Room 9250<br>Washington, DC 20549 |
| **VIA U.S. MAIL**<br>Ricoh Business Solutions<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Suite 400<br>Macon, GA 31210 | **VIA U.S. MAIL**<br>Mark A. Kompa, Esq.<br>Law Offices of Mark A. Kompa<br>23113 Plaza Pointe, Suite 110<br>Laguna Hills, CA 92653 |
| **VIA U.S. MAIL**<br>Angela C. Han, Esq.<br>Associate General Counsel<br>The Irvine Company LLC<br>111 Innovation Drive<br>Irvine, CA 92617 | **VIA U.S. MAIL**<br>Chief, Special Procedures<br>Section – Insolvency<br>Internal Revenue Service<br>P.O. Box 30213<br>Laguna Niguel, CA 92607-0213 |
| **VIA U.S. MAIL**<br>IRS<br>Insolvency Group 2<br>880 Front Street<br>San Diego, CA 92101-8869 | |

P:00652759:60470.001

| | | |
|---|---|---|
| Zacks Investment Research<br>111 north Canal St, Ste 1101<br>Chicago, IL 60606-7204 | University Orthopedics Center<br>101 Regent Court<br>State College, PA 16801 | Triad Clinical Trials, LLC<br>515 College Road, Suite 15<br>Greensboro, NC 27410 |
| Sundance Clinical Research LLC<br>711 Old Ballas Road Suite 105<br>Saint Louis, MO 63141 | State Worker's Insurance Fund<br>100 Lackawanna Ave<br>P.O. Box 5100<br>Scranton, PA 18505-5100 | Southern Orthopaedic Sports<br>1718 St Julian Place<br>Columbia, SC 29204 |
| SFM Clinical Trials<br>3730 Scotland Road<br>Scotland, PA 17254 | SD Sports Med & Family Health<br>6999 Alvarado Road Ste 2100<br>San Diego, CA 92120 | Sanofi-Aventis LLC<br>P.O. Box 848203<br>Dallas, TX 75284-8203 |
| San Diego Managed Care Group<br>11777 Bernardo Plaza Ct #105<br>San Diego, CA 92128 | Robert W. Levin, MD<br>646 Virginia Street, 4th Floor<br>Dunedin, FL 34698 | Ricoh Americas Corp.<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 |
| Ricoh Americas<br>P.O. Box 4245<br>Carol Stream, IL 60197-4245 | Regents Square La Jolla, LLC<br>Dept. 6970<br>Los Angeles, CA 90084-6970 | Pure Compliance<br>P.O. Box 951839<br>Dallas, TX 75395-1839 |
| PSAdams, Inc.<br>3525 Del Mar Heights Road #589<br>San Diego, CA 92130 | PR Newswire Association LLC<br>GPO Box 5897<br>New York, NY 10087-5897 | PPD Development LP<br>12937 Collections Center Drive<br>Chicago, IL 60693 |
| Owens Pharma Research Center<br>720 Alamitos Avenue, Suite A<br>Long Beach, CA 90813 | Ormond Medical Arts Pharmaceut<br>77 West Granada Blvd<br>Altamonte Springs, FL 32714 | Orange County Clinical Trials<br>1801 West Romneya Dr. Ste 208<br>Anaheim, CA 92801 |
| Office Depot<br>P.O. Box 70025<br>Los Angeles, CA 90074-0025 | Nationwide Retire Consulting<br>Dept 3248<br>Columbus, OH 43271-3248 | National Corporate Research<br>10 E 40th Street, 10th Floor<br>New York, NY 10016 |
| KMJ Corbin & Co LLP<br>555 Anton Blvd, Suite 1000<br>Costa Mesa, CA 92626 | John Bonfiglio<br>125 Edgewood Drive<br>Durham, NC 27713 | Joachim Schupp<br>5804 Blazing Star Lane<br>San Diego, CA 92130 |
| J&S Studies, Inc.<br>1710 Crescent Point Pkwy<br>College Station, TX 77845 | Great Lakes Research Group<br>200 S Wenona Street, Ste 170<br>Bay City, MI 48706 | FedEx<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 |

DPT Laboratories, Ltd.
12637 Collections Center Drive
Chicago, IL 60693

DLA Piper LLP
P.O. Box 64029
Baltimore, MD 21264-4029

Covance Central Lab Services
8211 SciCor Drive
Indianapolis, IN 46214-2985

Continental Stock Transfer
17 Battery Place
New York, NY 10004

Clinical Trials Management
3901 Houma Blvd
Medical Plaza II, Suite 405
Metairie, LA 70006

Clinical Pharmacology Study
26 Queen Street
Worcester, MA 01610

Chubb Group Insurance
15 Mountain View Road
Warren, NJ 07059

Celerion
75 Remittance Drive Ste 6210
Chicago, IL 60675

Carr & Ferrell LLP
120 Constitution Drive
Menlo Park, CA 94025

Bozeman Urgent Care
1006 West Main
Bozeman, MT 59715

Beckloff Associates
3203 Solutions Center
Chicago, IL 60677-3002

Barney & Barney
9171 Towne Centre Dr Ste 500
San Diego, CA 92122

AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025

Alexej Ladonnikov
13388 Surrey Lane
Saratoga, CA 95070

ACE Parking Management Inc.
4225 Executive Square, Ste 400
La Jolla, CA 92037

Ysabella Fernando
9352 Twin Trails Drive #201
San Diego, CA 92129

Terry Nida
342 Snowman Road
Coudersport, PA 16915

John Lomoro
997 McCain Valley Court
Chula Vista, CA 91913

John Bonfiglio
125 Edgewood Drive
Durham, NC 27713

Joachim Schupp
5804 Blazing Star Lane
San Diego, CA 92130

American Med-Tech Equity Advis
708 Third Avenue, 5th Floor
New York, NY 10017

CNA
915 Wilshire Blvd
Los Angeles, CA 90017

DPT Laboratories, Ltd.
307 E. Josephine
San Antonio, TX 78215

ERisk Services
227 US Highway 206, Ste 302
Flanders, NJ 07836-9174

ESC Advisors/KEMA Partners
327 Central Park West Suite 8E
New York, NY 10025

Ironshore Insurance Services
One State Street Plaza, 7th Fl
New York, NY 10004

Jan Marini Skin Research, Inc.
6951 Via del Oro
San Jose, CA 95119

JH Direct, LLC
2387 La Mirada Drive
Vista, CA 92081

Liberty Insurance Company
353 Sacramento Street 6th Fl
San Francisco, CA 94111

Monitor Liability Managers LLC
2850 West Golf Road, Suite 800
Rolling Meadows, IL 60008-4039

Regents Square La Jolla, LLC
4225 Executive Square
La Jolla, CA 92037

Ricoh Americas Corp.
P.O. Box 41602
Philadelphia, PA 19101-1602

Riley-Nacht, LLC
1630A 30th Street #461
Boulder, CO 80301

State Compensation Ins Fund
10105 Pacific Heights Blvd
San Diego, CA 92121

Travelers Insurance Company
333 City Blvd West, Ste 1100
Orange, CA 92868

DACA 2010L, LP
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

DACA V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108

IRS
Insolvency Group 2
880 Front Street
San Diego, CA 92101-8869

Chief, Special Procedures
Section – Insolvency
Internal Revenue Service
P.O. Box 30213
Laguna Niguel, CA 92607-0213