UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In Re:
TRANSDEL PHARMACEUTICALS, INC.,

CASE NUMBER 11-10497-B11

CHAPTER 11

DEBTOR-IN-POSSESSION
MONTHLY OPERATING REPORT
FOR JUNE 27, 2011 THROUGH
JULY 31, 2011

Debtor.

TO:    THE HONORABLE PETER W. BOWIE
       UNITED STATES BANKRUPTCY JUDGE

The Debtor-In-Possession hereby files its monthly Operating Report pursuant to the United States Trustee's Operating and Reporting Requirements for Chapter 11 cases.

DATED:  August 19, 2011

/s/ Michael D. Breslauer
Attorney for Debtor-In-Possession

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**SOUTHERN DISTRICT OF CALIFORNIA**

In Re:

TRANSDEL PHARMACEUTICAL, INC.,

                              Debtor.

CHAPTER 11 (BUSINESS)

CASE NO. 11-10497-B11
OPERATING REPORT NO. 1
FOR THE MONTH ENDING:
JULY 31, 2011

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS   $ _____0_____

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
   ACCOUNT REPORTS                                        $ _____0_____

3. BEGINNING BALANCE:                                     $ _____0_____

4. RECEIPTS DURING CURRENT PERIOD:

   ACCOUNTS RECEIVABLE - PRE-FILING      $ _____0_____
   ACCOUNTS RECEIVABLE - POST-FILING     $ _____0_____
   GENERAL SALES                         $ _____0_____
   OTHER (SPECIFY) (1)_____  $ ____5,635.03____
   OTHER ** (SPECIFY)  (2)_____  $ ____1,847.00____
   OTHER ** (SPECIFY)  (3)_____  $ _____71.00_____

   (1)   Balance transferred from pre-bankruptcy accounts,
   (2)   Refund of cancelled North Carolina workers compensation
         policy since employee in North Carolina resigned in May 2011,
   (3)   Partial refund of cancelled Pennsylvania workers
         compensation policy although Transdel still has an employee in
         PA (researching if policy is still required).

                    TOTAL RECEIPTS THIS PERIOD:  $ ____7,553.03____
5. BALANCE:                                      $ ____7,553.03____

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

   TRANSFERS TO OTHER DIP ACCOUNTS    $ _____0_____
   DISBURSEMENTS                      $ __2,879.23__
   TOTAL DISBURSEMENTS THIS PERIOD ***:            $ ____2,879.23____

7. ENDING BALANCE:                               $ ____4,673.80____

Debtor-in-Possession Monthly Operating Report (Business) - Page 1 of 16

P:00651311:60470.001

8.  GENERAL ACCOUNT NUMBER _____ 1620 _____

DEPOSITORY NAME AND LOCATION  _US Bank, 659 East Palomar Street, Chula Vista, CA 91911 _____

\* _All receipts must be deposited into the general account._
\*\* _Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale._
\*\*\*_This amount should be the same as the total from page 2._

Debtor-in-Possession Monthly Operating Report (Business) - Page 2 of 16

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 6/27/11 | 100 | Postal Annex | Rental of mailbox for 6/27/11-9/26/11 | $ 82.00 |
| 7/5/11 | 101 | America Shredding | Shredding of confidential Transdel documents service performed on 7/5/11 | $  95.00 |
| 7/18/11 | Wire Transfer | Louis C. Paul & Associates, PLLC | Legal services performed on July 15, 2011 to extend one of Transdel's trademark applications. | $    500.00 |
| 7/26/11 | 102 | Boyer Moving & Storage | Moving services performed on June 28, 2011 to move Transdel documents and other items to storage facility. | $    520.00 |
| 7/26/11 | 103 | Boyer Moving & Storage | Additional moving services performed on July 5, 2011 to move Transdel documents and other items to storage facility. | $    390.00 |
| 7/26/11 | 104 | PS Adams, Inc. | July 2011 web hosting services for Transdel's e-mail. | $ 227.00 |
| 7/26/11 | 105 | Horizon Communications Technologies, Inc. | Telecommunications services performed on or about July 12, 2011 to pull telecommunications wires from former Transdel office. | $ 398.98 |
| 7/26/11 | 106 | Broadridge ICS | Mailing of bankruptcy notice to Transdel shareholders. | $  42.25 |
| 7/26/11 | 107 | U.S. Trustee | Fee for quarter ended June 30, 2011 | $ 325.00 |
| 7/28/11 | Wire Transfer | ViaVid Broadcasting Inc. | July 2011 hosting fee for Transdel's website | $  299.00 |
|  |  |  |  | $ |

