Dean T. Kirby, Jr.   090114
Roberta S. Robinson 099035
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 685-4000
Facsimile:  (619) 685-4004

Attorneys for Creditors
Debt Acquisition Company of America V, LLC and
DACA 2010L, LP

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TRANSDEL PHARMACEUTICALS, INC.<br><br>Debtor. | CASE NO. 11-10497-PB11<br><br>REQUEST FOR JUDICIAL NOTICE BY CREDITORS DEBT ACQUISITION COMPANY OF AMERICA V, LLC AND DACA 2010L, LP  IN CONNECTION WITH THEIR OPPOSITION TO DEBTOR'S MOTION FOR AN ORDER DISMISSING ITS CHAPTER 11 CASE AND RETAINING JURISDICTION OVER CLAIMS OBJECTION PROCEEDING<br><br>DATE:       November 21, 2011<br>TIME:        3:00 p.m.<br> DEPT.        4<br>HON.  Peter  W. Bowie |

Creditors Debt Acquisition Company of America V, LLC and DACA 2010L, LP (collectively "DACA") respectfully request that the Court take judicial notice of the following facts in connection with their opposition to the Debtor's Motion for an Order Dismissing Its Chapter 11 case and Retaining Jurisdiction Over Claims Objection Proceeding, pursuant to Federal Rule of Evidence 201:

/ / /

/ / /

/ / /

1.      Dermastar International, LLC, is a Nevada limited liability company that was formed on July 14, 2011. For the convenience of the Court, attached hereto as Exhibit "A" and incorporated herein by this reference, is a printout of the business entity information available on the Nevada Secretary of State's webpage, http://nvsos.gov/sosentitysearch/ showing that file date for the company was July 14, 2011.

Dated:   November 7, 2011                           KIRBY & McGUINN, A P.C.


                                                    By: /s/
                                                    Roberta S. Robinson
                                                    Attorneys for Creditors Debt Acquisition
                                                    Company of America V, LLC and
                                                    DACA 2010L. LP

# DERMASTAR INTERNATIONAL, LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 7/14/2011 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0397432011-6 |
| Qualifying State: | NV | List of Officers Due: | 7/31/2012 |
| Managed By: | Managing Members | Expiration Date: | |
| NV Business ID: | NV20111464564 | Business License Exp: | 7/31/2012 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | CSC SERVICES OF NEVADA, INC. | Address 1: | 2215-B RENAISSANCE DR |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89119 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

## Officers                                            ☐ Include Inactive Officers

**Managing Member - ROBERT J KAMMER**

| | | | |
|---|---|---|---|
| Address 1: | 1440 28TH STREET | Address 2: | SUITE 3 |
| City: | BOULDER | State: | CO |
| Zip Code: | 80303 | Country: | USA |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | 20110517127-27 | # of Pages: | 2 |
| File Date: | 7/14/2011 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | 20110553284-81 | # of Pages: | 1 |
| File Date: | 7/27/2011 | Effective Date: | |
| (No notes for this action) | | | |

**Exhibit A Page 1 of 1**