TOTAL DISBURSEMENTS THIS PERIOD: $    2,879.23

*Add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report (Business) - Page 3 of 16

## GENERAL ACCOUNT
## BANK RECONCILIATION*

Balance per bank statement dated:  June 30, 2011                    $    5,553.03

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|--------------|----------------|
| _____ | $ _____ |
| _____ |                |
| _____ | _____   |

  Total deposits in transit

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|--------------|------------|--------------|
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |
| _____ | _____ |              |

  Total outstanding checks                          <            0            >

Bank statement adjustments**

Adjusted bank balance                           $          5,553.03

---

*  It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
** Please attach a detailed explanation of any bank statement adjustment.

P:00651311:60470.001

## GENERAL ACCOUNT
## BANK RECONCILIATION*

Balance per bank statement dated: July 31, 2011                 $    6,178.04

Plus deposits in transit (a):

Deposit Date          Deposit Amount

_____         $ _____

_____           _____

    Total deposits in transit

Less outstanding checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 102 | 7/26/11 | $520.00 |
| 103 | 7/26/11 | $390.00 |
| 104 | 7/26/11 | $227.00 |
| 106 | 7/26/11 | $42.25 |
| 107 | 7/26/11 | $325.00 |

    Total outstanding checks                      <      1,504.25        >

Bank statement adjustments**

Adjusted bank balance                          $       4,673.79

\* It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
\** Please attach a detailed explanation of any bank statement adjustment.

Debtor-in-Possession Monthly Operating Report (Business) - Page 5 of 16

P:00651311:60470.001

## I. <u>CASH RECEIPTS AND DISBURSEMENTS</u> (Continued)
### B. <u>(PAYROLL ACCOUNT)</u> – No Account exist

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS          $ _____

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
    ACCOUNT REPORTS                                              $ _____

3.  BEGINNING BALANCE                                            $ _____

4.  RECEIPTS:
    TRANSFERRED FROM GENERAL ACCOUNT                             $ _____

5.  BALANCE                                                      $ _____

6.  LESS: DISBURSEMENTS DURING CURRENT PERIOD

    <u>DATE</u>        <u>CHECK NO.</u>              <u>PAYEE</u>          <u>AMOUNT</u>


                                    TOTAL DISBURSEMENTS THIS PERIOD:  $_____


7.  ENDING BALANCE:                                              $

8.  PAYROLL ACCOUNT NUMBER _____

    DEPOSITORY NAME AND LOCATION

## PAYROLL ACCOUNT – <u>No account exist</u>
## <u>BANK RECONCILIATION*</u>

Balance per bank statement dated: _____      $

Plus deposits in transit (a):

<u>Deposit Date</u>      <u>Deposit Amount</u>

_____      $ _____

_____

_____      _____

     Total deposits in transit

Less outstanding checks (a):

<u>Check Number</u>      <u>Check Date</u>   <u>Check Amount</u>

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

     Total outstanding checks      < _____ >

Bank statement adjustments**

Adjusted bank balance      $

*  It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
** Please attach a detailed explanation of any bank statement adjustment.

## I. CASH RECEIPTS AND DISBURSEMENTS (Continued)
### B. (TAX ACCOUNT) – No account exist

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS            $ _____

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX
    ACCOUNT REPORTS                                            $ _____

3.  BEGINNING BALANCE                                          $ _____

4.  RECEIPTS:
    TRANSFERRED FROM GENERAL ACCOUNT                           $ _____

5.  BALANCE                                                    $ _____

6.  LESS: DISBURSEMENTS DURING CURRENT PERIOD

    DATE        CHECK NO.            PAYEE          AMOUNT


                              TOTAL DISBURSEMENTS THIS PERIOD: $ _____

7.  ENDING BALANCE:                                           $

8.  TAX ACCOUNT NUMBER _____

    DEPOSITORY NAME AND LOCATION

    _____

### D. SUMMARY SCHEDULE OF CASH

ENDING BALANCE FOR PERIOD:

| | |
|---|---|
| GENERAL ACCOUNT | $ 4,673.79 |
| PAYROLL ACCOUNT | $ 0 |
| TAX ACCOUNT | $ 0 |
| OTHER ACCOUNTS*: _____ | $ 0 |
| OTHER MONIES*: _____ | $ 0 |
| PETTY CASH** | $ 0 |
| TOTAL CASH AVAILABLE | $ 4,673.09 |

\* Specify the fund and the type of holding (i.e., CD, Savings Account, Investment securities, etc.), and the depository name, location, and account number.
\*\* Attach exhibit itemizing all petty cash transactions.
NOTE: Attach copies of monthly accounts statements from financial institutions for each account.

## TAX  ACCOUNT – No account exist
## BANK RECONCILIATION*

Balance per bank statement dated: _____                    $

Plus deposits in transit (a):

<u>Deposit Date</u>            <u>Deposit Amount</u>

_____    $ _____
_____
_____        _____

Total deposits in transit

Less outstanding checks (a):

<u>Check Number</u>        <u>Check Date</u>  <u>Check Amount</u>

_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

Total outstanding checks                    < _____ >

Bank statement adjustments**

Adjusted bank balance                        $


\*  It is acceptable to attach lists of deposits in transit and outstanding checks to this form or to replace this form with a similar form.
\*\* Please attach a detailed explanation of any bank statement adjustment.

P:00651311:60470.001

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| None. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL DUE** | | |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:
    GROSS SALES SUBJECT TO SALES TAX        $ _____ 0
    TOTAL WAGES PAID        $ _____ 0

| | TOTAL POST-PETITION AMOUNTS OWING | AMOUNT DELINQUENT | DATE DELINQUENT AMOUNT DUE |
|---|---|---|---|
| FEDERAL WITHHOLDING | $0 | $ | |
| STATE WITHHOLDING | $0 | $ | |
| FICA - EMPLOYER'S SHARE | $0 | $ | |
| FICA - EMPLOYEE'S SHARE | $0 | $ | |
| FEDERAL UNEMPLOYMENT | $0 | $ | |
| STATE WITHHOLDING | $0 | $ | |
| SALES AND USE | $0 | $ | |
| REAL PROPERTY | $0 | $ | |
| OTHER: (SPECIFY) | $0 | $ | |
| TOTAL: | $0 | $ | |

Debtor-in-Possession Monthly Operating Report (Business) - Page 10 of 16

## IV.  AGING OF ACCOUNTS PAYABLE AND ACCOUNTS RECEIVABLE

|  | ACCOUNTS PAYABLE* (POST-PETITION ONLY) | ACCOUNTS Pre-Petition | RECEIVABLE Post-Petition |
|---|---|---|---|
| 30 days or less | $  527.45 | $      0 | $      0 |
| 31 - 60 days | 703.00 | 0 | 0 |
| 61 - 90 days | 0 | 0 | 0 |
| 91 - 120 days | 0 | 0 | 0 |
| Over 120 days | 0 | 0 | 0 |
| TOTALS: | $  1,230.45 | $      0 | $      0 |

## V.  INSURANCE COVERAGE

|  | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|---|
| General Liability | Per agreement with U.S. Trustee, none required. |  |  |  |
| Worker Compensation | State Fund | $1,000,000 | 9/1/11 | 6/1/11 |
| Vehicle | Traveler's Insurance Co. | $1,000,000 | 7/9/12 | 7/9/12 (1) |
| Product Liability | Ironshore Insurance Services, LLC | $2,000,000 | 4/1/12 | 4/1/12 |
| Director & Officers | Liberty/Monitor/ CNA | $10,000,000 | 9/17/11 | 9/17/11 |
| Employer's Practice Liability Insurance | ERisk Services | $1,000,000 | 9/17/11 | 9/17/11 |

(1)  - Invoice for premium dated 8/2/11 will be paid during the month of August 2011.

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
| 6/30/11 | $325.00 | $325.00 | 7/26/11 | $325.00 | $0 |

* *Post-Petition Accounts Payable should not include professionals' fees and expenses which have been incurred but not yet awarded by the Court.*
*Post-Petition Accounts Payable should include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period of the report.*

Debtor-in-Possession Monthly Operating Report (Business) - Page 11 of 16

P:00651311:60470.001

## VII. <u>SCHEDULE OF COMPENSATION PAID TO INSIDERS</u>

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid During the Month |
|---|---|---|---|
| **None.** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* *Please indicate how compensation was identified in the order (e.g., $1,000/wk, $2,500/mo)*

## VIII. <u>SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS</u>

| Name of Insider | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
| **None.** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

P:00651311:60470.001

## IX. PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | $ 0 | $ 0 |
| Less: Returns/Discounts | ( 0 ) | ( 0 ) |
| Net Sales/Revenue | 0 | 0 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | 0 | 0 |
| Purchases | 0 | 0 |
| Less: Ending Inventory at cost | ( 0 ) | ( 0 ) |
| Cost of Goods Sold (COGS) | 0 | 0 |
| | | |
| **Gross Profit** | 0 | 0 |
| | | |
| Other Operating Income (Itemize) - Refunds | 1,918.00 | 1,918.00 |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 0 | 0 |
| Payroll - Other Employees | 0 | 0 |
| Payroll Taxes | 0 | 0 |
| Other Taxes (Itemize) | 0 | 0 |
| Depreciation and Amortization | 0 | 0 |
| Rent Expense - Real Property | 0 | 0 |
| Lease Expense - Personal Property | 0 | 0 |
| Insurance | 14,382.48 | 14,382.48 |
| Real Property Taxes | 0 | 0 |
| Telephone and Utilities | 0 | 0 |
| Repairs and Maintenance | 0 | 0 |
| Travel and Entertainment (Itemize) | 0 | 0 |
| Miscellaneous Operating Expenses (Itemize) | 4,218.01 | 4,218.01 |
| Total Operating Expenses | ( 18,600.49 ) | ( 18,600.49 ) |
| | | |
| Net Gain/(Loss) from Operations | (16,382.49) | (16,382.49) |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 0 | 0 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | ( 0 ) | ( 0 ) |
| | | |
| **NET INCOME/(LOSS)** | $ (16,382.49) | $ (16,382.49) |

(Attach exhibit listing all itemizations required above)

## X. BALANCE SHEET
### (ACCRUAL BASIS ONLY)

| | Current Month End |
|---|---|
| **ASSETS** | |
| Current Assets: | |
| Unrestricted Cash | $4,673.79 |
| Restricted Cash | - |
| Accounts Receivable | - |
| Inventory | - |
| Notes Receivable | - |
| Prepaid Expenses | 20,701.98 |
| Other (Itemize) | 9,292.27 |
| Total Current Assets | 34,668.04 |
| | |
| Property, Plant, and Equipment | 3,153.83 |
| Accumulated Depreciation/Depletion | (3,153.83) |
| Net Property, Plant, and Equipment | - |
| | |
| Other Assets (Net of Amortization): | |
| Due from Insiders | - |
| Other (Itemize) | - |
| Total Other Assets | $ 34,668.04 |
| | |
| **TOTAL ASSETS** | |
| | |
| **LIABILITIES** | |
| Postpetition Liabilities: | |
| Accounts Payable | $ 1,230.45 |
| Taxes Payable | |
| Notes Payable | |
| Professional fees | |
| Secured Debt | |
| Other (Itemize) | |
| Total Postpetition Liabilities | $ 1,230.45 |
| | |
| Prepetition Liabilities: | |
| Secured Liabilities | - |
| Priority Liabilities | 123,604.75 |
| Unsecured Liabilities | 1,382,490.97 |
| Other (Itemize) | |
| Total Prepetition Liabilities | 1,506,095.72 |
| **TOTAL LIABILITIES** | 1,507,326.17 |
| | |
| **EQUITY:** | |
| Prepetition Owners' Equity | (1,456,275.64) |
| Postpetition Profit/(Loss) | (16,382.49) |
| Direct Charges to Equity | - |
| **TOTAL EQUITY** | (1,472,658.13) |
| | |
| **TOTAL LIABILITIES & EQUITY** | $34,668.04 |

P:00651311:60470.001

## XI. **QUESTIONNAIRE**

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

    __X__ No.
    _____ Yes. Explain _____

    _____

2.  Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?

    __X__ No.
    _____ Yes. Amount, to whom, and for what period? _____

    _____

3.  State what progress was made during the reporting period toward filing a plan of reorganization:

    __ Asset Purchase Agreement with Cardium Therapeutics was denied primarily due to the creditor opposition.  In early discussions with DermaStar International, LLC in regards to their statements to fund Transdel.

4.  Describe potential future developments which may have a significant impact on the case.

    Draft plan of reorganization to potentially be submitted by August 31, 2011.

    _____

    _____

    _____

    _____

    _____

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period. – **None.**

P:00651311:60470.001

6.    Did you receive any exempt income this month, which is not set forth in the operating report?
    ___X___    No.
    _____    Yes.  Please set forth the amounts and the source of the income.

_____

_____

_____


    I, John Lomoro, Principal Executive Officer and Chief Financial Officer, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.


Date: August 19, 2011                         /s/ John Lomoro                                   
                                              Principal for Debtor-in-Possession

P:00651311:60470.001

Transdel Pharmaceuticals, Inc. (11-10497-B11)
Attachment - Operating Report - June 27, 2011 - July 31, 2011

## Other Current Assets

| | |
|---|---|
| Security Deposit - Irvine Company (former landlord) | $ 6,749.00 |
| Deposit - Workers Comp Policy - State Fund | 2,543.27 |
| | $ 9,292.27 |

## Other Operating Income

| | | Notes |
|---|---|---|
| Refund - Cancelled NC Workers Comp policy | $ 1,847.00 | Refund of cancelled North Carolina workers compensation policy since employee in North Carolina resigned in May 2011. |
| Refund - Cancelled PA Workers Comp policy | 71.00 | Partial refund of cancelled Pennsylvania workers compensation policy although Transdel still has an employee in PA (researching if policy is still required). |
| | $ 1,918.00 | |

## Misc. Operating Expenses

| Description | Amount |
|---|---|
| Telephone | $ 46.26 |
| Telephone | 44.64 |
| IT hosting | 227.00 |
| Telephone | 84.55 |
| Storage | 125.00 |
| Professional Services | 703.00 |
| 401K Admin fees | 108.33 |
| Mailbox rental | 82.00 |
| IT hosting | 227.00 |
| Website hosting | 299.00 |
| Legal - Intellectual Property | 500.00 |
| Shredding service | 95.00 |
| Moving services | 520.00 |
| Moving services | 390.00 |
| IT services | 398.98 |
| Mailing services | 42.25 |
| U.S. Trustee fees | 325.00 |
| | $ 4,218.01 |



**Business Statement**

Account Number:
1620

Statement Period:
Jun 27, 2011
through
Jun 30, 2011

Page 1 of 1

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5960        TRN                          Y        ST01



IlıIıIıqılııIııIıIIIIıqIIıIIIııqılIııIIIIıIıIııqIıI
000017905  1  AV  0.340  106481145993624 P
ESTATE OF TRANSDEL PHARMACEUTICALS, INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #11-10497-11
4275 EXECUTIVE SQ STE 230
LA JOLLA CA  92037-1476

☎                                                     *To Contact U.S. Bank*

*24-Hour Business
Solutions:*                                          *1-800-673-3555*

*Telecommunications Device
for the Deaf:*                                        *1-800-685-5065*
*Internet:*                                           *usbank.com*

---

## U.S. BANK SILVER BUSINESS CHECKING                                    *Member FDIC*

U.S. Bank National Association                            Account Number              1620

### Account Summary

|  | # Items | $ | Amount |
|---|---|---|---|
| Beginning Balance on Jun 27 |  | $ | 0.00 |
| Customer Deposits | 1 |  | 5,635.03 |
| Checks Paid | 1 |  | 82.00- |
| **Ending Balance on  Jun 30, 2011** | | $ | **5,553.03** |

### Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
|  | Jun 27 | 7534023704 | 5,635.03 |
|  |  | **Total Customer Deposits**  $ | **5,635.03** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount |
|---|---|---|---|
| 0100 | Jun 28 | 8997398798 | 82.00 |
|  |  | **Conventional Checks Paid (1)**  $ | **82.00-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Jun 27 | 5,635.03 | Jun 28 | 5,553.03 |

Balances only appear for days reflecting change.

# usbank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5960    TRN                          Y    ST01

**Business Statement**

Account Number:
1620
Statement Period:
Jul 1, 2011
through
Jul 29, 2011

Page 1 of 2

000187239 1 AT 0.365 10648118847461 4 P
ESTATE OF TRANSDEL PHARMACEUTICALS, INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #11-10497-11
601C E PALOMAR ST STE 456
CHULA VISTA CA 91911-6974

 **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                          1-800-673-3555

**Telecommunications Device
for the Deaf:**                        1-800-685-5065
**Internet:**                          usbank.com

---

## U.S. BANK SILVER BUSINESS CHECKING                                           *Member FDIC*

U.S. Bank National Association                                    Account Number    1620

### Account Summary

|                           | # Items |    |          |
|---------------------------|---------|----|----------|
| Beginning Balance on Jul 1 |         | $  | 5,553.03 |
| Customer Deposits          | 2       |    | 1,918.00 |
| Other Withdrawals          | 3       |    | 799.01 - |
| Checks Paid                | 2       |    | 493.98 - |
| **Ending Balance on Jul 31, 2011** |  | $ | 6,178.04 |

### Customer Deposits

| Number | Date   | Ref Number | Amount   | Number | Date   | Ref Number | Amount |
|--------|--------|------------|----------|--------|--------|------------|--------|
|        | Jul 15 | 7535338218 | 1,847.00 |        | Jul 27 | 7536141833 | 71.00  |
|        |        |            |          | **Total Customer Deposits** | | $ | 1,918.00 |

### Other Withdrawals

| Date   | Description of Transaction |                               | Ref Number | Amount |
|--------|----------------------------|-------------------------------|------------|--------|
| Jul 15 | Analysis Service Charge    |                               | 1500000000 | $ 0.01 |
| Jul 18 | Wire Debit REF001859       | JPMCHASE NYC   110718019775   |            | 500.00 - |
|        | BNF=LOUIS C PAUL &         | ASSOCIATION PLLC              |            |        |
| Jul 28 | Wire Debit REF001796       | HARRIS N.A CHICAGO 110728018640 |          | 299.00 - |
|        | BNF=VIA VID                |                               |            |        |
|        |                            | **Total Other Withdrawals**   | $          | 799.01 - |

### Checks Presented Conventionally

| Check | Date   | Ref Number | Amount | Check  | Date   | Ref Number | Amount |
|-------|--------|------------|--------|--------|--------|------------|--------|
| 0101  | Jul 21 | 8994648978 | 95.00  | 0105*  | Jul 28 | 8890257958 | 398.98 |
| * Gap in check sequence | | | | **Conventional Checks Paid (2)** | | $ | 493.98 - |

### Balance Summary

| Date   | Ending Balance | Date   | Ending Balance | Date   | Ending Balance |
|--------|----------------|--------|----------------|--------|----------------|
| Jul 15 | 7,400.02       | Jul 21 | 6,805.02       | Jul 28 | 6,178.04       |
| Jul 18 | 6,900.02       | Jul 27 | 6,876.02       |        |                |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: June 2011

|                             | Account Number:                | 1-534-6883-1620 | $ | 0.01 |
|-----------------------------|--------------------------------|-----------------|---|------|
|                             | Analysis Service Charge assessed to | 1-534-6883-1620 | $ | 0.01 |

|                            | Service Activity Detail for Account Number | 1620 |              |
|----------------------------|--------------------------------------------|------|--------------|
| Service                    | Volume                                     | Avg Unit Price | Total Charge |
| **Depository Services**    |                                            |      |              |
| Combined Transactions/Items | 3                                         |      | No Charge    |

 **USbank**

ESTATE OF TRANSDEL PHARMACEUTICALS, INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE #11-10497-11
601C E PALOMAR ST STE 456
CHULA VISTA CA 91911-6974

**Business Statement**
Account Number:
1620

Statement Period:
Jul 1, 2011
through
Jul 29, 2011

Page 2 of 2



## ANALYSIS SERVICE CHARGE DETAIL (CONTINUED)

### Service Activity Detail for Account Number 1-534-6883-1620 (continued)

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Charge For Neg Coll Balance | 2.73 | 0.00600 | 0.01 |
| Subtotal: Depository Services | | | 0.01 |
| Fee Based Service Charges for Account Numbe | 1620 | $ | 0.01 |

1   MICHAEL D. BRESLAUER [SBN 110259]
    mbreslauer@swsslaw.com
2   YOSINA M. LISSEBECK [SBN 201654]
    ylissebeck@swsslaw.com
3   SOLOMON WARD SEIDENWURM & SMITH, LLP
    401 B Street, Suite 1200
4   San Diego, California 92101
    Telephone: (619) 231-0303
5   Facsimile: (619) 231-4755

6   Proposed Attorneys for Debtor-In-Possession,
    Transdel Pharmaceuticals, Inc.

7

8                   **UNITED STATES BANKRUPTCY COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10   In re | CASE NO. 11-10497-B11 |
| 11   TRANSDEL PHARMACEUTICALS, INC., | Chapter 11 |
| 12   | **PROOF OF SERVICE** |
| 13          Debtor. | Date:  July 18, 2011 |
| 14   | Time:  3:30 p.m.<br>Dept:  Four (4) |
| 15   | Honorable Peter W. Bowie |

16

17          I, Wendy A. Yones, declare as follows:

18          I am employed in the County of San Diego, State of California; I am over the age of
    eighteen years and am not a party to this action; my business address is Solomon Ward
19   Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County
    and State.  On **August 22, 2011**, I served the following document(s):

20
    **DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR JUNE**
21  **27, 2011 THROUGH JULY 31, 2011**

22  on each of the interested parties stated on the attached service list.

23

24  **I.      TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:
    Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing
25  document will be served by the court via NEF and hyperlink to the document.  On **August
    22, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding
26  and determined that the following person(s) are on the Electronic Mail Notice List to receive
    NEF transmission at the e-mail address(es) indicated below:

27

28

P:00641671:60470.001

1  United States Trustee -        ustp.region15@usdoj.gov; david.a.ortiz@usdoj.gov;
   David A. Ortiz              shannon.m.vencill@usdoj.gov; tiffany.l.carroll@usdoj.gov
2  Sandra W. Lavigna, Esq. – lavignas@sec.gov
3  Matthew J. Riopelle, Esq. - mriopelle@foley.com

4  ☐      Service information continued on attached page

5  **II.      SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**  On **August 22, 2011**, I served the
   following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or
6  adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the
   United States Mail, first class, postage prepaid, and/or with an overnight mail service
7  addressed as follows.

8

9  ☒      Service information continued on attached page

10 **III.      SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR E-MAIL:**
   Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 22, 2011**, I served the following
11 person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to
   such service method), by facsimile transmission and/or e-mail as follows.
12

13
   ☐      Service information continued on attached page
14
   I declare under penalty of perjury under the laws of the United States of America that the
15 foregoing is true and correct.

16
   Dated:   August 22, 2011              By: /s/ Wendy A. Yones
17                                          WENDY A. YONES

18

19

20

21

22

23

24

25

26

27

28

P:00641671:60470.001                        -2-

1

**SERVICE LIST**

2

**VIA NEF & U.S. MAIL**
David A. Ortiz
3
Office of the United States Trustee
Southern District of California
4
402 West Broadway, Suite 600
5
San Diego, CA 92101-8511
david.a.ortiz@usdoj.gov
6

**VIA U.S. MAIL**
Alexej Ladonnikov
13388 Surrey Lane
Saratoga, CA 95070
Facsimile (408) 549-9858

7

**VIA U.S. MAIL**
DLA Piper LLP
8
P.O. Box 64029
Baltimore, MP 21264-4029
9
Facsimile (858) 638-5128

**VIA U.S. MAIL**
Owens Pharma Research Center
720 Alamitos Avenue, Suite A
Long Beach, CA 90813

10

**VIA U.S. MAIL**
DPT Laboratories, Ltd.
11
12637 Collections Center Drive
Chicago, IL 60693
12
Facsimile (210) 223-2272
13

**VIA U.S. MAIL**
Clinical Trials Management
3901 Houma Blvd Medical Plaza II, Ste 405
Metairie, LA 70006
Facsimile (504) 455-1312

14

**VIA U.S. MAIL**
Orange County Clinical Trials
15
1801 West Romneya Dr. Ste 208
Anaheim, CA 92801
16
Facsimile (714) 808-0810

**VIA U.S. MAIL**
Regents Square La Jolla, LLC
Dept. 6970
Los Angeles, CA 90084-6970
Facsimile (858) 450-2890

17

**VIA U.S. MAIL**
Joachim Schupp
18
5804 Blazing Star Lane
San Diego, CA 92130
19
drjschupp@gmail.com
20

**VIA U.S. MAIL**
Ysabella Fernando
9352 Twin Trails Drive #201
San Diego, CA 92129
ysabellaf@hotmail.com

21

**VIA U.S. MAIL**
PPD Development LP
22
12937 Collections Center Drive
Chicago, IL 60693
23
Facsimile (919) 654-8581

**VIA U.S. MAIL**
Beckloff Associates
3203 Solutions Center
Chicago, IL 60677-3002
Facsimile (913) 451-3846

24

**VIA U.S. MAIL**
Covance Central Lab Services
25
8211 SciCor Drive
Indianapolis, IN 46214-2985
26
Facsimile (317) 273-4780

**VIA U.S. MAIL**
SD Sports Med & Family Health
6999 Alvarado Road Ste 2100
San Diego, CA 92120
Facsimile (619) 582-1497

27

28

1

**VIA U.S. MAIL**
2
KMJ Corbin & Co LLP
555 Anton Blvd. Suite 1000
3
Costa Mesa, CA 92626
Facsimile (714) 380-6566
4

5

**VIA U.S. MAIL**
6
Clinical Pharmacology Study
26 Queen Street
7
Worcester, MA 01610
Facsimile (508) 755-8909
8

9

**VIA U.S. MAIL**
Sundance Clinical Research LLC
10
711 Old Ballas Road, Suite 105
Saint Louis, MO 63141
11
Facsimile (314) 567-3390

12

**VIA U.S. MAIL**
13
Bruce D. Whitley
Silicon Edge Law Group LLP
14
6601 Koll Center Pkwy, Suite 245
Pleasanton, CA  94566
15
bwhitley@siliconedgelaw.com

16

**VIA U.S. MAIL**
17
John Bonfiglio
125 Edgewood Drive
18
Durham, NC 27713

19

**VIA U.S. MAIL**
20
Jan Marini Skin Research, Inc.
6951 Via del Oro
21
San Jose, CA 95119

22

**VIA U.S. MAIL**
23
DPT Laboratories, Ltd.
307 E. Josephine
24
San Antonio, TX 78215

25

**VIA U.S. MAIL**
26
Internal Revenue Service
P.O. Box 7346
27
Philadelphia, PA 19101-7346

28

**VIA U.S. MAIL**
Chubb Group Insurance
15 Mountain View Road
Warren, NJ 07059
Facsimile (908) 903-3128

**VIA U.S. MAIL**
Sanofi-Aventis LLC
P.O. Box 848203
Dallas, TX 75284-8203
Facsimile (908) 203-7727

**VIA U.S. MAIL**
Continental Stock Transfer
17 Battery Place
New York, NY 10004
Facsimile (212) 509-5150

**VIA U.S. MAIL**
Kathryn M.S. Catherwood, Esq.
Duane Morris LLP
101 West Broadway, Suite 900
San Diego, CA 92101-8285
KMCatherwood@duanemorris.com

**VIA U.S. MAIL**
JH Direct, LLC
2387 La Mirada Drive
Vista, CA 92081

**VIA U.S. MAIL**
Riley-Nacht, LLC
1630A 30th Street #461
Boulder, CO 80301

**VIA U.S. MAIL**
MICHAEL CORWIN
15 SHASTA LANE
MENLO PARK, CA 94025

**VIA NEF & U.S. MAIL**
Sandra W. Lavigna, Esq.
US Securities & Exchange Commission
5670 Wilshire Blvd 11th Floor
Los Angeles, CA 90036-3648

1

2   **VIA NEF & U.S. MAIL**
    Victor A. Vilaplana, Esq.
3   Matthew J. Riopelle, Esq.
    Foley & Lardner LLP
4   402 West Broadway, Suite 2100
    San Diego, CA 92101-3542
5

6   **VIA U.S. MAIL**
    Ricoh Business Solutions
7   Recovery & Bankruptcy Group
    3920 Arkwright Road, Suite 400
8   Macon, GA 31210

9
    **VIA U.S. MAIL**
10  Angela C. Han, Esq.
    Associate General Counsel
11  The Irvine Company LLC
    111 Innovation Drive
12  Irvine, CA 92617

13
    **VIA U.S. MAIL**
14  IRS
    Insolvency Group 2
15  880 Front Street
    San Diego, CA 92101-8869
16

17

18

**VIA U.S. MAIL**
Michael A. Berman, Esq.
U.S. Securities & Exchange Commission
Station Place
100 F Street, NE, Room 9250
Washington, DC 20549

**VIA U.S. MAIL**
Mark A. Kompa, Esq.
Law Offices of Mark A. Kompa
23113 Plaza Pointe, Suite 110
Laguna Hills, CA 92653

**VIA U.S. MAIL**
Chief, Special Procedures
Section – Insolvency
Internal Revenue Service
P.O. Box 30213
Laguna Niguel, CA 92607-0213

19

20

21

22

23

24

25

26

27

28